JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Richard H. Engman

 - and -

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Heather Lennox
Ryan T. Routh

Proposed Attorneys for Debtors
 and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :  Chapter 11
                                                               :
Metaldyne Corporation, *et al.,*                               :  Case No. 09-13412 (MG)
                                                               :
                     Debtors.                                  :  (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**REVISED NOTICE OF HEARING ON MOTION OF DEBTORS AND DEBTORS IN
POSSESSION FOR INTERIM AND FINAL ORDERS PURSUANT
TO SECTIONS 361, 362, 363, 364 AND 510 OF THE BANKRUPTCY CODE
AND RULE 4001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
(A) AUTHORIZING THE DEBTORS TO (I) USE CASH COLLATERAL OF THE
PREPETITION SECURED LENDERS, (II) OBTAIN POSTPETITION FINANCING
AND (III) PROVIDE ADEQUATE PROTECTION TO THE PREPETITION
SECURED LENDERS, (B) AUTHORIZING DEBTORS TO ENTER INTO,
AND APPROVING, AN ACCOMMODATION AGREEMENT WITH CERTAIN
CUSTOMERS AND (C) PROVIDING NOTICE AND SCHEDULING FINAL HEARING**

**PLEASE TAKE NOTICE THAT:**

1. A hearing on the Motion Of Debtors And Debtors In Possession For Interim And Final Orders Pursuant To Sections 361, 362, 363, 364 And 510 Of The Bankruptcy Code And Rule 4001 Of The Federal Rules Of Bankruptcy Procedure (A) Authorizing The Debtors To (I) Use Cash Collateral Of The Prepetition Secured Lenders, (II) Obtain Postpetition Financing And (III) Provide Adequate Protection To The Prepetition Secured Lenders, (B) Authorizing Debtors To Enter Into, And Approving, An Accommodation Agreement With Certain Customers And (C) Providing Notice And Scheduling Final Hearing (the "Motion") shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 501 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **June 22, 2009 at 11:00 a.m. (Eastern Standard Time)**.

2. The objection deadline for the Motion was June 15, 2009. Correspondingly, the objection deadline has passed and only parties that have received an extension of time to object to the relief sought in the Motion may object (an "Objection"). If those parties file an Objection, it must be made in writing, with two hard copies to Chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York and be filed with the Bankruptcy Court and must be served in accordance with the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures in these cases (Docket No. 133) (the "Case Management Order") so as to be actually received by the parties on the Special Service List and such parties upon whom the Motion was required to be served pursuant to the terms of the Case Management Order not later than the extension date.

3. Copies of the Motion, the Case Management Order and the Special Service List may be obtained from the Court's website at http://ecf.nysb.uscourts.gov or, free of charge, at www.bmcgroup.com/metaldyne.

Dated: June 16, 2009
New York, New York

Respectfully submitted,


/s/ Ryan Routh
Richard H. Engman
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

 - and -

Heather Lennox
Ryan T. Routh
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION