JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Richard H. Engman

  - and -

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Heather Lennox
Ryan T. Routh
Daniel M. Syphard

Attorneys for Debtors
  and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :  Chapter 11
                                                             :
Oldco M Corporation                                          :  Case No. 09-13412 (MG)
(f/k/a Metaldyne Corporation), *et al.,*                     :
                                                             :  (Jointly Administered)
                                    Debtors.                 :
                                                             :
-------------------------------------------------------------x

# NOTICE OF HEARING ON OMNIBUS
## OBJECTION OF DEBTORS AND DEBTORS IN
## POSSESSION SEEKING TO DISALLOW CERTAIN
## <u>AMENDED AND SUPERSEDED CLAIMS (OMNIBUS OBJECTION NO. 1)</u>

**TO THE CLAIMANTS IDENTIFIED ON THE ATTACHED EXHIBIT AND SUBJECT TO THE ATTACHED OBJECTION:**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      Oldco M Corporation (f/k/a Metaldyne Corporation) and 30 of its domestic direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), filed an objection (the "Objection") to the proof(s) of claim you filed against one or more of the Debtors' estates. That Objection is appended to this Notice and is entitled "Omnibus Objection of Debtors and Debtors in Possession Seeking to Disallow Certain Amended and Superseded Claims (Omnibus Objection No. 1)."

2.      Your proof(s) of claim may be disallowed and/or otherwise affected as a result of the Objection. Therefore, you should read this Notice and the attached Objection carefully. Moreover, you should locate your name and claim on Exhibit 1 attached to the Objection.

3.      As set forth in the Objection, the Debtors have determined that one or more of the proofs of claim you filed against one or more of the Debtors' estates amends, supersedes or otherwise replaces at least one other claim filed by you in these cases. As a result, you currently assert multiple claims in these cases for the same alleged liabilities.

4.      **On February 9, 2010 at 10:00 a.m., prevailing Eastern Time**, a hearing (the "Hearing") on the Objection will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408.

5.      If you disagree with the Objection, you or your attorney **must**: (a) file a written response (a "Response") to the Objection with the Clerk of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408 **no later than January 18, 2010 at 4:00 p.m., prevailing Eastern Time**; and (b) serve copies of your response so as to be **actually received** no later than **January 18, 2010 at 4:00 p.m., prevailing Eastern Time**, by the following parties: (i) the Debtors, c/o Oldco M Corporation, 47603 Halyard Drive, Plymouth, Michigan 48170 (Attn: Larry Carroll); (ii) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn: Richard Engman, Esq.); (iii) Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190 (Attn: Heather Lennox, Esq.); and (iv) the parties on the Special Service List in these cases, established under the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures in these cases (Docket No. 133) (as it may be amended, the "Case Management Order").

6.      Any Response should contain the following:

♦   The approved case caption (including the hearing date in the upper right-hand corner) and the title of the Objection to which the Response is directed;

- ♦ The name of the claimant and description of the bases for the amount of the underlying claim;

- ♦ A concise statement setting forth the reasons why the Court should not sustain the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection;

- ♦ A copy of any documentation or other evidence of the claim upon which the claimant will rely in opposing the Objection at the Hearing, to the extent that such documentation or evidence is not included with the claimant's proof of claim;

- ♦ A declaration of a person with personal knowledge of the relevant facts that support the Response unless the claimant intends to rely solely on the documents submitted with the claimant's proof of claim and Response; and

- ♦ The name(s), address(es), telephone number(s), facsimile number(s) and e-mail address(es) of the person(s) (who may be the claimant and/or the claimant's legal representative) to whom the Debtors' attorneys should serve any reply to the Response.

7. To facilitate a resolution of the Objection, you are encouraged to provide in your Response the name(s), address(es), telephone number(s), facsimile number(s) and e-mail address(es) of the person(s) who possess the authority to reconcile, settle or otherwise resolve the Objection on your behalf.

8. If you or your designated attorney or representative do not timely file and serve the Response in accordance with the above-referenced procedures, the Court may enter an order granting the relief requested in the Objection. If you or your designated representative or attorney do file a Response and the matter is not otherwise resolved, it will be presented to the Court at the Hearing. Only those Responses made in accordance with the above-referenced requirements and timely filed and received by the Court and the Debtors' attorneys will be considered by the Court at the Hearing. **If you fail to respond in accordance with this Notice, the Court may grant the relief requested in the Objection without further notice or hearing.**

9. Additional copies of the Objection and copies of the Case Management Order and the Special Service List may be obtained from the Court's website at http://ecf.nysb.uscourts.gov or, free of charge, at www.bmcgroup.com/metaldyne.

Dated: December 18, 2009
       New York, New York

Respectfully submitted,

 /s/ Ryan Routh
Richard H. Engman
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

 - and -

Heather Lennox
Ryan T. Routh
Daniel M. Syphard
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Richard H. Engman

 - and -

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Heather Lennox
Ryan T. Routh
Daniel M. Syphard

Attorneys for Debtors
  and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11
                                                            :
Oldco M Corporation                                         :     Case No. 09-13412 (MG)
(f/k/a Metaldyne Corporation), *et al.,*                    :
                                                            :     (Jointly Administered)
                              Debtors.                       :
                                                            :
------------------------------------------------------------x

**OMNIBUS OBJECTION OF DEBTORS AND
DEBTORS IN POSSESSION SEEKING TO DISALLOW CERTAIN
AMENDED AND SUPERSEDED CLAIMS (OMNIBUS OBJECTION NO. 1)**

**CLAIMANTS RECEIVING THIS OBJECTION SHOULD
LOCATE THEIR NAME AND CLAIM(S) ON THE ATTACHED EXHIBIT 1.**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Oldco M Corporation (f/k/a Metaldyne Corporation) and 30 of its domestic direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), respectfully represent as follows:

<u>**Background**</u>

1.      On May 27, 2009 (the "<u>Petition Date</u>"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").  By an order entered on May 29, 2009, the Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered.  The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On June 4, 2009, the United States Trustee appointed, pursuant to section 1102 of the Bankruptcy Code, an official committee of unsecured creditors (Docket No. 129) (the "<u>Creditors' Committee</u>").

3.      Oldco M Corporation (f/k/a/ Metaldyne Corporation) is a wholly-owned subsidiary of Metaldyne Holdings LLC ("<u>Metaldyne Holdings</u>"), which, in turn, is a wholly-owned subsidiary of Asahi Tec Corporation ("<u>Asahi Tec</u>"), a Japanese corporation.  RHJ International S.A. ("<u>RHJI</u>"), a corporation formed under the laws of Belgium and listed on the Euronext exchange, presently holds approximately 60.1% of the outstanding capital stock of Asahi Tec.  Debtor MD Products Corp. ("<u>MD Products</u>") is a New York corporation.  Oldco M Corporation is the direct or indirect parent of MD Products, each of the other Debtors and each of the Debtors' nondebtor subsidiaries (collectively, the "<u>Oldco M Companies</u>").  As of the Petition Date, the Oldco M Companies were leading global manufacturers of highly engineered

metal components for the global light vehicle market and among the 50 largest auto parts suppliers in North America.

4.      Shortly after the Petition Date, the Debtors filed motions (Docket Nos. 214 and 323) to sell a majority of their assets and to establish an auction process or processes and bid procedures to consummate these sales, and also began the process of marketing their other business units for sale (collectively, the "Sale Processes").  On August 5, 2009 and August 6, 2009, the Debtors held an auction (the "Auction"), pursuant to which MD Investors Corporation ("MD Investors") presented a bid for the assets, which included a cash component, a credit bid component and other consideration.  On August 12, 2009, the Court entered an order (Docket No. 674) (the "Sale Order") authorizing the sale to MD Investors (the "MD Investors Transaction") of substantially all of the Debtors' assets free and clear of all liens, claims, interests and encumbrances.  The MD Investors Transaction closed on October 16, 2009.  The Debtors are in the process of winding down and liquidating their remaining assets and seeking confirmation of a plan of liquidation in these cases.

