JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Richard H. Engman

  - and -

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Heather Lennox
Ryan T. Routh
Daniel M. Syphard

Attorneys for Debtors
  and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11
                                              :
Oldco M Corporation                           :   Case No. 09-13412 (MG)
(f/k/a Metaldyne Corporation), *et al.,*      :
                                              :   (Jointly Administered)
                        Debtors.              :
                                              :
------------------------------------------------------------x

**NOTICE OF HEARING ON OMNIBUS**
**OBJECTION OF DEBTORS AND DEBTORS IN POSSESSION SEEKING**
**TO DISALLOW CERTAIN DUPLICATE CLAIMS (OMNIBUS OBJECTION NO. 5)**

**TO THE CLAIMANTS IDENTIFIED ON THE ATTACHED EXHIBIT AND SUBJECT TO THE ATTACHED OBJECTION:**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.    Oldco M Corporation (f/k/a Metaldyne Corporation) and 30 of its domestic direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), filed an objection (the "Objection") to the proof(s) of claim you filed against one or more of the Debtors' estates. That Objection is appended to this Notice and is entitled "Omnibus Objection of Debtors and Debtors in Possession Seeking to Disallow Certain Duplicate Claims (Omnibus Objection No. 5)."

2.    Your proof(s) of claim may be disallowed and/or otherwise affected as a result of the Objection. Therefore, you should read this Notice and the attached Objection carefully. Moreover, you should locate your name and claim on Exhibit 1 attached to the Objection.

3.    As set forth in the Objection, the Debtors have determined that one or more of the proofs of claim you filed against one or more of the Debtors' estates is a duplicate of at least one other claim filed by you in these cases. As a result, you currently assert multiple claims in these cases for the same alleged liabilities.

4.    **On February 9, 2010 at 10:00 a.m., prevailing Eastern Time,** a hearing (the "Hearing") on the Objection will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408.

5.    If you disagree with the Objection, you or your attorney **must**:  (a) file a written response (a "Response") to the Objection with the Clerk of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408 **no later than January 18, 2010 at 4:00 p.m., prevailing Eastern Time**; and (b) serve copies of your response so as to be **actually received** no later than **January 18, 2010 at 4:00 p.m., prevailing Eastern Time**, by the following parties: (i) the Debtors, c/o Oldco M Corporation, 47603 Halyard Drive, Plymouth, Michigan 48170 (Attn: Larry Carroll); (ii) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn: Richard Engman, Esq.); (iii) Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190 (Attn: Heather Lennox, Esq.); and (iv) the parties on the Special Service List in these cases, established under the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures in these cases (Docket No. 133) (as it may be amended, the "Case Management Order").

6.    Any Response should contain the following:

♦    The approved case caption (including the hearing date in the upper right-hand corner) and the title of the Objection to which the Response is directed;

- The name of the claimant and description of the bases for the amount of the underlying claim;

- A concise statement setting forth the reasons why the Court should not sustain the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection;

- A copy of any documentation or other evidence of the claim upon which the claimant will rely in opposing the Objection at the Hearing, to the extent that such documentation or evidence is not included with the claimant's proof of claim;

- A declaration of a person with personal knowledge of the relevant facts that support the Response unless the claimant intends to rely solely on the documents submitted with the claimant's proof of claim and Response; and

- The name(s), address(es), telephone number(s), facsimile number(s) and e-mail address(es) of the person(s) (who may be the claimant and/or the claimant's legal representative) to whom the Debtors' attorneys should serve any reply to the Response.

7.    To facilitate a resolution of the Objection, you are encouraged to provide in your Response the name(s), address(es), telephone number(s), facsimile number(s) and e-mail address(es) of the person(s) who possess the authority to reconcile, settle or otherwise resolve the Objection on your behalf.

8.    If you or your designated attorney or representative do not timely file and serve the Response in accordance with the above-referenced procedures, the Court may enter an order granting the relief requested in the Objection.  If you or your designated representative or attorney do file a Response and the matter is not otherwise resolved, it will be presented to the Court at the Hearing.  Only those Responses made in accordance with the above-referenced requirements and timely filed and received by the Court and the Debtors' attorneys will be considered by the Court at the Hearing.  **If you fail to respond in accordance with this Notice, the Court may grant the relief requested in the Objection without further notice or hearing.**

9.    Additional copies of the Objection and copies of the Case Management Order and the Special Service List may be obtained from the Court's website at http://ecf.nysb.uscourts.gov or, free of charge, at www.bmcgroup.com/metaldyne.

Dated: December 18, 2009
New York, New York

Respectfully submitted,

 /s/ Ryan Routh
Richard H. Engman
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

 - and -

Heather Lennox
Ryan T. Routh
Daniel M. Syphard
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Richard H. Engman

 - and -

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Heather Lennox
Ryan T. Routh
Daniel M. Syphard

Attorneys for Debtors
 and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| Oldco M Corporation | : | Case No. 09-13412 (MG) |
| (f/k/a Metaldyne Corporation), *et al.,* | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |
------------------------------------------------------------x

**OMNIBUS OBJECTION OF DEBTORS AND**
**DEBTORS IN POSSESSION SEEKING TO DISALLOW**
**CERTAIN DUPLICATE CLAIMS (OMNIBUS OBJECTION NO. 5)**

**CLAIMANTS RECEIVING THIS OBJECTION SHOULD**
**LOCATE THEIR NAME AND CLAIM(S) ON THE ATTACHED EXHIBIT 1.**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Oldco M Corporation (f/k/a Metaldyne Corporation) and 30 of its domestic direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

## **Background**

1.      On May 27, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  By an order entered on May 29, 2009, the Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered.  The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On June 4, 2009, the United States Trustee appointed, pursuant to section 1102 of the Bankruptcy Code, an official committee of unsecured creditors (Docket No. 129) (the "Creditors' Committee").

3.      Oldco M Corporation (f/k/a/ Metaldyne Corporation) is a wholly-owned subsidiary of Metaldyne Holdings LLC ("Metaldyne Holdings"), which, in turn, is a wholly-owned subsidiary of Asahi Tec Corporation ("Asahi Tec"), a Japanese corporation.  RHJ International S.A. ("RHJI"), a corporation formed under the laws of Belgium and listed on the Euronext exchange, presently holds approximately 60.1% of the outstanding capital stock of Asahi Tec.  Debtor MD Products Corp. ("MD Products") is a New York corporation.  Oldco M Corporation is the direct or indirect parent of MD Products, each of the other Debtors and each of the Debtors' nondebtor subsidiaries (collectively, the "Oldco M Companies").  As of the Petition Date, the Oldco M Companies were leading global manufacturers of highly engineered

metal components for the global light vehicle market and among the 50 largest auto parts suppliers in North America.

4.       Shortly after the Petition Date, the Debtors filed motions (Docket Nos. 214 and 323) to sell a majority of their assets and to establish an auction process or processes and bid procedures to consummate these sales, and also began the process of marketing their other business units for sale (collectively, the "Sale Processes").  On August 5, 2009 and August 6, 2009, the Debtors held an auction (the "Auction"), pursuant to which MD Investors Corporation ("MD Investors") presented a bid for the assets, which included a cash component, a credit bid component and other consideration.  On August 12, 2009, the Court entered an order (Docket No. 674) (the "Sale Order") authorizing the sale to MD Investors (the "MD Investors Transaction") of substantially all of the Debtors' assets free and clear of all liens, claims, interests and encumbrances.  The MD Investors Transaction closed on October 16, 2009.  The Debtors are in the process of winding down and liquidating their remaining assets and seeking confirmation of a plan of liquidation in these cases.

5.       For the fiscal year ended March 29, 2009, the Oldco M Companies recorded annual revenue of approximately $1.32 billion, of which approximately $782 million was from sales of the Debtors.  As of March 29, 2009, utilizing book values, the Oldco M Companies had assets of approximately $977 million and liabilities of approximately $927 million.

**Background Regarding the Claims Process**

6.       On July 7, 2009, the Debtors filed their respective schedules of assets and liabilities and statements of financial affairs (Docket Nos. 361-391) (collectively, the "Schedules").  By an order entered on July 7, 2009 (Docket No. 394) (the "Bar Date Order"),

the Court established August 14, 2009 as the general bar date applicable to most creditors for the filing of proofs of claim asserting prepetition liabilities against the Debtors (the "General Bar Date").