5.      For the fiscal year ended March 29, 2009, the Oldco M Companies recorded annual revenue of approximately $1.32 billion, of which approximately $782 million was from sales of the Debtors.  As of March 29, 2009, utilizing book values, the Oldco M Companies had assets of approximately $977 million and liabilities of approximately $927 million.

### Background Regarding the Claims Process

6.      On July 7, 2009, the Debtors filed their respective schedules of assets and liabilities and statements of financial affairs (Docket Nos. 361-391) (collectively, the "Schedules").  By an order entered on July 7, 2009 (Docket No. 394) (the "Bar Date Order"),

the Court established August 14, 2009 as the general bar date applicable to most creditors for the filing of proofs of claim asserting prepetition liabilities against the Debtors (the "<u>General Bar Date</u>").

7.       After the entry of the Bar Date Order, the Debtors provided notice of the Bar Dates to all known creditors and potential creditors in accordance with the requirements of the Bar Date Order.  Over 3,500 proofs of claim have been filed in these cases to date. Approximately 1,000 additional claims are deemed filed pursuant to section 1111(a) of the Bankruptcy Code due to their identification in the Schedules.

## <u>Jurisdiction</u>

8.       This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## <u>Requested Relief</u>

9.       Pursuant to sections 105 and 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") , the Debtors hereby seek the entry of an order disallowing and expunging each proof of claim identified as a "Claim To Be Expunged" in the attached <u>Exhibit 1</u>[1] (collectively, the "<u>Amended and Superseded Claims</u>"), because the Amended and Superseded Claims have been expressly or effectively amended and superseded by other claims filed in these cases.  In support of this Objection, the Debtors submit the Declaration of Daphne Corry Hoppenrath, which is incorporated herein and attached hereto as <u>Exhibit 2</u>.

---

[1]       Nothing in the Exhibit should be construed as an admission of the validity or priority of any claim included thereon.

**Request to Disallow the Amended and Superseded Claims**

10.     The claimants identified on the attached Exhibit 1 (collectively with any transferees, the "Claimants") filed the Amended and Superseded Claims in respect of certain alleged liabilities against the Debtors.  The Claimants also filed the additional claims identified as "Surviving Claims" on the attached Exhibit 1 (collectively, the "Surviving Claims").  The Surviving Claims either expressly amend and supersede or the Debtors have concluded that the Surviving Claims have the effect of amending and superseding, or otherwise replacing, the respective Amended and Superseded Claims.  In many instances, the Claimant identified on the face of its proof of claim form that the Surviving Claim was intended to replace the Amended and Superseded Claim.  Whether or not the Claimant identified the Surviving Claim as replacing the Amended and Superseded Claim, by filing or resolving the Surviving Claims, the Claimants seek to liquidate, reduce, increase, reclassify or otherwise modify the liabilities, or update or correct related information, originally identified in the Amended and Superseded Claims.

11.     Even if each and every Surviving Claim was clearly designated as an amendment, as a technical matter, the Amended and Superseded Claims would remain on the claims docket as outstanding liabilities until withdrawn by the Claimants or disallowed by the Court.  See, e.g., 11 U.S.C. § 502(a).[2]  As a result, the Amended and Superseded Claims remain potential liabilities for the Debtors that either (a) duplicate amounts included in the Surviving Claims or (b) are no longer identified as outstanding liabilities by the Claimants.

---

[2]     Section 502(a) of the Bankruptcy Code states, in pertinent part:

> A claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects.

11 U.S.C. § 502.

12.     By this Objection, the Debtors seek the disallowance of the Amended and Superseded Claims in order to:  (a) prevent the Claimants from obtaining double recovery on account of single alleged obligations; and (b) limit the Claimants to, at most, a single claim for only those amounts currently identified by the Claimant as owing.  This relief is necessary to prevent the allowance of claims that, by their nature, have been superseded and remain on the claims docket only as a technicality.  The elimination of the Amended and Superseded Claims, moreover, is consistent with the apparent intent of the Claimants in filing or resolving the Surviving Claims.  Finally, because the Surviving Claims will be unaffected by the relief sought in this Objection, the Claimants' rights to assert these liabilities will be preserved, to the extent the Surviving Claims have not already been resolved or are subject to a pending objection.

13.     For all of the foregoing reasons, the Amended and Superseded Claims should be disallowed and expunged in their entirety, pursuant to section 502 of the Bankruptcy Code.

## Reservation of Rights

14.     The Debtors reserve the right to object further to each of the Amended and Superseded Claims, on any and all additional factual or legal grounds, to the extent not disallowed and expunged as requested herein.  Without limiting the generality of the foregoing, the Debtors specifically reserve the right to amend this Objection, file additional papers in support of this Objection or take other appropriate actions, including to:  (a) respond to any allegation or defense that may be raised in a Response — filed in accordance with the Bankruptcy Code, the Bankruptcy Rules and orders of this Court — by or on behalf of any of the Claimants or other interested parties; (b) object further to any Amended and Superseded Claim for which a Claimant provides (or attempts to provide) additional documentation or substantiation; and (c) object further to any Amended and Superseded Claim based on additional

information that may be discovered upon further review by the Debtors or through discovery pursuant to the applicable provisions of Part VII of the Bankruptcy Rules. In addition, as described above, the Debtors reserve and retain their rights to object to the Surviving Claims on any and all available grounds.

## Notice

15.     Pursuant to the Administrative Order, Pursuant to Rule 1015(c) of the Federal Rules of Bankruptcy Procedure, Establishing Case Management and Scheduling Procedures (Docket No. 133) (the "Case Management Order"), entered on June 5, 2009, notice of this Motion has been given to the parties identified on the Special Service List, the General Service List (as such terms are defined in the Case Management Order) and the Claimants on the attached Exhibit 1. The Debtors submit that no other or further notice need be provided under the circumstances.

## No Prior Request

16.     No prior request for the relief sought in this Motion has been made to this or any other court in connection with these chapter 11 cases.

WHEREFORE, the Debtors respectfully request that the Court: (a) enter an order, substantially in the form attached hereto as <u>Exhibit 3</u>, disallowing and expunging the Amended and Superseded Claims; and (b) grant such other and further relief to the Debtors as the Court may deem proper.

Dated: December 18, 2009
      New York, New York

                                      Respectfully submitted,

                                      /s/ Ryan Routh
                                      Richard H. Engman
                                      JONES DAY
                                      222 East 41st Street
                                      New York, New York 10017
                                      Telephone: (212) 326-3939
                                      Facsimile: (212) 755-7306

                                       - and -

                                      Heather Lennox
                                      Ryan T. Routh
                                      Daniel M. Syphard
                                      JONES DAY
                                      North Point
                                      901 Lakeside Avenue
                                      Cleveland, Ohio 44114
                                      Telephone: (216) 586-3939
                                      Facsimile: (216) 579-0212