7. After the entry of the Bar Date Order, the Debtors provided notice of the Bar Dates to all known creditors and potential creditors in accordance with the requirements of the Bar Date Order. Over 3,500 proofs of claim have been filed in these cases to date. Approximately 1,000 additional claims are deemed filed pursuant to section 1111(a) of the Bankruptcy Code due to their identification in the Schedules.

## Jurisdiction

8. This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Requested Relief

9. Pursuant to sections 105 and 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtors hereby seek the entry of an order disallowing and expunging each proof of claim identified as a "Claim To Be Expunged" on Exhibit 1[1] attached hereto and incorporated herein by reference (collectively, the "Duplicate Claims"), because each of the Duplicate Claims is a duplicate of another claim filed in these cases, as indicated on Exhibit 1. In support of this Objection, the Debtors submit the Declaration of Daphne Corry Hoppenrath, which is incorporated herein and attached hereto as Exhibit 2.

---

[1] Nothing in the Exhibit should be construed as an admission of the validity or priority of any claim included thereon.

## **Request to Disallow the Duplicate Claims**

10.     The Debtors have determined that each of the Duplicate Claims is a duplicate of at least one other claim filed in these cases.  In particular, each of the claimants identified on the attached Exhibit 1 (collectively with any transferees, the "Claimants") filed identical claims against the same Debtor or group of Debtors.  As a result, the Claimants currently assert multiple claims in these cases for the same alleged liabilities.

11.     Because the Debtors have determined that the Claimants would be entitled to only a single claim and recovery with respect to the liabilities asserted in the Duplicate Claims (assuming such claims are valid), the Duplicate Claims overstate the Debtors' potential obligations to the Claimants.  Nevertheless, the Duplicate Claims remain on the claims docket as outstanding liabilities until withdrawn by the Claimants or disallowed by the Court.  See, e.g., 11 U.S.C. § 502(a).[2]  Accordingly, by this Objection, the Debtors seek to disallow and expunge the Duplicate Claims and thereby limit each Claimant to a single remaining claim against, and a single potential recovery from, the Debtors' estates arising from the same alleged obligation.

12.     For each of the Duplicate Claims, the Debtors have identified a surviving claim asserting the same liability (a "Surviving Claim") that will be unaffected by the relief requested in this Objection.  Each Surviving Claim is identified as a "Surviving Claim" on the attached Exhibit 1.  The Claimants' rights to assert the liabilities alleged in the Surviving Claims against the Debtors' estates will be preserved, subject to the Debtors' ongoing rights to object to the Surviving Claims on any grounds.

---

[2]     Section 502(a) of the Bankruptcy Code states, in pertinent part:

>     A claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects.

>     11 U.S.C. § 502(a).

13.     For all of the foregoing reasons, the Duplicate Claims should be disallowed and expunged.

### Reservation of Rights

14.     The Debtors reserve the right to object further to each of the Surviving Claims and, to the extent not disallowed and expunged, the Duplicate Claims, on any and all additional factual or legal grounds.  Without limiting the generality of the foregoing, the Debtors specifically reserve the right to amend this Objection, file additional papers in support of this Objection or take other appropriate actions, including to:  (a) respond to any allegation or defense that may be raised in a Response — filed in accordance with the Bankruptcy Code, the Bankruptcy Rules and orders of this Court — by or on behalf of any of the Claimants or other interested parties; (b) object further to any Duplicate Claim for which a Claimant provides (or attempts to provide) additional documentation or substantiation; and (c) object further to any Duplicate Claim based on additional information that may be discovered upon further review by the Debtors or through discovery pursuant to the applicable provisions of Part VII of the Bankruptcy Rules.  In addition, as described above, the Debtors reserve and retain their rights to object to the Surviving Claims on any and all available grounds.

### Notice

15.     Pursuant to the Administrative Order, Pursuant to Rule 1015(c) of the Federal Rules of Bankruptcy Procedure, Establishing Case Management and Scheduling Procedures (Docket No. 133) (the "Case Management Order"), entered on June 5, 2009, notice of this Motion has been given to the parties identified on the Special Service List, the General Service List (as such terms are defined in the Case Management Order) and the Claimants on the attached Exhibit 1.  The Debtors submit that no other or further notice need be provided under the circumstances.

## No Prior Request

16.     No prior request for the relief sought in this Motion has been made to this or any other court in connection with these chapter 11 cases.

WHEREFORE, the Debtors respectfully request that the Court (a) enter an order, substantially in the form attached hereto as <u>Exhibit 3</u>, disallowing and expunging the Duplicate Claims; and (b) grant such other and further relief to the Debtors as the Court may deem proper.

Dated:  December 18, 2009
        New York, New York

Respectfully submitted,

/s/ Ryan Routh
Richard H. Engman
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

 - and -

Heather Lennox
Ryan T. Routh
Daniel M. Syphard
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

**EXHIBIT 1**

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | *Claim To Be Expunged* | | | | | *Surviving Claim* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | OHIO BUREAU OF WORKERS COMPENSATION LEGAL DIVISION BANKRUPTCY UNIT PO BOX 15567 COLUMBUS, OH 43215-0567 | 09-13412 | 3410 | $1,207,598.63 | (P) | OHIO BUREAU OF WORKERS COMPENSATION LEGAL DIVISION BANKRUPTCY UNIT PO BOX 15567 COLUMBUS, OH 43215-0567 | 09-13412 | 1995 | $1,207,598.63 | (P) |
| 2 | OLD CARCO LLC FKA CHRYSLER LLC TOGUT SEGAL & SEGAL LLP ATTN: FRANK A OSWALD ONE PENN PLAZA STE 3335 NEW YORK, NY 10119 | 09-13412 | 3397 | UNASCERTAINABLE $93,000.00 $1,320,096.33  UNLIQUIDATED | (S) (A) (U) | OLD CARCO LLC FKA CHRYSLER LLC TOGUT SEGAL & SEGAL LLP ATTN: FRANK A OSWALD ONE PENN PLAZA STE 3335 NEW YORK, NY 10119 | 09-13412 | 3396 | UNASCERTAINABLE $93,000.00 $1,320,096.33  UNLIQUIDATED | (S) (A) (U) |
| 3 | PADILLA, JOAQUIN 173 ARBOR CT APT 145 WHEELING, IL 60090-3170 | 09-13412 | 3299 | BLANK | (U) | PADILLA, JOAQUIN 173 ARBOR CT APT 145 WHEELING, IL 60090-3170 | 09-13412 | 3298 | BLANK | (U) |
| 4 | PANIZZOLI, CRAIG A 31023 JOHN HAUK ST GARDEN CITY, MI 48135-1467 | 09-13412 | 1865 | BLANK | (U) | PANIZZOLI, CRAIG 31023 JOHN HAUK GARDEN CITY, MI 48135 | 09-13412 | 1871 | BLANK | (U) |
| 5 | PERCICH, PETER 21471 KNUDSEN DR GROSSE ILE, MI 48138-1179 | 09-13412 | 312 | BLANK | (U) | PERCICH, PETER 21471 KNUDSEN GROSSE ILE, MI 48138 | 09-13412 | 311 | UNASCERTAINABLE | (U) |
| 6 | PHILLIPS, JOHN E 337 STONEYBROOK GROVE DR GREENWOOD, IN 46142-2114 | 09-13412 | 3035 | BLANK | (U) | PHILLIPS, JOHN E 337 STONEYBROOKGROVE GREENWOOD, IN 46142 | 09-13412 | 3034 | BLANK | (U) |
| 7 | PHILLIPS, MELVIN 20031 FENTON DETROIT, MI 48219 | 09-13412 | 1406 | BLANK | (S) | PHILLIPS, MELVIN M 20031 FENTON ST DETROIT, MI 48219-1008 | 09-13412 | 1405 | BLANK | (S) |
| 8 | POTTORF, LARRY J 400 PARK ST MINERVA, OH 44657-1135 | 09-13412 | 2536 | UNASCERTAINABLE | (U) | POTTORF, LARRY 400 PARK ST MINERVA, OH 44657 | 09-13412 | 2535 | UNASCERTAINABLE | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority      (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/17/2009 11:14:13 AM