                                      ATTORNEYS FOR DEBTORS AND
                                      DEBTORS IN POSSESSION

# **EXHIBIT 1**

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | ADCON ENGINEERING INC. 20102 PROGRESS DR CLEVELAND, OH 44149-3259 | 09-13415 | 1007 | $2,775.19 | (U) | ADCON ENGINEERING C/O WELTMAN WEINBRG & REIS CO LPA 323 W LAKESIDE AVE 2ND FL CLEVELAND, OH 44113 | 09-13415 | 1811 | $2,775.19 | (U) |
| 2 | BEND TOOLING INC WILLIAM Q TINGLEY III 1009 OTTAWA AVE NW GRAND RAPIDS, MI 49503 | 09-13417 | 17 | $4,859.00 | (S) | BEND TOOLING, INC. 1009 OTTAWA AVE NW GRAND RAPIDS, MI 49503-1407 | 09-13417 | 348 | $2,970.00 $617.00 $1,272.00 | (S) (A) (U) |
| 3 | CRAGER, ROSANNA 4122 COUNTY ROAD 55 BUTLER, IN 46721-9506 | 09-13412 | 2481 | $440.35 UNLIQUIDATED | (P) | CRAGER, ROSANNA 420 N DIVISION ST AUBURN, IN 46706 | 09-13412 | 3408 | $450.00 UNLIQUIDATED | (P) |
| 4 | DAGG SEALCOATING INC PO BOX 19273 CLEVELAND, OH 44119 | 09-13412 | 14 | $9,450.00 | (U) | DAGG SEALCOATING INC PO BOX 19273 CLEVELAND, OH 44119 | 09-13412 | 772 | $9,949.98 | (U) |
| 5 | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC THREE RIVERS GRAY IRON PLANT JEFFREY L TURNER, SR VP 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 2661 | $148,408.75 $117,127.96 | (A) (U) | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC THREE RIVERS GRAY IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 3542 | $27,130.63 | (U) |
| 6 | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC THREE RIVERS GRAY IRON PLANT JEFFREY L TURNER, SR VP 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13416 | 2665 | $17,693.78 | (A) | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC THREE RIVERS IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13416 | 3548 | $0.00 | (A) |
| 7 | DON BROGAN & SONS CONCRETE CO. CHRISTOPHER J NEIKAMP, ESQ 23 SOUTH MAIN STREET AKRON, OH 44308 | 09-13412 | 815 | $4,778.00 | (U) | DON BROGAN & SONS CONCRETE CONST CO INC 575 HUDSON RUN RD BARBERTON, OH 44203 | 09-13412 | 1205 | $4,778.00 $4,778.00 | (P) (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - AMENDED AND SUPERSEDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 8 | DON R FRUCHEY INC.<br>5608 OLD MAUMEE RD<br>FORT WAYNE, IN 46803-1733 | 09-13419 | 3400 | $9,785.34 | (U) | DON R FRUCHEY INC.<br>5608 OLD MAUMEE RD<br>FORT WAYNE, IN 46803-1733 | 09-13419 | 3411 | $8,409.00 | (U) |
| 9 | EJS-LIMITED<br>EDWIN J SMITH<br>PO BOX 435<br>417 E BIRCH ST<br>LITCHFIELD, MI 49252 | 09-13419 | 191 | $2,850.00 | (U) | EJS-LIMITED<br>D/B/A EJS-LIMITED<br>417 E BIRCH ST<br>LITCHFIELD, MI 49252-9673 | 09-13419 | 1279 | $2,850.00 | (U) |
| 10 | EVANS EQUIPMENT COMPANY INC<br>PO BOX 419<br>685 E MAIN ST<br>BUTLER, IN 46721 | 09-13412 | 91 | $4,846.45 | (U) | EVANS EQUIPMENT COMPANY<br>685 EAST MAIN<br>BUTLER, IN 46721 | 09-13412 | 350 | $6,049.85 | (U) |
| 11 | EXPORT DEVELOPMENT CANADA<br>RE: ULTRAFIT MANUFACTURING INC<br>151 O'CONNOR ST<br>OHAWA, ON K1A1K3<br>CANADA | 09-13417 | 177 | $203,170.45 | (U) | EXPORT DEVELOPMENT CANADA<br>ATTN: JO-ANN KEECH-BARKER<br>151 O'CONNOR ST<br>OTTAWA, ON K1A 1K3<br>CANADA | 09-13417 | 3488 | $20,944.95<br>$152,225.50 | (S)<br>(U) |
| 12 | GE FANUC INTELLIGENT PLATFORMS INC<br>MICHAEL B BACH ESQ<br>11256 CORNELL PARK DR<br>STE 500<br>CINCINNATI, OH 45242 | 09-13419 | 190 | $4,432.96 | (U) | GE FANUC INTELLIGENT PLATFORMS INC<br>MICHAEL B BACH ESQ<br>11256 CORNELL PARK DR<br>STE 500<br>CINCINNATI, OH 45242 | 09-13419 | 1784 | $6,914.96 | (U) |
| 13 | H & A AUTO PARTS & HARDWARE<br>149-153 N BROAD ST<br>RIDGWAY, PA 15853 | 09-13416 | 64 | $2,810.55 | (U) | H & A AUTO PARTS<br>149-153 NORTH BROAD ST.<br>RIDGWAY, PA 15853 | 09-13416 | 1506 | $2,695.35 | (U) |
| 14 | HEBEI METALS & MINERALS CORP LTD<br>#448 WEST HEPING RD<br>SHIJIAZHUANG 050071,<br>CHINA | 09-13412 | 156 | $467,039.70 | (U) | HEBEI METALS & MINERALS CORP LTD<br>ATTN DAVID L TILLEM ESQ<br>C/O WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>3 GANNETT DR<br>WHITE PLAINS, NY 10604-3407 | 09-13412 | 923 | $454,549.20 | (U) |
| 15 | HL BLACHFORD LTD<br>2323 ROYAL WINDSOR DR<br>MISSISSAUGA, ON L5J1K5<br>CANADA | 09-13421 | 135 | $6,584.34 | (U) | HL BLACHFORD LTD<br>2323 ROYAL WINDSOR DR<br>MISSISSAUGA, ON L5J 1K5<br>CANADA | 09-13421 | 1468 | $6,210.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - AMENDED AND SUPERSEDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 16 | HOEGANAES CORPORATION 100 TAYLOR LANE CINNAMINSON, NJ 08077-2017 | 09-13430 | 1441 | $1,369,641.78 | (U) | HOEGANAES CORPORATION DONALD F BATY ESQ HONIGMAN MILLER SCHWARTZ & COHN LLP 2290 FIRST NATIONAL BUILDING DETROIT, MI 48226 | 09-13430 | 2935 | $141,286.98 $1,230,718.38 | (A) (U) |
| 17 | HOEGANAES CORPORATION 100 TAYLOR LANE CINNAMINSON, NJ 08077-2017 | 09-13416 | 1442 | $337,290.00 | (U) | HOEGANAES CORPORATION DONALD F BATY ESQ HONIGMAN MILLER SCHWARTZ & COHN LLP 2290 FIRST NATIONAL BUILDING DETROIT, MI 48226 | 09-13416 | 2936 | $38,320.50 $302,313.50 | (A) (U) |
| 18 | ILJIN USA CORPORATION 28055 HAGGERTY RD NOVI, MI 48377-2902 | 09-13422 | 307 | BLANK | (U) | ILJIN USA CORPORATION 28055 HAGGERTY RD NOVI, MI 48377-2902 | 09-13422 | 1925 | $236,472.00 | (U) |
| 19 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION N-240 100 N SENATE AVE INDIANAPOLIS, IN 46204 | 09-13418 | 1856 | $28,553.74 $496,447.11 $149,756.82 | (S) (P) (U) | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION N-240 100 NORTH SENATE AVE INDIANAPOLIS, IN 46204 | 09-13418 | 3518 | $28,553.74 $406,407.42 $56,521.00 | (S) (P) (U) |
| 20 | JACKSON INDUSTRIAL COATING SERVICE 3600 SCHEELE DR JACKSON, MI 49202 | 09-13417 | 62 | $710.22 | (U) | JACKSON INDUSTRIAL COATING 3600 SCHEELE DR JACKSON, MI 49202-1283 | 09-13417 | 411 | $416.22 | (U) |
| 21 | JANET BROWN CLEANING SERVICE 328 BEL-AIR DR GLENVIEW, IL 60025 | 09-13412 | 146 | $2,400.00 | (P) | JANET BROWN CLEANING SERVICE 328 BEL-AIR DR GLENVIEW, IL 60025 | 09-13418 | 507 | $2,400.00 | (U) |
| 22 | JOSEPH T RYERSON & SONS 455 85TH AVE NW MINNEAPOLIS, MN 55433 | 09-13412 | 13 | $45,451.21 | (U) | JOSEPH T RYERSON & SONS 455 85TH AVE NW MINNEAPOLIS, MN 55433 | 09-13412 | 921 | $29,778.38 $15,672.83 | (A) (U) |
| 23 | L J ROGERS JR TRUCKING INC 7723 OAKWOOD STREET EXT MEBANE, NC 27302 | 09-13412 | 236 | $6,371.24 | (U) | L J ROGERS, JR TRUCKING 7723 OAKWOOD STREET EXT MEBANE, NC 27302 | 09-13412 | 3517 | $4,809.72 | (U) |
| 24 | MARSH PLATING CORPORATION 103 N GROVE YPSILANTI, MI 48197 | 09-13414 | 1088 | $49,365.49 | (U) | MARSH PLATING CORP 103 N GROVE STREET YPSILANTI, MI 48198 | 09-13414 | 2130 | $11,981.97 $37,383.52 | (A) (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/18/2009 8:30:32 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - AMENDED AND SUPERSEDED CLAIMS