| | *Claim To Be Expunged* | | | | | *Surviving Claim* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 9 | PRECISION GAGE<br>PO BOX 277<br>256 INDUSTRIAL DR<br>HILLSDALE, MI 49242-1077 | 09-13419 | 870 | $0.00 | (U) | PRECISION GAGE<br>PO BOX 277<br>256 INDUSTRIAL DR<br>HILLSDALE, MI 49242-1077 | 09-13419 | 871 | $169,853.89 | (U) |
| 10 | PREISS, THOMAS A<br>7700 NEWGATE AVE NW<br>NORTH CANTON, OH 44720-7818 | 09-13412 | 2702 | $1,531.80<br><br>UNLIQUIDATED | (P) | PREISS, THOMAS<br>7700 NEWGATE AVE NW<br>NORTH CANTON, OH 44720 | 09-13412 | 2701 | $1,531.80<br><br>UNLIQUIDATED | (P) |
| 11 | PRODUCT ASSURANCE SERVICES I<br>337 NORTH BROAD STREET<br>RIDGWAY, PA 15853 | 09-13412 | 414 | $12,168.00 | (U) | PRODUCT ASSURANCE SERVICES INC<br>337 N BROAD ST<br>RIDGWAY, PA 15853-2103 | 09-13412 | 412 | $12,168.00 | (U) |
| 12 | QMP AMERICA DIVISION OF HIGH PURITY<br>IRON INC<br>ATTN: CLAUDE GERMAN<br>1625 MARIE VICTORIN<br>SOREL TRACY, QC J3R 1M7<br>CANADA | 09-13421 | 2941 | $9,929.13 | (U) | QMP AMERICA DIVISION OF HIGH PURITY<br>IRON INC<br>ATTN: CLAUDE GERMAN<br>1625 MARIE VICTORIN<br>SOREL-TRACY, QC J3R 1M7<br>CANADA | 09-13421 | 275 | $9,929.13 | (U) |
| 13 | QUALA-DIE INC<br>1250 BRUSSELLES ST<br>ST MARYS, PA 15857 | 09-13421 | 741 | $7,325.00 | (U) | QUALA-DIE INC<br>1250 BRUSSELLES ST<br>ST MARYS, PA 15857 | 09-13421 | 163 | $7,325.00 | (U) |
| 14 | QUALA-DIE, INC.<br>1250 BRUSSELLES ST<br>ST. MARYS, PA 15857-1902 | 09-13421 | 1814 | $7,325.00 | (U) | QUALA-DIE INC<br>1250 BRUSSELLES ST<br>ST MARYS, PA 15857 | 09-13421 | 163 | $7,325.00 | (U) |
| 15 | QUALITY CONTROL SALES & SERVICES INC<br>5803 W 73RD ST<br>INDIANAPOLIS, IN 46278 | 09-13412 | 1358 | $978.50 | (U) | QUALITY CONTROL SALES & SERVICES INC<br>5803 W 73RD ST<br>INDIANAPOLIS, IN 46278 | 09-13412 | 45 | $978.50 | (U) |
| 16 | QUALITY MECHANICAL CONTRACTORS LLC<br>3032-A ROCK HILL RD<br>BURLINGTON, NC 27215 | 09-13412 | 286 | $15,876.00 | (U) | QUALITY MECHANICAL CONTRACTORS LLC<br>3032-A ROCK HILL RD<br>BURLINGTON, NC 27215 | 09-13412 | 248 | $15,876.00 | (U) |
| 17 | QUALITY MECHANICAL CONTRACTORS LLC<br>3032A ROCK HILL RD<br>BURLINGTON, NC 27215-8623 | 09-13412 | 3315 | $15,876.00 | (U) | QUALITY MECHANICAL CONTRACTORS LLC<br>3032-A ROCK HILL RD<br>BURLINGTON, NC 27215 | 09-13412 | 248 | $15,876.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

| | *Claim To Be Expunged* | | | | | *Surviving Claim* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 18 | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3391 | $8,973.00 | (U) | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3389 | $8,973.00 | (U) |
| 19 | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3392 | $8,973.00 | (U) | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3389 | $8,973.00 | (U) |
| 20 | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3393 | $8,973.00 | (U) | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3389 | $8,973.00 | (U) |
| 21 | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3394 | $8,973.00 | (U) | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3389 | $8,973.00 | (U) |
| 22 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC - RAVENNA DUCTILE IRON PLANT JEFFREY L TURNER, SR VP 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 2663 | $20,000.00 $21,942.74 $23,104.71 | (S) (A) (U) | METAL TECHNOLOGIES INC JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31 $50,583.37 | (P) (U) |
| 23 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC RAVENNA DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 3543 | $23,104.71 | (A) | METAL TECHNOLOGIES INC JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31 $50,583.37 | (P) (U) |
| 24 | RESKA SPLINE PRODUCTS INC 25225 EASY ST WARREN, MI 48089 | 09-13419 | 3398 | $4,523.33 | (U) | RESKA SPLINE PRODUCTS INC 25225 EASY ST WARREN, MI 48089 | 09-13419 | 2583 | $4,523.33 | (U) |
| 25 | ROBERT BOSCH LLC ATTN: JUDITH ADLER 38000 HILLS TECH DR FARMINGTON HILLS, MI 48331 | 09-13412 | 2707 | $209,869.11 | (U) | ROBERT BOSCH LLC ATTN: JUDITH ADLER 38000 HILLS TECH DR FARMINGTON HILLS, MI 48331 | 09-13412 | 2706 | $209,869.11 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 26 | ROBERT BOSCH LLC ATTN: JUDITH ADLER 38000 HILLS TECH DR FARMINGTON HILLS, MI 48331 | 09-13412 | 2708 | $209,869.11 | (U) | ROBERT BOSCH LLC ATTN: JUDITH ADLER 38000 HILLS TECH DR FARMINGTON HILLS, MI 48331 | 09-13412 | 2706 | $209,869.11 | (U) |
| 27 | ROBINSON SR, ANDRE 11200 LARDET ST UP CLEVELAND, OH 44104-5018 | 09-13412 | 641 | BLANK | (P) | ROBINSON SR, ANDRE 11200 LARDET ST UP CLEVELAND, OH 44104 | 09-13412 | 289 | $7,260.00 $7,260.00 | (S) (P) |
| 28 | SASSONE, CHARLES 965 DURHAM CT TROY, MI 48084 | 09-13412 | 513 | $989.00 UNLIQUIDATED | (P) | SASSONE, CHARLES M 965 DURHAM CT TROY, MI 48084-1609 | 09-13412 | 511 | $989.00 UNLIQUIDATED | (U) |
| 29 | SBC GLOBAL SERVICES AT&T ATTORNEY: JAMES GRUDUS ESQ AT&T INC ONE AT&T WAY RM 3A218 BEDMINSTER, NJ 07921 | 09-13412 | 3240 | $32,684.27 | (U) | SBC GLOBAL SERVICES AT&T ATTORNEY: JAMES GRUDUS ESQ AT&T INC ONE AT&T WAY RM 3A218 BEDMINSTER, NJ 07921 | 09-13412 | 3239 | $32,684.27 | (U) |
| 30 | SBC GLOBAL SERVICES AT&T ATTORNEY: JAMES GRUDUS ESQ AT&T INC ONE AT&T WAY RM 3A218 BEDMINSTER, NJ 07921 | 09-13412 | 3241 | $32,684.27 | (U) | SBC GLOBAL SERVICES AT&T ATTORNEY: JAMES GRUDUS ESQ AT&T INC ONE AT&T WAY RM 3A218 BEDMINSTER, NJ 07921 | 09-13412 | 3239 | $32,684.27 | (U) |
| 31 | SCHMIDT, RAY F 104 KENWOOD DR ROME, GA 30165 | 09-13412 | 3417 | $571.83 $571.83 UNLIQUIDATED | (S) (U) | SCHMIDT, RAY F 104 KENWOOD DR SW ROME, GA 30165-3460 | 09-13412 | 1838 | $571.83 $571.83 UNLIQUIDATED | (P) (U) |
| 32 | SEO-HEUNG FORGING CO LTD 68-5 KYUNG-DONG CHONG RO-KU SEOUL 110 170, KOREA, REPUBLIC OF | 09-13412 | 206 | $205,875.00 | (U) | SEO-HEUNG FORGING CO LTD 68-5 KYUNG-DONG CHONG RO-KU SEOUL 110 170, KOREA, REPUBLIC OF | 09-13412 | 173 | $205,875.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | *Claim To Be Expunged* | | | | | *Surviving Claim* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 33 | SEPKOVICH, JOSEPH J<br>3301 OAK BOROUGH RUN<br>FORT WAYNE, IN 46804 | 09-13412 | 568 | BLANK | (U) | SEPKOVICH, JOSEPH<br>3301 OAK BOROUGH RUN<br>FORT WAYNE, IN 46804 | 09-13412 | 567 | BLANK | (U) |
| 34 | SHELBOURN, KENNETH D<br>PO BOX 269<br>LITCHFIELD, MI 49252-0269 | 09-13412 | 787 | $7,035.00 | (P) | SHELBOURN, KENNETH D<br>PO BOX 269<br>10875 RAINEY RD<br>LITCHFIELD, MI 49252 | 09-13412 | 90 | $7,035.00 | (P) |
| 35 | SIGMETRIX LLC<br>105 VIRGINIA STREET<br>MCKINNEY, TX 75069 | 09-13414 | 3508 | $4,775.00 | (U) | SIGMETRIX LLC<br>105 W VIRGINIA ST<br>MCKINNEY, TX 75069 | 09-13414 | 237 | $4,775.00 | (U) |
| 36 | SILVERS, SARA<br>9938 N SPANGLER HILL RD<br>CAMPBELLSBURG, IN 47108 | 09-13412 | 3362 | BLANK | (U) | SILVERS, SARA L<br>9938 N SPANGLER HILL RD<br>CAMPBELLSBURG, IN 47108-6189 | 09-13412 | 3361 | BLANK | (U) |
| 37 | SISSON, STEVE<br>554 WOODS ROAD NW<br>ROME, GA 30165 | 09-13412 | 2001 | BLANK | (P) | SISSON, STEVE F<br>554 WOODS RD NW<br>ROME, GA 30165-8430 | 09-13412 | 1997 | BLANK | (P) |
| 38 | SNIDER, FREDERICK A<br>2303 ROBERTSVILLE AVE SE<br>PARIS, OH 44669-9742 | 09-13412 | 3412 | $470.00<br><br>UNLIQUIDATED | (U) | SNIDER, FREDERICK A<br>2303 ROBERTSVILLE AVE SE<br>PARIS, OH 44669-9742 | 09-13412 | 1822 | $470.00<br><br>UNLIQUIDATED | (U) |
| 39 | SPEARS, ANDREW J<br>2759 MILLRACE DR<br>COLUMBUS, OH 43207-4621 | 09-13412 | 1316 | BLANK | (U) | SPEARS, ANDREW J<br>2759 MILLRACE DR<br>COLUMBUS, OH 43207-4621 | 09-13412 | 1316 | BLANK | (U) |
| 40 | ST PETER, HENRY C<br>22800 W TOLEDO ST<br>CURTICE, OH 43412-9654 | 09-13412 | 576 | BLANK | (U) | ST PETER, HENRY<br>22800 W TOLEDO<br>CURTICE, OH 43412 | 09-13412 | 575 | BLANK | (U) |
| 41 | STAAF, JAMES<br>1505 AUBURN AVE NW<br>MASSILLON, OH 44647-6237 | 09-13412 | 1604 | BLANK | (U) | STAAF, JAMES A<br>1505 AUBURN AVE NW<br>MASSILLON, OH 44647-5237 | 09-13412 | 1603 | BLANK | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/17/2009 11:14:14 AM