| | *Claim To Be Expunged* | | | | | *Surviving Claim* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 25 | MC MACHINERY SYSTEMS<br>PO BOX 74062<br>CHICAGO, IL 60690 | 09-13416 | 1990 | $7,503.82 | (U) | MC MACHINERY SYSTEMS INC<br>REIN F KRAMMER<br>MASUDA FUNAI EIFERT & MITCHELL LTD<br>302 NORTH LASALLE ST<br>STE 2500<br>CHICAGO, IL 60601 | 09-13416 | 3062 | $7,503.82 | (U) |
| 26 | METAL TECHNOLOGIES AUBURN LLC<br>JEFFREY L TURNER, SR VP<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13419 | 2639 | $6,906.74<br>$1,902.99 | (A)<br>(U) | METAL TECHNOLOGIES AUBURN LLC<br>METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13419 | 3547 | $0.00<br>$0.00 | (A)<br>(U) |
| 27 | METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13414 | 2794 | $37,200.00<br>BLANK<br>$408,744.96<br>$379,885.32 | (S)<br>(A)<br>(P)<br>(U) | METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31<br>$50,583.37 | (P)<br>(U) |
| 28 | MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PLACE<br>STE 10-200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 09-13415 | 3512 | $6,446.12 | (U) | MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PLACE<br>STE 10-200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 09-13415 | 3540 | $6,381.77 | (U) |
| 29 | MICHIGAN REBUILD & AUTOMATION INC<br>760 HERRING RD<br>LITCHFIELD, MI 49252 | 09-13419 | 267 | $40,445.25 | (U) | MICHIGAN REBUILD & AUTOMATION,INC.<br>760 HERRING RD<br>LITCHFIELD, MI 49252-9776 | 09-13419 | 877 | $66,757.35<br>$29,745.90 | (A)<br>(U) |
| 30 | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES<br>INC - WEST ALLIS DUCTILE IRON PLANT<br>JEFFREY L TURNER, SR VP<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13414 | 2637 | $17,200.00<br>$97,144.74<br>$21,843.30 | (S)<br>(A)<br>(U) | METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31<br>$50,583.37 | (P)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 31 | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC - WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER, SR VP 1401 S GRANDSTAFF DRIVE AUBURN, IN 46706 | 09-13416 | 2664 | $42,044.31 | (A) | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13416 | 3546 | $23,452.74 | (U) |
| 32 | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC - WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER, SR VP 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 2666 | $67,601.70 $19,398.90 | (A) (U) | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 3549 | $0.00 $0.00 | (A) (U) |
| 33 | NORTHFIELD PRECISION INSTRUMENT CORP PO BOX 550 4400 AUSTIN BLVD ISLAND PARK, NY 11558-0550 | 09-13416 | 70 | $15,207.00 | (A) | NORTHFIELD PRECISION INSTRUMENT CORP DONALD E FREEDMAN BERMAN & FREEDMAN PC 6900 JERICHO TPKE STE 100W SYOSSET, NY 11791 | 09-13416 | 1163 | $15,207.00 $13,732.00 | (A) (U) |
| 34 | PARAMOUNT STAMPING & WELDING 1200 WEST 58TH ST CLEVELAND, OH 44102 | 09-13412 | 44 | $11,297.62 $15,297.77 | (A) (U) | PARAMOUNT STAMPING & WELDING 1200 WEST 58TH CLEVELAND, OH 44102 | 09-13419 | 1543 | $2,852.00 $23,743.39 | (A) (U) |
| 35 | PIEDMONT PLATING CORPORATION 103 N GROVE YPSILANTI, MI 48197 | 09-13414 | 391 | $123,060.58 | (U) | PIEDMONT PLATING CORPORATION 103 N GROVE YPSILANTI, MI 48197 | 09-13414 | 1090 | $123,060.58 | (U) |
| 36 | PREFERRED INC - FORT WAYNE JAMES A BUTZ 6021 HIGHVIEW DR FORT WAYNE, IN 46818 | 09-13412 | 2992 | $24,130.93 UNLIQUIDATED | (S) | PREFERRED INC - FORT WAYNE JAMES A BUTZ 6021 HIGHVIEW DR FORT WAYNE, IN 46818 | 09-13412 | 3129 | $24,130.93 UNLIQUIDATED | (S) |
| 37 | PREFERRED INC - FORT WAYNE JAMES A BUTZ 6021 HIGHVIEW DR FORT WAYNE, IN 46818 | 09-13419 | 2993 | $24,130.93 UNLIQUIDATED | (S) | PREFERRED INC - FORT WAYNE JAMES A BUTZ 6021 HIGHVIEW DR FORT WAYNE, IN 46818 | 09-13419 | 3130 | $24,130.93 UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 38 | QMP AMERICA DIVISION OF HIGH PURITY IRON INC<br>ATTN: CLAUDE GERMAIN<br>1625 MARIE VICTORIN<br>SOREL-TRACY, QC  J3R 1M7<br>CANADA | 09-13414 | 274 | $466,277.00<br>$770,765.63 | (A)<br>(U) | QMP AMERICA DIVISION OF HIGH PURITY IRON INC<br>ATTN: CLAUDE GERMAIN<br>1625 MARIE VICTORIN<br>SOREL-TRACY,  QC  J3R 1M7<br>CANADA | 09-13414 | 3524 | $770,765.63 | (U) |
| 39 | QMP AMERICA DIVISION OF HIGH PURITY IRON INC<br>ATTN: CLAUDE GERMAIN<br>1625 MARIE VICTORIN<br>SOREL-TRACY, QC  J3R 1M7<br>CANADA | 09-13416 | 276 | $466,277.00<br>$770,765.63 | (A)<br>(U) | QMP AMERICA DIVISION OF HIGH PURITY IRON INC<br>ATTN: CLAUDE GERMAIN<br>1625 MARIE VICTORIN<br>SOREL-TRACY,  QC  J3R 1M7<br>CANADA | 09-13416 | 3525 | $770,765.63 | (U) |
| 40 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES<br>INC - RAVENNA DUCTILE IRON PLANT<br>JEFFREY L TURNER, SR VP<br>1401 S GRANDSTAFF DR<br>AUBURN, IN  46706 | 09-13419 | 2662 | $72,772.53 | (U) | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC<br>RAVENNA DUCTILE IRON PLANT<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN,  IN  46706 | 09-13419 | 3545 | $3,350.31 | (A) |
| 41 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES<br>INC - RAVENNA DUCTILE IRON PLANT<br>JEFFREY L TURNER, SR VP<br>1401 S GRANDSTAFF DR<br>AUBURN, IN  46706 | 09-13422 | 2667 | $7,002.20<br>$123,734.93 | (A)<br>(U) | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC<br>RAVENNA DUCTILE IRON PLANT<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN,  IN  46706 | 09-13422 | 3544 | $11,092.60 | (A) |
| 42 | SCOTT & ITOH MACHINE CO<br>31690 STEPHENSON HWY<br>MADISON HEIGHTS, MI  48071 | 09-13412 | 151 | $20,605.02 | (U) | SCOTT & ITOH MACHINE CO<br>31690 STEPHENSON HWY<br>MADISON HEIGHTS,  MI  48071 | 09-13412 | 435 | $12,004.35<br>$20,605.02 | (A)<br>(U) |
| 43 | SOURCEPRO, INC.<br>230 ALPHA DR<br>PITTSBURGH, PA  15238-2906 | 09-13416 | 1550 | $41,938.96<br>$152,197.62 | (A)<br>(U) | SOURCEPRO INC<br>230 ALPHA DR<br>PITTSBURGH,  PA  15238-2906 | 09-13416 | 3015 | $43,713.96<br>$153,972.62 | (A)<br>(U) |
| 44 | ST. MARYS STEEL SUPPLY<br>PO BOX 260<br>ST MARYS, PA  15857 | 09-13421 | 166 | $888.60 | (U) | ST. MARYS STEEL SUPPLY<br>PO BOX 260<br>240 STACKPOLE ST<br>ST. MARYS,  PA  15857 | 09-13421 | 1396 | $792.91<br>$95.69 | (A)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim.  The Debtors include such classification for the purpose of identifying the claim to which the objection applies.  The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

| Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 45 ST. MARYS STEEL SUPPLY PO BOX 260 ST MARYS, PA 15857 | 09-13416 | 167 | $12,928.45 | (U) | ST. MARYS STEEL SUPPLY PO BOX 260 240 STACKPOLE ST ST. MARYS, PA 15857 | 09-13416 | 1397 | $12,928.45 $6,185.21 $6,743.24 | (A) (P) (U) |
| 46 ULTRAFIT MANUFACTURING INC 1840 COURTNEYPARK DRIVE EAST MISSISSAUGA, ON L5T 1W1 CANADA | 09-13417 | 3037 | $50,944.95 $152,225.50 | (A) (U) | EXPORT DEVELOPMENT CANADA ATTN: JO-ANN KEECH-BARKER 151 O'CONNOR ST OTTAWA, ON K1A 1K3 CANADA | 09-13417 | 3488 | $20,944.95 $152,225.50 | (S) (U) |

**Total Claims Expunged:** 46      **Total Dollars Expunged:**      $7,969,757.43

## Case Legend:

| | | | | | |
|---|---|---|---|---|---|
| 09-13411 | M D PRODUCTS CORPORATION | 09-13421 | METALDYNE SINTERED COMPONENTS ST. MARYS | 09-13431 | METALDYNE US HOLDING CO. |
| 09-13412 | OLDCO M CORPORATION F/K/A METALDYNE CORPORATION | 09-13422 | NC-M CHASSIS SYSTEMS LLC | 09-13432 | ER ACQUISITION CORPORATION |
| 09-13413 | METALDYNE ENGINE CO., LLC | 09-13423 | PUNCHCRAFT COMPANY | 09-13433 | GM TI HOLDING COMPANY |
| 09-13414 | METALDYNE CO., LLC | 09-13424 | WINDFALL SPECIALTY POWDERS, INC. | 09-13434 | HALYARD AVIATION SERVICES, INC. |
| 09-13415 | METALDYNE LESTER PRECISION DIE CASTING, INC. | 09-13425 | METALDYNE ASIA, INC. | 09-13435 | MASCO TECH SATURN HOLDINGS, INC. |
| 09-13416 | METALDYNE SINTERED COMPONENTS LLC | 09-13426 | METALDYNE DRIVELINE CO. | 09-13436 | MASG DISPOSITION, INC. |
| 09-13417 | METALDYNE TUBULAR PRODUCTS, INC. | 09-13427 | METALDYNE EUROPE, INC. | 09-13437 | MASX ENERGY SERVICE GROUP, INC. |
| 09-13418 | METALDYNE DUPAGE DIE CASTING CORPPORATION | 09-13428 | METALDYNE PRECISION FORMING – FORT WAYNE | 09-13438 | PRECISION HEADED PRODUCTS, INC. |
| 09-13419 | METALDYNE MACHINING AND ASSEMBLY COMPANY | 09-13429 | METALDYNE SERVICES, INC. | 09-13439 | STAHL INTERNATIONAL, INC. |
| 09-13420 | METALDYNE LIGHT METALS COMPANY, INC. | 09-13430 | METALDYNE SINTERED COMPONENTS OF INDIANA | 09-13440 | WC MCCURDY CO. |
| | | | | 09-13441 | METALDYNE INTERMEDIATE HOLDCO, INC. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.      **(A) - Administrative      (S) - Secured
(P) - Priority      (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
Oldco M Corporation                       :    Case No. 09-13412 (MG)
(f/k/a Metaldyne Corporation), *et al.,*  :
                                          :    (Jointly Administered)
                          Debtors.        :
                                          :
-------------------------------------------------------------x
```

## DECLARATION OF DAPHNE CORRY HOPPENRATH IN SUPPORT OF THE OMNIBUS OBJECTION OF DEBTORS AND DEBTORS IN POSSESSION SEEKING TO DISALLOW CERTAIN AMENDED AND SUPERSEDED CLAIMS (OMNIBUS OBJECTION NO. 1)