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 42 | STEFANSKI, ARTHUR F<br>22406 CORTEVILLE ST<br>ST CLAIR SHORES, MI 48081-1368 | 09-13412 | 757 | BLANK | (U) | STEFANSKI, ARTHUR<br>22406 CORTEVILLE<br>ST CLAIR SHORES, MI 48081 | 09-13412 | 622 | BLANK | (U) |
| 43 | STULTZ, CARLOS R<br>30433 W BELL VIEW ST<br>BUCKEYE, AZ 85396-6332 | 09-13412 | 3423 | BLANK | (U) | STULTZ, CARLOS<br>30433 W BELLVIEW ST<br>BUCKEYE, AZ 85396-6332 | 09-13412 | 3422 | BLANK | (U) |
| 44 | THOMAS, SERGUS R<br>1014 BUCKINGHAM RD<br>GROSSE POINTE PARK, MI 48230-1441 | 09-13412 | 2553 | UNASCERTAINABLE | (P) | THOMAS, SERGUS R<br>1014 BUCKINGHAM RD<br>GROSSE POINTE PARK, MI 48230-1441 | 09-13412 | 2552 | UNASCERTAINABLE | (P) |
| 45 | THOMAS, SERGUS R<br>1014 BUCKINGHAM RD<br>GROSSE POINTE PARK, MI 48230 | 09-13412 | 2554 | UNASCERTAINABLE | (P) | THOMAS, SERGUS R<br>1014 BUCKINGHAM RD<br>GROSSE POINTE PARK, MI 48230-1441 | 09-13412 | 2552 | UNASCERTAINABLE | (P) |
| 46 | THOMSON WEST<br>TOM M CANEFF<br>610 OPPERMAN DR D6-11-3710<br>EAGAN, MN 55123 | 09-13414 | 1934 | $3,299.25 | (U) | THOMSON WEST<br>TOM M CANEFF<br>610 OPPERMAN DR<br>D6-11-3710<br>EAGAN, MN 55123 | 09-13414 | 61 | $3,299.25 | (U) |
| 47 | TRINCO<br>34600 COMMERCE<br>FRASER, MI 48026-3420 | 09-13417 | 658 | $222.00 | (U) | TRINCO TRINITY TOOL COMPANY<br>PO BOX 98<br>34600 COMMERCE RD<br>FRASIER, MI 48026-0098 | 09-13417 | 260 | $222.00 | (U) |
| 48 | UNION PALLET & CONTAINER CO INC.<br>161 RACE ST<br>COLDWATER, MI 49036-2114 | 09-13419 | 2747 | BLANK | (U) | UNION PALLET & CONTAINER CO INC<br>161 RACE ST<br>COLDWATER, MI 49036-2114 | 09-13419 | 2746 | $915.00<br>$1,711.00 | (A)<br>(U) |
| 49 | WALLACE, JAMES E<br>4204 HOMEWORTH RD<br>HOMEWORTH, OH 44634-9519 | 09-13412 | 3017 | BLANK | (U) | WALLACE, JAMES E<br>4204 HOMEWORTH RD<br>HOMEWORTH, OH 44634 | 09-13412 | 3016 | UNASCERTAINABLE | (U) |
| 50 | WARCHOL, RICHARD D<br>631 NORTHLAWN ST<br>EAST CHINA, MI 48054-4147 | 09-13412 | 1714 | UNKNOWN<br><br>UNLIQUIDATED | (S) | WARCHOL, RICHARD<br>631 NORTHLAWN<br>EAST CHINA, MI 48054 | 09-13412 | 1696 | UNKNOWN<br><br>UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 51 | WARNOCK / INTERNATIONAL SPRING<br>7901 NAGLE AVE<br>MORTON GROVE, IL 60053-2714 | 09-13412 | 958 | $5,253.60 | (U) | WARNOCK / INTERNATIONAL SPRING<br>7901 NAGLE AVE<br>MORTON GROVE, IL 60053-2714 | 09-13412 | 957 | $5,253.60 | (U) |
| 52 | WEAVERTOWN TRANSPORT LEASING INC<br>C/O ALAN MILLER ESQ<br>PICADIO SNEATH MILLER & NORTON<br>4710 US STEEL TOWER<br>600 GRANT ST<br>PITTSBURGH, PA 15219 | 09-13412 | 3269 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | WEAVERTOWN TRANSPORT LEASING INC<br>C/O ALAN MILLER ESQ<br>PICADIO SNEATH MILLER & NORTON<br>4710 US STEEL TOWER<br>600 GRANT ST<br>PITTSBURGH, PA 15219 | 09-13412 | 3268 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 53 | WEAVERTOWN TRANSPORT LEASING INC<br>C/O ALAN MILLER ESQ<br>PICADIO SNEATH MILLER & NORTON<br>4710 US STEEL TOWER<br>600 GRANT ST<br>PITTSBURGH, PA 15219 | 09-13419 | 3270 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | WEAVERTOWN TRANSPORT LEASING INC<br>C/O ALAN MILLER ESQ<br>PICADIO SNEATH MILLER & NORTON<br>4710 US STEEL TOWER<br>600 GRAND ST<br>PITTSBURGH, PA 15219 | 09-13419 | 3267 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 54 | WHITMAN, JAMES M<br>PO BOX 213<br>EDON, OH 43518-0213 | 09-13412 | 1100 | BLANK | (U) | WHITMAN, JAMES<br>PO BOX 213<br>EDON, OH 43518 | 09-13412 | 1098 | BLANK | (U) |
| 55 | XEROX CORP<br>ATTN: VANESSA ADAMS<br>XEROX CAPITAL SERVICES LLC<br>1301 RIDGEVIEW DRIVE-450<br>LEWISVILLE, TX 75057 | 09-13416 | 962 | $19,686.75 | (U) | XEROX CORP<br>ATTN: VANESSA ADAMS<br>XEROX CAPITAL SERVICES LLC<br>1301 RIDGEVEIW DR - 450<br>LEWISVILLE, TX 75057 | 09-13416 | 295 | $19,686.75 | (U) |
| 56 | YRC INC<br>C/O RMS BANKRUPTCY RECOVERY<br>SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 09-13412 | 3485 | $4,358.78 | (P) | YRC INC FKA ROADWAY EXPRESS INC<br>C/O FRANTZ WARD LLP<br>ATTN: JOHN F KOSTELNIK ESQ<br>2500 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | 09-13412 | 1656 | $4,358.78 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority               (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |

**Total Claims Expunged:** 56    **Total Dollars Expunged:**    $3,558,486.68

## Case Legend:

| | | | | | |
|---|---|---|---|---|---|
| 09-13411 | M D PRODUCTS CORPORATION | 09-13421 | METALDYNE SINTERED COMPONENTS ST. MARYS | 09-13431 | METALDYNE US HOLDING CO. |
| 09-13412 | OLDCO M CORPORATION F/K/A METALDYNE CORPORATION | 09-13422 | NC-M CHASSIS SYSTEMS LLC | 09-13432 | ER ACQUISITION CORPORATION |
| 09-13413 | METALDYNE ENGINE CO., LLC | 09-13423 | PUNCHCRAFT COMPANY | 09-13433 | GMTI HOLDING COMPANY |
| 09-13414 | METALDYNE CO., LLC | 09-13424 | WINDFALL SPECIALTY POWDERS, INC. | 09-13434 | HALYARD AVIATION SERVICES, INC. |
| 09-13415 | METALDYNE LESTER PRECISION DIE CASTING, INC. | 09-13425 | METALDYNE ASIA, INC. | 09-13435 | MASCO TECH SATURN HOLDINGS, INC. |
| 09-13416 | METALDYNE SINTERED COMPONENTS LLC | 09-13426 | METALDYNE DRIVELINE CO. | 09-13436 | MASG DISPOSITION, INC. |
| 09-13417 | METALDYNE TUBULAR PRODUCTS, INC. | 09-13427 | METALDYNE EUROPE, INC. | 09-13437 | MASX ENERGY SERVICE GROUP, INC. |
| 09-13418 | METALDYNE DUPAGE DIE CASTING CORPPORATION | 09-13428 | METALDYNE PRECISION FORMING – FORT WAYNE | 09-13438 | PRECISION HEADED PRODUCTS, INC. |
| 09-13419 | METALDYNE MACHINING AND ASSEMBLY COMPANY | 09-13429 | METALDYNE SERVICES, INC. | 09-13439 | STAHL INTERNATIONAL, INC. |
| 09-13420 | METALDYNE LIGHT METALS COMPANY, INC. | 09-13430 | METALDYNE SINTERED COMPONENTS OF INDIANA | 09-13440 | WC MCCURDY CO. |
| | | | | 09-13441 | METALDYNE INTERMEDIATE HOLDCO, INC. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
    (P) - Priority     (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/17/2009 11:14:15 AM