```
STATE OF MICHIGAN            )
                             )    SS:
COUNTY OF WAYNE              )
```

I, Daphne Corry Hoppenrath, make this Declaration under 28 U.S.C. § 1746 and state as follows:

1.      I am older than 21 years of age and suffer no legal disability.  I am competent to make this Declaration.

2.      I submit this Declaration for all permissible purposes under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and the Federal Rules of Evidence in support of the Omnibus Objection of Debtors and Debtors in Possession Seeking to Disallow Certain Amended and Superseded Claims (Omnibus Objection No. 1)

(the "Objection").[1]  I have read the Objection, and I am generally familiar with the information contained therein.

3.      I am a consultant at Accretive Solutions-Detroit, Inc. ("Accretive"), the claim reconciliation managers employed in these cases.  Among my responsibilities in this position, I am the individual at Accretive responsible for assisting the Debtors in their review and analysis of all filed and scheduled claims in these chapter 11 cases and coordinating the overall reconciliation process.  The other individuals involved in this process act either (a) at my direction and/or under my supervision (with respect to Accretive  personnel) or (b) with my advice, consultation and coordination (with respect to the Debtors' personnel).  Accordingly, I am familiar with the Amended and Superseded Claims and the other matters addressed herein and in the Objection and with the activities that have taken place to date concerning the review and analysis of the claims asserted in these cases, including all of the claims, facts and circumstances described in the Objection.

4.      Except as otherwise indicated, my statements in this Declaration are based on my personal experience and knowledge as described above, my discussions with responsible management of the Debtors and my review of relevant documents.  If called to testify, I could and would testify as stated herein.

5.      In connection with the Debtors' ongoing claims reconciliation process, I or my designee at my direction have reviewed the proof of claim forms filed by the Claimants in connection with the Amended and Superseded Claims and Surviving Claims on Exhibit 1 attached to the Objection.  As a result of this review, I have determined that each Amended and

---

[1]        Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

Superseded Claim was expressly or effectively amended or superseded by a Surviving Claim, which Surviving Claim will be unaffected by the relief requested in this Objection. The Claimants' rights to assert the liabilities alleged in the Surviving Claims against the Debtors' estates will be preserved, subject to the Debtors' ongoing rights to object to the Surviving Claims on any grounds.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: December 18, 2009

/s/ Daphne Corry Hoppenrath
Daphne Corry Hoppenrath
Consultant, Accretive Solutions

# EXHIBIT 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                     :

In re                        :     Chapter 11
                     :

Oldco M Corporation         :     Case No. 09-13412 (MG)
(f/k/a Metaldyne Corporation), *et al.,*  :
                     :     (Jointly Administered)
           Debtors.    :
                     :

------------------------------------------------------------x

## ORDER DISALLOWING CERTAIN AMENDED
## AND SUPERSEDED CLAIMS (OMNIBUS OBJECTION NO. 1)

      This matter coming before the Court on the Omnibus Objection of Debtors and

Debtors in Possession Seeking to Disallow Certain Amended and Superseded Claims (Omnibus

Objection No. 1) (the "Objection"),[1] filed by the debtors and debtors in possession in the

above-captioned cases (collectively, the "Debtors"); the Court having reviewed the Objection

and the Declaration of Daphne Corry Hoppenrath attached thereto as Exhibit 2 (the "Declaration")

and having heard the statements of counsel regarding the relief requested in the Objection at a

hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to

28 U.S.C. § 157(b)(2) and (c) notice of the Objection and the Hearing was sufficient under the

circumstances and in full compliance with the requirements of the Bankruptcy Code, the

Bankruptcy Rules and orders of this Court; and the Court having determined that the legal and

factual bases set forth in the Objection, the Declaration and at the Hearing establish just cause for

the relief granted herein;

---

[1]      Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

IT IS HEREBY ORDERED THAT:

1.      The Objection is SUSTAINED in its entirety.

2.      Each of the claims identified as "Claims To Be Expunged" on <u>Exhibit 1</u> attached hereto and incorporated herein by reference is disallowed and expunged in its entirety, pursuant to section 502 of the Bankruptcy Code.

3.      Each of the claims identified as "Surviving Claims" on Exhibit 1 attached hereto is unaffected by the relief granted herein.  The Debtors retain their rights to object to the Surviving Claims on any and all available grounds.

4.      The Debtors and their claims and noticing agent, The BMC Group, Inc.; and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.


Dated: _____, 2010            _____
         New York, New York                      UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - AMENDED AND SUPERSEDED CLAIMS

| | **Claim To Be Expunged** | | | | | **Surviving Claim** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | ADCON ENGINEERING INC. 20102 PROGRESS DR CLEVELAND, OH 44149-3259 | 09-13415 | 1007 | $2,775.19 | (U) | ADCON ENGINEERING C/O WELTMAN WEINBRG & REIS CO LPA 323 W LAKESIDE AVE 2ND FL CLEVELAND, OH 44113 | 09-13415 | 1811 | $2,775.19 | (U) |
| 2 | BEND TOOLING INC WILLIAM Q TINGLEY III 1009 OTTAWA AVE NW GRAND RAPIDS, MI 49503 | 09-13417 | 17 | $4,859.00 | (S) | BEND TOOLING, INC. 1009 OTTAWA AVE NW GRAND RAPIDS, MI 49503-1407 | 09-13417 | 348 | $2,970.00 $617.00 $1,272.00 | (S) (A) (U) |
| 3 | CRAGER, ROSANNA 4122 COUNTY ROAD 55 BUTLER, IN 46721-9506 | 09-13412 | 2481 | $440.35  UNLIQUIDATED | (P) | CRAGER, ROSANNA 420 N DIVISION ST AUBURN, IN 46706 | 09-13412 | 3408 | $450.00  UNLIQUIDATED | (P) |
| 4 | DAGG SEALCOATING INC PO BOX 19273 CLEVELAND, OH 44119 | 09-13412 | 14 | $9,450.00 | (U) | DAGG SEALCOATING INC PO BOX 19273 CLEVELAND, OH 44119 | 09-13412 | 772 | $9,949.98 | (U) |
| 5 | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC THREE RIVERS GRAY IRON PLANT JEFFREY L TURNER, SR VP 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 2661 | $148,408.75 $117,127.96 | (A) (U) | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC THREE RIVERS GRAY IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 3542 | $27,130.63 | (U) |
| 6 | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC THREE RIVERS GRAY IRON PLANT JEFFREY L TURNER, SR VP 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13416 | 2665 | $17,693.78 | (A) | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC THREE RIVERS IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13416 | 3548 | $0.00 | (A) |