# <u>EXHIBIT 2</u>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11
                                        :
Oldco M Corporation                     :        Case No. 09-13412 (MG)
(f/k/a Metaldyne Corporation), et al.,  :
                                        :        (Jointly Administered)
                        Debtors.        :
                                        :
-------------------------------------------------------------x
```

**DECLARATION OF DAPHNE CORRY HOPPENRATH**
**IN SUPPORT OF THE OMNIBUS OBJECTION**
**OF DEBTORS AND DEBTORS IN POSSESSION SEEKING TO**
**DISALLOW CERTAIN DUPLICATE CLAIMS (OMNIBUS OBJECTION NO. 5)**

STATE OF MICHIGAN            )

                             )      SS:

COUNTY OF WAYNE              )

      I, Daphne Corry Hoppenrath, make this Declaration under 28 U.S.C. § 1746 and state as follows:

      1.      I am older than 21 years of age and suffer no legal disability. I am competent to make this Declaration.

      2.      I submit this Declaration for all permissible purposes under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and the Federal Rules of Evidence in support of the Omnibus Objection of Debtors and Debtors in Possession Seeking to Disallow Certain Duplicate Claims (Omnibus Objection No. 5) (the "Objection").[1] I have read the Objection, and I am generally familiar with the information contained therein.

---

[1]      Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

3.    I am a consultant at Accretive Solutions-Detroit, Inc. ("Accretive"), the claim reconciliation managers employed in these cases.  Among my responsibilities in this position, I am the individual at Accretive responsible for assisting the Debtors in their review and analysis of all filed and scheduled claims in these chapter 11 cases and coordinating the overall reconciliation process.  The other individuals involved in this process act either (a) at my direction and/or under my supervision (with respect to Accretive  personnel) or (b) with my advice, consultation and coordination (with respect to the Debtors' personnel).  Accordingly, I am familiar with the Duplicate Claims and the other matters addressed herein and in the Objection and with the activities that have taken place to date concerning the review and analysis of the claims asserted in these cases, including all of the claims, facts and circumstances described in the Objection.

4.    Except as otherwise indicated, my statements in this Declaration are based on my personal experience and knowledge as described above, my discussions with responsible management of the Debtors and my review of relevant documents.  If called to testify, I could and would testify as stated herein.

5.    In connection with the Debtors' ongoing claims reconciliation process, I or my designee at my direction have reviewed the proof of claim forms filed by the Claimants in connection with the Duplicate Claims and Surviving Claims on Exhibit 1 attached to the Objection.  As a result of this review, I have determined that each Duplicate Claim is a duplicate of a Surviving Claim, which Surviving Claim will be unaffected by the relief requested in this Objection.  The Claimants' rights to assert the liabilities alleged in the Surviving Claims against the Debtors' estates will be preserved, subject to the Debtors' ongoing rights to object to the Surviving Claims on any grounds.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  December 18, 2009   /s/ Daphne Corry Hoppenrath
             Daphne Corry Hoppenrath
             Consultant, Accretive Solutions

**EXHIBIT 3**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                        :
In re                                                   :       Chapter 11
                                                        :
Oldco M Corporation                                     :       Case No. 09-13412 (MG)
(f/k/a Metaldyne Corporation), *et al.,*                :
                                                        :       (Jointly Administered)
                                       Debtors.         :
                                                        :
-------------------------------------------------------------x

## ORDER DISALLOWING CERTAIN
## DUPLICATE CLAIMS (OMNIBUS OBJECTION NO. 5)

This matter coming before the Court on the Omnibus Objection of Debtors and

Debtors in Possession Seeking to Disallow Certain Duplicate Claims (Omnibus Objection No. 5)

(the "Objection"),[1] filed by the debtors in the above-captioned cases (collectively,

the "Debtors"); the Court having reviewed the Objection and the Declaration of Daphne Corry

Hoppenrath attached thereto as Exhibit 2 (the "Declaration") and having heard the statements of

counsel regarding the relief requested in the Objection at a hearing before the Court

(the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and

(c) notice of the Objection and the Hearing was sufficient under the circumstances and in full

compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and orders of

this Court; and the Court having determined that the legal and factual bases set forth in the

Objection, the Declaration and at the Hearing establish just cause for the relief granted herein;

---

[1]         Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

IT IS HEREBY ORDERED THAT:

1.      The Objection is SUSTAINED in its entirety.

2.      Each of the claims identified as "Claims To Be Expunged" on <u>Exhibit 1</u> attached hereto and incorporated herein by reference is disallowed and expunged, pursuant to section 502 of the Bankruptcy Code.

3.      Each claim identified as a "Surviving Claim" on Schedule 1 attached hereto (collectively, the "<u>Surviving Claims</u>") is unaffected by the relief granted herein.  The Debtors retain their rights to object to the Surviving Claims on any and all available grounds.

4.      The Debtors and their claims and noticing agent, The BMC Group, Inc. and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.


Dated: _____, 2010          _____
       New York, New York                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | OHIO BUREAU OF WORKERS COMPENSATION LEGAL DIVISION BANKRUPTCY UNIT PO BOX 15567 COLUMBUS, OH 43215-0567 | 09-13412 | 3410 | $1,207,598.63 | (P) | OHIO BUREAU OF WORKERS COMPENSATION LEGAL DIVISION BANKRUPTCY UNIT PO BOX 15567 COLUMBUS, OH 43215-0567 | 09-13412 | 1995 | $1,207,598.63 | (P) |
| 2 | OLD CARCO LLC FKA CHRYSLER LLC TOGUT SEGAL & SEGAL LLP ATTN: FRANK A OSWALD ONE PENN PLAZA STE 3335 NEW YORK, NY 10119 | 09-13412 | 3397 | UNASCERTAINABLE $93,000.00 $1,320,096.33 UNLIQUIDATED | (S) (A) (U) | OLD CARCO LLC FKA CHRYSLER LLC TOGUT SEGAL & SEGAL LLP ATTN: FRANK A OSWALD ONE PENN PLAZA STE 3335 NEW YORK, NY 10119 | 09-13412 | 3396 | UNASCERTAINABLE $93,000.00 $1,320,096.33 UNLIQUIDATED | (S) (A) (U) |
| 3 | PADILLA, JOAQUIN 173 ARBOR CT APT 145 WHEELING, IL 60090-3170 | 09-13412 | 3299 | BLANK | (U) | PADILLA, JOAQUIN 173 ARBOR CT APT 145 WHEELING, IL 60090-3170 | 09-13412 | 3298 | BLANK | (U) |
| 4 | PANIZZOLI, CRAIG A 31023 JOHN HAUK ST GARDEN CITY, MI 48135-1467 | 09-13412 | 1865 | BLANK | (U) | PANIZZOLI, CRAIG 31023 JOHN HAUK GARDEN CITY, MI 48135 | 09-13412 | 1871 | BLANK | (U) |
| 5 | PERCICH, PETER 21471 KNUDSEN DR GROSSE ILE, MI 48138-1179 | 09-13412 | 312 | BLANK | (U) | PERCICH, PETER 21471 KNUDSEN GROSSE ILE, MI 48138 | 09-13412 | 311 | UNASCERTAINABLE | (U) |