| 7 | DON BROGAN & SONS CONCRETE CO. CHRISTOPHER J NEIKAMP, ESQ 23 SOUTH MAIN STREET AKRON, OH 44308 | 09-13412 | 815 | $4,778.00 | (U) | DON BROGAN & SONS CONCRETE CONST CO INC 575 HUDSON RUN RD BARBERTON, OH 44203 | 09-13412 | 1205 | $4,778.00 $4,778.00 | (P) (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/18/2009 8:30:30 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - AMENDED AND SUPERSEDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 8 | DON R FRUCHEY INC.<br>5608 OLD MAUMEE RD<br>FORT WAYNE, IN 46803-1733 | 09-13419 | 3400 | $9,785.34 | (U) | DON R FRUCHEY INC.<br>5608 OLD MAUMEE RD<br>FORT WAYNE, IN 46803-1733 | 09-13419 | 3411 | $8,409.00 | (U) |
| 9 | EJS-LIMITED<br>EDWIN J SMITH<br>PO BOX 435<br>417 E BIRCH ST<br>LITCHFIELD, MI 49252 | 09-13419 | 191 | $2,850.00 | (U) | EJS-LIMITED<br>D/B/A EJS-LIMITED<br>417 E BIRCH ST<br>LITCHFIELD, MI 49252-9673 | 09-13419 | 1279 | $2,850.00 | (U) |
| 10 | EVANS EQUIPMENT COMPANY INC<br>PO BOX 419<br>685 E MAIN ST<br>BUTLER, IN 46721 | 09-13412 | 91 | $4,846.45 | (U) | EVANS EQUIPMENT COMPANY<br>685 EAST MAIN<br>BUTLER, IN 46721 | 09-13412 | 350 | $6,049.85 | (U) |
| 11 | EXPORT DEVELOPMENT CANADA<br>RE: ULTRAFIT MANUFACTURING INC<br>151 O'CONNOR ST<br>OHAWA, ON K1A1K3<br>CANADA | 09-13417 | 177 | $203,170.45 | (U) | EXPORT DEVELOPMENT CANADA<br>ATTN: JO-ANN KEECH-BARKER<br>151 O'CONNOR ST<br>OTTAWA, ON K1A 1K3<br>CANADA | 09-13417 | 3488 | $20,944.95<br>$152,225.50 | (S)<br>(U) |
| 12 | GE FANUC INTELLIGENT PLATFORMS INC<br>MICHAEL B BACH ESQ<br>11256 CORNELL PARK DR<br>STE 500<br>CINCINNATI, OH 45242 | 09-13419 | 190 | $4,432.96 | (U) | GE FANUC INTELLIGENT PLATFORMS INC<br>MICHAEL B BACH ESQ<br>11256 CORNELL PARK DR<br>STE 500<br>CINCINNATI, OH 45242 | 09-13419 | 1784 | $6,914.96 | (U) |
| 13 | H & A AUTO PARTS & HARDWARE<br>149-153 N BROAD ST<br>RIDGWAY, PA 15853 | 09-13416 | 64 | $2,810.55 | (U) | H & A AUTO PARTS<br>149-153 NORTH BROAD ST.<br>RIDGWAY, PA 15853 | 09-13416 | 1506 | $2,695.35 | (U) |
| 14 | HEBEI METALS & MINERALS CORP LTD<br>#448 WEST HEPING RD<br>SHIJIAZHUANG 050071,<br>CHINA | 09-13412 | 156 | $467,039.70 | (U) | HEBEI METALS & MINERALS CORP LTD<br>ATTN DAVID L TILLEM ESQ<br>C/O WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>3 GANNETT DR<br>WHITE PLAINS, NY 10604-3407 | 09-13412 | 923 | $454,549.20 | (U) |
| 15 | HL BLACHFORD LTD<br>2323 ROYAL WINDSOR DR<br>MISSISSAUGA, ON L5J1K5<br>CANADA | 09-13421 | 135 | $6,584.34 | (U) | HL BLACHFORD LTD<br>2323 ROYAL WINDSOR DR<br>MISSISSAUGA, ON L5J 1K5<br>CANADA | 09-13421 | 1468 | $6,210.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - AMENDED AND SUPERSEDED CLAIMS

| | **Claim To Be Expunged** | | | | | **Surviving Claim** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 16 | HOEGANAES CORPORATION<br>100 TAYLOR LANE<br>CINNAMINSON, NJ 08077-2017 | 09-13430 | 1441 | $1,369,641.78 | (U) | HOEGANAES CORPORATION<br>DONALD F BATY ESQ<br>HONIGMAN MILLER SCHWARTZ & COHN LLP<br>2290 FIRST NATIONAL BUILDING<br>DETROIT, MI 48226 | 09-13430 | 2935 | $141,286.98<br>$1,230,718.38 | (A)<br>(U) |
| 17 | HOEGANAES CORPORATION<br>100 TAYLOR LANE<br>CINNAMINSON, NJ 08077-2017 | 09-13416 | 1442 | $337,290.00 | (U) | HOEGANAES CORPORATION<br>DONALD F BATY ESQ<br>HONIGMAN MILLER SCHWARTZ & COHN LLP<br>2290 FIRST NATIONAL BUILDING<br>DETROIT, MI 48226 | 09-13416 | 2936 | $38,320.50<br>$302,313.50 | (A)<br>(U) |
| 18 | ILJIN USA CORPORATION<br>28055 HAGGERTY RD<br>NOVI, MI 48377-2902 | 09-13422 | 307 | BLANK | (U) | ILJIN USA CORPORATION<br>28055 HAGGERTY RD<br>NOVI, MI 48377-2902 | 09-13422 | 1925 | $236,472.00 | (U) |
| 19 | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION N-240<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204 | 09-13418 | 1856 | $28,553.74<br>$496,447.11<br>$149,756.82 | (S)<br>(P)<br>(U) | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION N-240<br>100 NORTH SENATE AVE<br>INDIANAPOLIS, IN 46204 | 09-13418 | 3518 | $28,553.74<br>$406,407.42<br>$56,521.00 | (S)<br>(P)<br>(U) |
| 20 | JACKSON INDUSTRIAL COATING SERVICE<br>3600 SCHEELE DR<br>JACKSON, MI 49202 | 09-13417 | 62 | $710.22 | (U) | JACKSON INDUSTRIAL COATING<br>3600 SCHEELE DR<br>JACKSON, MI 49202-1283 | 09-13417 | 411 | $416.22 | (U) |
| 21 | JANET BROWN CLEANING SERVICE<br>328 BEL-AIR DR<br>GLENVIEW, IL 60025 | 09-13412 | 146 | $2,400.00 | (P) | JANET BROWN CLEANING SERVICE<br>328 BEL-AIR DR<br>GLENVIEW, IL 60025 | 09-13418 | 507 | $2,400.00 | (U) |
| 22 | JOSEPH T RYERSON & SONS<br>455 85TH AVE NW<br>MINNEAPOLIS, MN 55433 | 09-13412 | 13 | $45,451.21 | (U) | JOSEPH T RYERSON & SONS<br>455 85TH AVE NW<br>MINNEAPOLIS, MN 55433 | 09-13412 | 921 | $29,778.38<br>$15,672.83 | (A)<br>(U) |
| 23 | L J ROGERS JR TRUCKING INC<br>7723 OAKWOOD STREET EXT<br>MEBANE, NC 27302 | 09-13412 | 236 | $6,371.24 | (U) | L J ROGERS, JR TRUCKING<br>7723 OAKWOOD STREET EXT<br>MEBANE, NC 27302 | 09-13412 | 3517 | $4,809.72 | (U) |
| 24 | MARSH PLATING CORPORATION<br>103 N GROVE<br>YPSILANTI, MI 48197 | 09-13414 | 1088 | $49,365.49 | (U) | MARSH PLATING CORP<br>103 N GROVE STREET<br>YPSILANTI, MI 48198 | 09-13414 | 2130 | $11,981.97<br>$37,383.52 | (A)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
  (P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/18/2009 8:30:32 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - AMENDED AND SUPERSEDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 25 | MC MACHINERY SYSTEMS<br>PO BOX 74062<br>CHICAGO, IL 60690 | 09-13416 | 1990 | $7,503.82 | (U) | MC MACHINERY SYSTEMS INC<br>REIN F KRAMMER<br>MASUDA FUNAI EIFERT & MITCHELL LTD<br>302 NORTH LASALLE ST<br>STE 2500<br>CHICAGO, IL 60601 | 09-13416 | 3062 | $7,503.82 | (U) |
| 26 | METAL TECHNOLOGIES AUBURN LLC<br>JEFFREY L TURNER, SR VP<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13419 | 2639 | $6,906.74<br>$1,902.99 | (A)<br>(U) | METAL TECHNOLOGIES AUBURN LLC<br>METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13419 | 3547 | $0.00<br>$0.00 | (A)<br>(U) |
| 27 | METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13414 | 2794 | $37,200.00<br>BLANK<br>$408,744.96<br>$379,885.32 | (S)<br>(A)<br>(P)<br>(U) | METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31<br>$50,583.37 | (P)<br>(U) |
| 28 | MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PLACE<br>STE 10-200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 09-13415 | 3512 | $6,446.12 | (U) | MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PLACE<br>STE 10-200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 09-13415 | 3540 | $6,381.77 | (U) |
| 29 | MICHIGAN REBUILD & AUTOMATION INC<br>760 HERRING RD<br>LITCHFIELD, MI 49252 | 09-13419 | 267 | $40,445.25 | (U) | MICHIGAN REBUILD & AUTOMATION,INC.<br>760 HERRING RD<br>LITCHFIELD, MI 49252-9776 | 09-13419 | 877 | $66,757.35<br>$29,745.90 | (A)<br>(U) |