| 6 | PHILLIPS, JOHN E 337 STONEYBROOK GROVE DR GREENWOOD, IN 46142-2114 | 09-13412 | 3035 | BLANK | (U) | PHILLIPS, JOHN E 337 STONEYBROOKGROVE GREENWOOD, IN 46142 | 09-13412 | 3034 | BLANK | (U) |
| 7 | PHILLIPS, MELVIN 20031 FENTON DETROIT, MI 48219 | 09-13412 | 1406 | BLANK | (S) | PHILLIPS, MELVIN M 20031 FENTON ST DETROIT, MI 48219-1008 | 09-13412 | 1405 | BLANK | (S) |
| 8 | POTTORF, LARRY J 400 PARK ST MINERVA, OH 44657-1135 | 09-13412 | 2536 | UNASCERTAINABLE | (U) | POTTORF, LARRY 400 PARK ST MINERVA, OH 44657 | 09-13412 | 2535 | UNASCERTAINABLE | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/17/2009 11:14:13 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | *Claim To Be Expunged* | | | | | *Surviving Claim* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 9 | PRECISION GAGE<br>PO BOX 277<br>256 INDUSTRIAL DR<br>HILLSDALE, MI 49242-1077 | 09-13419 | 870 | $0.00 | (U) | PRECISION GAGE<br>PO BOX 277<br>256 INDUSTRIAL DR<br>HILLSDALE, MI 49242-1077 | 09-13419 | 871 | $169,853.89 | (U) |
| 10 | PREISS, THOMAS A<br>7700 NEWGATE AVE NW<br>NORTH CANTON, OH 44720-7818 | 09-13412 | 2702 | $1,531.80<br><br>UNLIQUIDATED | (P) | PREISS, THOMAS<br>7700 NEWGATE AVE NW<br>NORTH CANTON, OH 44720 | 09-13412 | 2701 | $1,531.80<br><br>UNLIQUIDATED | (P) |
| 11 | PRODUCT ASSURANCE SERVICES I<br>337 NORTH BROAD STREET<br>RIDGWAY, PA 15853 | 09-13412 | 414 | $12,168.00 | (U) | PRODUCT ASSURANCE SERVICES INC<br>337 N BROAD ST<br>RIDGWAY, PA 15853-2103 | 09-13412 | 412 | $12,168.00 | (U) |
| 12 | QMP AMERICA DIVISION OF HIGH PURITY<br>IRON INC<br>ATTN: CLAUDE GERMAN<br>1625 MARIE VICTORIN<br>SOREL TRACY, QC J3R 1M7<br>CANADA | 09-13421 | 2941 | $9,929.13 | (U) | QMP AMERICA DIVISION OF HIGH PURITY<br>IRON INC<br>ATTN: CLAUDE GERMAN<br>1625 MARIE VICTORIN<br>SOREL-TRACY, QC J3R 1M7<br>CANADA | 09-13421 | 275 | $9,929.13 | (U) |
| 13 | QUALA-DIE INC<br>1250 BRUSSELLES ST<br>ST MARYS, PA 15857 | 09-13421 | 741 | $7,325.00 | (U) | QUALA-DIE INC<br>1250 BRUSSELLES ST<br>ST MARYS, PA 15857 | 09-13421 | 163 | $7,325.00 | (U) |
| 14 | QUALA-DIE, INC.<br>1250 BRUSSELLES ST<br>ST. MARYS, PA 15857-1902 | 09-13421 | 1814 | $7,325.00 | (U) | QUALA-DIE INC<br>1250 BRUSSELLES ST<br>ST MARYS, PA 15857 | 09-13421 | 163 | $7,325.00 | (U) |
| 15 | QUALITY CONTROL SALES & SERVICES INC<br>5803 W 73RD ST<br>INDIANAPOLIS, IN 46278 | 09-13412 | 1358 | $978.50 | (U) | QUALITY CONTROL SALES & SERVICES INC<br>5803 W 73RD ST<br>INDIANAPOLIS, IN 46278 | 09-13412 | 45 | $978.50 | (U) |
| 16 | QUALITY MECHANICAL CONTRACTORS LLC<br>3032-A ROCK HILL RD<br>BURLINGTON, NC 27215 | 09-13412 | 286 | $15,876.00 | (U) | QUALITY MECHANICAL CONTRACTORS LLC<br>3032-A ROCK HILL RD<br>BURLINGTON, NC 27215 | 09-13412 | 248 | $15,876.00 | (U) |
| 17 | QUALITY MECHANICAL CONTRACTORS LLC<br>3032A ROCK HILL RD<br>BURLINGTON, NC 27215-8623 | 09-13412 | 3315 | $15,876.00 | (U) | QUALITY MECHANICAL CONTRACTORS LLC<br>3032-A ROCK HILL RD<br>BURLINGTON, NC 27215 | 09-13412 | 248 | $15,876.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/17/2009 11:14:13 AM

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 18 | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3391 | $8,973.00 | (U) | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3389 | $8,973.00 | (U) |
| 19 | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3392 | $8,973.00 | (U) | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3389 | $8,973.00 | (U) |
| 20 | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3393 | $8,973.00 | (U) | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3389 | $8,973.00 | (U) |
| 21 | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3394 | $8,973.00 | (U) | RALMAR TC INC FKA TOOLCRAFT INC C/O REBECCA A MATTERN 115 TWIN EAGLES BLVD E HUNTERTOWN, IN 46748 | 09-13414 | 3389 | $8,973.00 | (U) |
| 22 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC - RAVENNA DUCTILE IRON PLANT JEFFREY L TURNER, SR VP 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 2663 | $20,000.00 $21,942.74 $23,104.71 | (S) (A) (U) | METAL TECHNOLOGIES INC JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31 $50,583.37 | (P) (U) |
| 23 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC RAVENNA DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 3543 | $23,104.71 | (A) | METAL TECHNOLOGIES INC JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31 $50,583.37 | (P) (U) |
| 24 | RESKA SPLINE PRODUCTS INC 25225 EASY ST WARREN, MI 48089 | 09-13419 | 3398 | $4,523.33 | (U) | RESKA SPLINE PRODUCTS INC 25225 EASY ST WARREN, MI 48089 | 09-13419 | 2583 | $4,523.33 | (U) |
| 25 | ROBERT BOSCH LLC ATTN: JUDITH ADLER 38000 HILLS TECH DR FARMINGTON HILLS, MI 48331 | 09-13412 | 2707 | $209,869.11 | (U) | ROBERT BOSCH LLC ATTN: JUDITH ADLER 38000 HILLS TECH DR FARMINGTON HILLS, MI 48331 | 09-13412 | 2706 | $209,869.11 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 26 | ROBERT BOSCH LLC<br>ATTN: JUDITH ADLER<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 09-13412 | 2708 | $209,869.11 | (U) | ROBERT BOSCH LLC<br>ATTN: JUDITH ADLER<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 09-13412 | 2706 | $209,869.11 | (U) |
| 27 | ROBINSON SR, ANDRE<br>11200 LARDET ST UP<br>CLEVELAND, OH 44104-5018 | 09-13412 | 641 | BLANK | (P) | ROBINSON SR, ANDRE<br>11200 LARDET ST UP<br>CLEVELAND, OH 44104 | 09-13412 | 289 | $7,260.00<br>$7,260.00 | (S)<br>(P) |
| 28 | SASSONE, CHARLES<br>965 DURHAM CT<br>TROY, MI 48084 | 09-13412 | 513 | $989.00<br><br>UNLIQUIDATED | (P) | SASSONE, CHARLES M<br>965 DURHAM CT<br>TROY, MI 48084-1609 | 09-13412 | 511 | $989.00<br><br>UNLIQUIDATED | (U) |
| 29 | SBC GLOBAL SERVICES<br>AT&T ATTORNEY: JAMES GRUDUS ESQ<br>AT&T INC<br>ONE AT&T WAY<br>RM 3A218<br>BEDMINSTER, NJ 07921 | 09-13412 | 3240 | $32,684.27 | (U) | SBC GLOBAL SERVICES<br>AT&T ATTORNEY: JAMES GRUDUS ESQ<br>AT&T INC<br>ONE AT&T WAY<br>RM 3A218<br>BEDMINSTER, NJ 07921 | 09-13412 | 3239 | $32,684.27 | (U) |
| 30 | SBC GLOBAL SERVICES<br>AT&T ATTORNEY: JAMES GRUDUS ESQ<br>AT&T INC<br>ONE AT&T WAY<br>RM 3A218<br>BEDMINSTER, NJ 07921 | 09-13412 | 3241 | $32,684.27 | (U) | SBC GLOBAL SERVICES<br>AT&T ATTORNEY: JAMES GRUDUS ESQ<br>AT&T INC<br>ONE AT&T WAY<br>RM 3A218<br>BEDMINSTER, NJ 07921 | 09-13412 | 3239 | $32,684.27 | (U) |
| 31 | SCHMIDT, RAY F<br>104 KENWOOD DR<br>ROME, GA 30165 | 09-13412 | 3417 | $571.83<br>$571.83<br><br>UNLIQUIDATED | (S)<br>(U) | SCHMIDT, RAY F<br>104 KENWOOD DR SW<br>ROME, GA 30165-3460 | 09-13412 | 1838 | $571.83<br>$571.83<br><br>UNLIQUIDATED | (P)<br>(U) |
| 32 | SEO-HEUNG FORGING CO LTD<br>68-5 KYUNG-DONG<br>CHONG RO-KU<br>SEOUL 110 170,<br>KOREA, REPUBLIC OF | 09-13412 | 206 | $205,875.00 | (U) | SEO-HEUNG FORGING CO LTD<br>68-5 KYUNG-DONG<br>CHONG RO-KU<br>SEOUL 110 170,<br>KOREA, REPUBLIC OF | 09-13412 | 173 | $205,875.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/17/2009 11:14:14 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | *Claim To Be Expunged* | | | | | *Surviving Claim* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 33 | SEPKOVICH, JOSEPH J<br>3301 OAK BOROUGH RUN<br>FORT WAYNE, IN 46804 | 09-13412 | 568 | BLANK | (U) | SEPKOVICH, JOSEPH<br>3301 OAK BOROUGH RUN<br>FORT WAYNE, IN 46804 | 09-13412 | 567 | BLANK | (U) |
| 34 | SHELBOURN, KENNETH D<br>PO BOX 269<br>LITCHFIELD, MI 49252-0269 | 09-13412 | 787 | $7,035.00 | (P) | SHELBOURN, KENNETH D<br>PO BOX 269<br>10875 RAINEY RD<br>LITCHFIELD, MI 49252 | 09-13412 | 90 | $7,035.00 | (P) |
| 35 | SIGMETRIX LLC<br>105 VIRGINIA STREET<br>MCKINNEY, TX 75069 | 09-13414 | 3508 | $4,775.00 | (U) | SIGMETRIX LLC<br>105 W VIRGINIA ST<br>MCKINNEY, TX 75069 | 09-13414 | 237 | $4,775.00 | (U) |