| 30 | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES<br>INC - WEST ALLIS DUCTILE IRON PLANT<br>JEFFREY L TURNER, SR VP<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13414 | 2637 | $17,200.00<br>$97,144.74<br>$21,843.30 | (S)<br>(A)<br>(U) | METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31<br>$50,583.37 | (P)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 31 | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC - WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER, SR VP 1401 S GRANDSTAFF DRIVE AUBURN, IN 46706 | 09-13416 | 2664 | $42,044.31 | (A) | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13416 | 3546 | $23,452.74 | (U) |
| 32 | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC - WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER, SR VP 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 2666 | $67,601.70 $19,398.90 | (A) (U) | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 3549 | $0.00 $0.00 | (A) (U) |
| 33 | NORTHFIELD PRECISION INSTRUMENT CORP PO BOX 550 4400 AUSTIN BLVD ISLAND PARK, NY 11558-0550 | 09-13416 | 70 | $15,207.00 | (A) | NORTHFIELD PRECISION INSTRUMENT CORP DONALD E FREEDMAN BERMAN & FREEDMAN PC 6900 JERICHO TPKE STE 100W SYOSSET, NY 11791 | 09-13416 | 1163 | $15,207.00 $13,732.00 | (A) (U) |
| 34 | PARAMOUNT STAMPING & WELDING 1200 WEST 58TH ST CLEVELAND, OH 44102 | 09-13412 | 44 | $11,297.62 $15,297.77 | (A) (U) | PARAMOUNT STAMPING & WELDING 1200 WEST 58TH CLEVELAND, OH 44102 | 09-13419 | 1543 | $2,852.00 $23,743.39 | (A) (U) |
| 35 | PIEDMONT PLATING CORPORATION 103 N GROVE YPSILANTI, MI 48197 | 09-13414 | 391 | $123,060.58 | (U) | PIEDMONT PLATING CORPORATION 103 N GROVE YPSILANTI, MI 48197 | 09-13414 | 1090 | $123,060.58 | (U) |
| 36 | PREFERRED INC - FORT WAYNE JAMES A BUTZ 6021 HIGHVIEW DR FORT WAYNE, IN 46818 | 09-13412 | 2992 | $24,130.93 UNLIQUIDATED | (S) | PREFERRED INC - FORT WAYNE JAMES A BUTZ 6021 HIGHVIEW DR FORT WAYNE, IN 46818 | 09-13412 | 3129 | $24,130.93 UNLIQUIDATED | (S) |
| 37 | PREFERRED INC - FORT WAYNE JAMES A BUTZ 6021 HIGHVIEW DR FORT WAYNE, IN 46818 | 09-13419 | 2993 | $24,130.93 UNLIQUIDATED | (S) | PREFERRED INC - FORT WAYNE JAMES A BUTZ 6021 HIGHVIEW DR FORT WAYNE, IN 46818 | 09-13419 | 3130 | $24,130.93 UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - AMENDED AND SUPERSEDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 38 | QMP AMERICA DIVISION OF HIGH PURITY IRON INC<br>ATTN: CLAUDE GERMAIN<br>1625 MARIE VICTORIN<br>SOREL-TRACY, QC  J3R 1M7<br>CANADA | 09-13414 | 274 | $466,277.00<br>$770,765.63 | (A)<br>(U) | QMP AMERICA DIVISION OF HIGH PURITY IRON INC<br>ATTN: CLAUDE GERMAIN<br>1625 MARIE VICTORIN<br>SOREL-TRACY,  QC  J3R 1M7<br>CANADA | 09-13414 | 3524 | $770,765.63 | (U) |
| 39 | QMP AMERICA DIVISION OF HIGH PURITY IRON INC<br>ATTN: CLAUDE GERMAIN<br>1625 MARIE VICTORIN<br>SOREL-TRACY, QC  J3R 1M7<br>CANADA | 09-13416 | 276 | $466,277.00<br>$770,765.63 | (A)<br>(U) | QMP AMERICA DIVISION OF HIGH PURITY IRON INC<br>ATTN: CLAUDE GERMAIN<br>1625 MARIE VICTORIN<br>SOREL-TRACY,  QC  J3R 1M7<br>CANADA | 09-13416 | 3525 | $770,765.63 | (U) |
| 40 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES<br>INC - RAVENNA DUCTILE IRON PLANT<br>JEFFREY L TURNER, SR VP<br>1401 S GRANDSTAFF DR<br>AUBURN, IN  46706 | 09-13419 | 2662 | $72,772.53 | (U) | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC<br>RAVENNA DUCTILE IRON PLANT<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN  46706 | 09-13419 | 3545 | $3,350.31 | (A) |
| 41 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES<br>INC - RAVENNA DUCTILE IRON PLANT<br>JEFFREY L TURNER, SR VP<br>1401 S GRANDSTAFF DR<br>AUBURN, IN  46706 | 09-13422 | 2667 | $7,002.20<br>$123,734.93 | (A)<br>(U) | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC<br>RAVENNA DUCTILE IRON PLANT<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN  46706 | 09-13422 | 3544 | $11,092.60 | (A) |
| 42 | SCOTT & ITOH MACHINE CO<br>31690 STEPHENSON HWY<br>MADISON HEIGHTS, MI  48071 | 09-13412 | 151 | $20,605.02 | (U) | SCOTT & ITOH MACHINE CO<br>31690 STEPHENSON HWY<br>MADISON HEIGHTS,  MI  48071 | 09-13412 | 435 | $12,004.35<br>$20,605.02 | (A)<br>(U) |
| 43 | SOURCEPRO, INC.<br>230 ALPHA DR<br>PITTSBURGH, PA  15238-2906 | 09-13416 | 1550 | $41,938.96<br>$152,197.62 | (A)<br>(U) | SOURCEPRO INC<br>230 ALPHA DR<br>PITTSBURGH,  PA  15238-2906 | 09-13416 | 3015 | $43,713.96<br>$153,972.62 | (A)<br>(U) |
| 44 | ST. MARYS STEEL SUPPLY<br>PO BOX 260<br>ST MARYS, PA  15857 | 09-13421 | 166 | $888.60 | (U) | ST. MARYS STEEL SUPPLY<br>PO BOX 260<br>240 STACKPOLE ST<br>ST. MARYS,  PA  15857 | 09-13421 | 1396 | $792.91<br>$95.69 | (A)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim.  The Debtors include such classification for the purpose of identifying the claim to which the objection applies.  The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/18/2009 8:30:33 AM

| | *Claim To Be Expunged* | | | | | *Surviving Claim* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 45 | ST. MARYS STEEL SUPPLY PO BOX 260 ST MARYS, PA 15857 | 09-13416 | 167 | $12,928.45 | (U) | ST. MARYS STEEL SUPPLY PO BOX 260 240 STACKPOLE ST ST. MARYS, PA 15857 | 09-13416 | 1397 | $12,928.45 $6,185.21 $6,743.24 | (A) (P) (U) |
| 46 | ULTRAFIT MANUFACTURING INC 1840 COURTNEYPARK DRIVE EAST MISSISSAUGA, ON L5T 1W1 CANADA | 09-13417 | 3037 | $50,944.95 $152,225.50 | (A) (U) | EXPORT DEVELOPMENT CANADA ATTN: JO-ANN KEECH-BARKER 151 O'CONNOR ST OTTAWA, ON K1A 1K3 CANADA | 09-13417 | 3488 | $20,944.95 $152,225.50 | (S) (U) |

Total Claims Expunged: 46    Total Dollars Expunged: $7,969,757.43

**Case Legend:**

| | | | | | |
|---|---|---|---|---|---|
| 09-13411 | M D PRODUCTS CORPORATION | 09-13421 | METALDYNE SINTERED COMPONENTS ST. MARYS | 09-13431 | METALDYNE US HOLDING CO. |
| 09-13412 | OLDCO M CORPORATION F/K/A METALDYNE CORPORATION | 09-13422 | NC-M CHASSIS SYSTEMS LLC | 09-13432 | ER ACQUISITION CORPORATION |
| 09-13413 | METALDYNE ENGINE CO., LLC | 09-13423 | PUNCHCRAFT COMPANY | 09-13433 | GMTI HOLDING COMPANY |
| 09-13414 | METALYDYNE CO., LLC | 09-13424 | WINDFALL SPECIALTY POWDERS, INC. | 09-13434 | HALYARD AVIATION SERVICES, INC. |
| 09-13415 | METALDYNE LESTER PRECISION DIE CASTING, INC. | 09-13425 | METALDYNE ASIA, INC. | 09-13435 | MASCOTECH SATURN HOLDINGS, INC. |
| 09-13416 | METALDYNE SINTERED COMPONENTS LLC | 09-13426 | METALDYNE DRIVELINE CO. | 09-13436 | MASG DISPOSITION, INC. |
| 09-13417 | METALDYNE TUBULAR PRODUCTS, INC. | 09-13427 | METALDYNE EUROPE, INC. | 09-13437 | MASX ENERGY SERVICE GROUP, INC. |
| 09-13418 | METALDYNE DUPAGE DIE CASTING CORPPORATION | 09-13428 | METALDYNE PRECISION FORMING – FORT WAYNE | 09-13438 | PRECISION HEADED PRODUCTS, INC. |
| 09-13419 | METALDYNE MACHINING AND ASSEMBLY COMPANY | 09-13429 | METALDYNE SERVICES, INC. | 09-13439 | STAHL INTERNATIONAL, INC. |
| 09-13420 | METALDYNE LIGHT METALS COMPANY, INC. | 09-13430 | METALDYNE SINTERED COMPONENTS OF INDIANA | 09-13440 | WC MCCURDY CO. |
| | | | | 09-13441 | METALDYNE INTERMEDIATE HOLDCO, INC. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 7 of 7        12/18/2009 8:30:33 AM