| 36 | SILVERS, SARA<br>9938 N SPANGLER HILL RD<br>CAMPBELLSBURG, IN 47108 | 09-13412 | 3362 | BLANK | (U) | SILVERS, SARA L<br>9938 N SPANGLER HILL RD<br>CAMPBELLSBURG, IN 47108-6189 | 09-13412 | 3361 | BLANK | (U) |
| 37 | SISSON, STEVE<br>554 WOODS ROAD NW<br>ROME, GA 30165 | 09-13412 | 2001 | BLANK | (P) | SISSON, STEVE F<br>554 WOODS RD NW<br>ROME, GA 30165-8430 | 09-13412 | 1997 | BLANK | (P) |
| 38 | SNIDER, FREDERICK A<br>2303 ROBERTSVILLE AVE SE<br>PARIS, OH 44669-9742 | 09-13412 | 3412 | $470.00<br><br>UNLIQUIDATED | (U) | SNIDER, FREDERICK A<br>2303 ROBERTSVILLE AVE SE<br>PARIS, OH 44669-9742 | 09-13412 | 1822 | $470.00<br><br>UNLIQUIDATED | (U) |
| 39 | SPEARS, ANDREW J<br>2759 MILLRACE DR<br>COLUMBUS, OH 43207-4621 | 09-13412 | 1316 | BLANK | (U) | SPEARS, ANDREW J<br>2759 MILLRACE DR<br>COLUMBUS, OH 43207-4621 | 09-13412 | 1316 | BLANK | (U) |
| 40 | ST PETER, HENRY C<br>22800 W TOLEDO ST<br>CURTICE, OH 43412-9654 | 09-13412 | 576 | BLANK | (U) | ST PETER, HENRY<br>22800 W TOLEDO<br>CURTICE, OH 43412 | 09-13412 | 575 | BLANK | (U) |
| 41 | STAAF, JAMES<br>1505 AUBURN AVE NW<br>MASSILLON, OH 44647-6237 | 09-13412 | 1604 | BLANK | (U) | STAAF, JAMES A<br>1505 AUBURN AVE NW<br>MASSILLON, OH 44647-5237 | 09-13412 | 1603 | BLANK | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/17/2009 11:14:14 AM

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 42 | STEFANSKI, ARTHUR F<br>22406 CORTEVILLE ST<br>ST CLAIR SHORES, MI 48081-1368 | 09-13412 | 757 | BLANK | (U) | STEFANSKI, ARTHUR<br>22406 CORTEVILLE<br>ST CLAIR SHORES, MI 48081 | 09-13412 | 622 | BLANK | (U) |
| 43 | STULTZ, CARLOS R<br>30433 W BELL VIEW ST<br>BUCKEYE, AZ 85396-6332 | 09-13412 | 3423 | BLANK | (U) | STULTZ, CARLOS<br>30433 W BELLVIEW ST<br>BUCKEYE, AZ 85396-6332 | 09-13412 | 3422 | BLANK | (U) |
| 44 | THOMAS, SERGUS R<br>1014 BUCKINGHAM RD<br>GROSSE POINTE PARK, MI 48230-1441 | 09-13412 | 2553 | UNASCERTAINABLE | (P) | THOMAS, SERGUS R<br>1014 BUCKINGHAM RD<br>GROSSE POINTE PARK, MI 48230-1441 | 09-13412 | 2552 | UNASCERTAINABLE | (P) |
| 45 | THOMAS, SERGUS R<br>1014 BUCKINGHAM RD<br>GROSSE POINTE PARK, MI 48230 | 09-13412 | 2554 | UNASCERTAINABLE | (P) | THOMAS, SERGUS R<br>1014 BUCKINGHAM RD<br>GROSSE POINTE PARK, MI 48230-1441 | 09-13412 | 2552 | UNASCERTAINABLE | (P) |
| 46 | THOMSON WEST<br>TOM M CANEFF<br>610 OPPERMAN DR D6-11-3710<br>EAGAN, MN 55123 | 09-13414 | 1934 | $3,299.25 | (U) | THOMSON WEST<br>TOM M CANEFF<br>610 OPPERMAN DR<br>D6-11-3710<br>EAGAN, MN 55123 | 09-13414 | 61 | $3,299.25 | (U) |
| 47 | TRINCO<br>34600 COMMERCE<br>FRASER, MI 48026-3420 | 09-13417 | 658 | $222.00 | (U) | TRINCO TRINITY TOOL COMPANY<br>PO BOX 98<br>34600 COMMERCE RD<br>FRASIER, MI 48026-0098 | 09-13417 | 260 | $222.00 | (U) |
| 48 | UNION PALLET & CONTAINER CO INC.<br>161 RACE ST<br>COLDWATER, MI 49036-2114 | 09-13419 | 2747 | BLANK | (U) | UNION PALLET & CONTAINER CO INC<br>161 RACE ST<br>COLDWATER, MI 49036-2114 | 09-13419 | 2746 | $915.00<br>$1,711.00 | (A)<br>(U) |
| 49 | WALLACE, JAMES E<br>4204 HOMEWORTH RD<br>HOMEWORTH, OH 44634-9519 | 09-13412 | 3017 | BLANK | (U) | WALLACE, JAMES E<br>4204 HOMEWORTH RD<br>HOMEWORTH, OH 44634 | 09-13412 | 3016 | UNASCERTAINABLE | (U) |
| 50 | WARCHOL, RICHARD D<br>631 NORTHLAWN ST<br>EAST CHINA, MI 48054-4147 | 09-13412 | 1714 | UNKNOWN<br><br>UNLIQUIDATED | (S) | WARCHOL, RICHARD<br>631 NORTHLAWN<br>EAST CHINA, MI 48054 | 09-13412 | 1696 | UNKNOWN<br><br>UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 51 | WARNOCK / INTERNATIONAL SPRING<br>7901 NAGLE AVE<br>MORTON GROVE, IL 60053-2714 | 09-13412 | 958 | $5,253.60 | (U) | WARNOCK / INTERNATIONAL SPRING<br>7901 NAGLE AVE<br>MORTON GROVE, IL 60053-2714 | 09-13412 | 957 | $5,253.60 | (U) |
| 52 | WEAVERTOWN TRANSPORT LEASING INC<br>C/O ALAN MILLER ESQ<br>PICADIO SNEATH MILLER & NORTON<br>4710 US STEEL TOWER<br>600 GRANT ST<br>PITTSBURGH, PA 15219 | 09-13412 | 3269 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | WEAVERTOWN TRANSPORT LEASING INC<br>C/O ALAN MILLER ESQ<br>PICADIO SNEATH MILLER & NORTON<br>4710 US STEEL TOWER<br>600 GRANT ST<br>PITTSBURGH, PA 15219 | 09-13412 | 3268 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 53 | WEAVERTOWN TRANSPORT LEASING INC<br>C/O ALAN MILLER ESQ<br>PICADIO SNEATH MILLER & NORTON<br>4710 US STEEL TOWER<br>600 GRANT ST<br>PITTSBURGH, PA 15219 | 09-13419 | 3270 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | WEAVERTOWN TRANSPORT LEASING INC<br>C/O ALAN MILLER ESQ<br>PICADIO SNEATH MILLER & NORTON<br>4710 US STEEL TOWER<br>600 GRAND ST<br>PITTSBURGH, PA 15219 | 09-13419 | 3267 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 54 | WHITMAN, JAMES M<br>PO BOX 213<br>EDON, OH 43518-0213 | 09-13412 | 1100 | BLANK | (U) | WHITMAN, JAMES<br>PO BOX 213<br>EDON, OH 43518 | 09-13412 | 1098 | BLANK | (U) |
| 55 | XEROX CORP<br>ATTN: VANESSA ADAMS<br>XEROX CAPITAL SERVICES LLC<br>1301 RIDGEVIEW DRIVE-450<br>LEWISVILLE, TX 75057 | 09-13416 | 962 | $19,686.75 | (U) | XEROX CORP<br>ATTN: VANESSA ADAMS<br>XEROX CAPITAL SERVICES LLC<br>1301 RIDGEVEIW DR - 450<br>LEWISVILLE, TX 75057 | 09-13416 | 295 | $19,686.75 | (U) |
| 56 | YRC INC<br>C/O RMS BANKRUPTCY RECOVERY<br>SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 09-13412 | 3485 | $4,358.78 | (P) | YRC INC FKA ROADWAY EXPRESS INC<br>C/O FRANTZ WARD LLP<br>ATTN: JOHN F KOSTELNIK ESQ<br>2500 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | 09-13412 | 1656 | $4,358.78 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/17/2009 11:14:15 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| Claim To Be Expunged | | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |

**Total Claims Expunged:** 56    **Total Dollars Expunged:**    $3,558,486.68

**Case Legend:**

| | | | |
|---|---|---|---|
| 09-13411 | M D PRODUCTS CORPORATION | 09-13421 | METALDYNE SINTERED COMPONENTS ST. MARYS |
| 09-13412 | OLDCO M CORPORATION F/K/A METALDYNE CORPORATION | 09-13422 | NC-M CHASSIS SYSTEMS LLC |
| 09-13413 | METALDYNE ENGINE CO., LLC | 09-13423 | PUNCHCRAFT COMPANY |
| 09-13414 | METALYDYNE CO., LLC | 09-13424 | WINDFALL SPECIALTY POWDERS, INC. |
| 09-13415 | METALDYNE LESTER PRECISION DIE CASTING, INC. | 09-13425 | METALDYNE ASIA, INC. |
| 09-13416 | METALDYNE SINTERED COMPONENTS LLC | 09-13426 | METALDYNE DRIVELINE CO. |
| 09-13417 | METALDYNE TUBULAR PRODUCTS, INC. | 09-13427 | METALDYNE EUROPE, INC. |
| 09-13418 | METALDYNE DUPAGE DIE CASTING CORPPORATION | 09-13428 | METALDYNE PRECISION FORMING – FORT WAYNE |
| 09-13419 | METALDYNE MACHINING AND ASSEMBLY COMPANY | 09-13429 | METALDYNE SERVICES, INC. |
| 09-13420 | METALDYNE LIGHT METALS COMPANY, INC. | 09-13430 | METALDYNE SINTERED COMPONENTS OF INDIANA |

| | |
|---|---|
| 09-13431 | METALDYNE US HOLDING CO. |
| 09-13432 | ER ACQUISITION CORPORATION |
| 09-13433 | GMTI HOLDING COMPANY |
| 09-13434 | HALYARD AVIATION SERVICES, INC. |
| 09-13435 | MASCO TECH SATURN HOLDINGS, INC. |
| 09-13436 | MASG DISPOSITION, INC. |
| 09-13437 | MASX ENERGY SERVICE GROUP, INC. |
| 09-13438 | PRECISION HEADED PRODUCTS, INC. |
| 09-13439 | STAHL INTERNATIONAL, INC. |
| 09-13440 | WC MCCURDY CO. |
| 09-13441 | METALDYNE INTERMEDIATE HOLDCO, INC. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim.  The Debtors include such classification for the purpose of identifying the claim to which the objection applies.  The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/17/2009 11:14:15 AM