JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Richard H. Engman

- and -

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Heather Lennox
Ryan T. Routh

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                              :    Chapter 11
:
Oldco M Corporation                                :    Case No. 09-13412 (MG)
(f/k/a Metaldyne Corporation), *et al.*,           :
:    (Jointly Administered)
Debtors.                            :
x
---------------------------------------------------

**NOTICE OF FILING UPDATED MONTHLY**
**SERVICE LISTS UNDER THE ADMINISTRATIVE ORDER, PURSUANT TO**
**RULE 1015(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE,**
**ESTABLISHING CASE MANAGEMENT AND SCHEDULING PROCEDURES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Pursuant to paragraph 6 of the Administrative Order, Pursuant to

Rule 1015(c) of the Federal Rules of Bankruptcy Procedure, Establishing Case

Management and Scheduling Procedures (D.I. 133) (the "Case Management Order"), the claims and noticing agent in the above-captioned chapter 11 cases, The BMC Group, Inc. ("BMC"), has updated the Monthly Service Lists (as defined in the Case Management Order), as reflected in the affidavit of Alex Cedeño of BMC attached hereto as Exhibit A (the "Affidavit"). Copies of the updated Monthly Service Lists, current as of March 25, 2010, are attached to the Affidavit.

2. Copies of the Case Management Order and the current Monthly Service Lists may be obtained from the Court's website http://www.nysb.uscourts.gov or, without charge, at BMC's website at http://www.bmcgroup.com/metaldyne.

Dated: March 25, 2010
New York, New York

Respectfully submitted,

/s/ Ryan T. Routh
Richard H. Engman
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

- and -

Heather Lennox
Ryan T. Routh
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Oldco M Corporation (f/k/a Metaldyne Corporation), *et al.*, | Case No. 09-13412 (MG) |
| Debtors. | (Jointly Administered) |

### Affidavit

I, Alex Cedeño, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true. I am employed by BMC Group, Inc., the claims and noticing agent for the Debtors and Debtors in Possession in the above-captioned cases, whose business address is 444 North Nash Street, El Segundo, California 90245.

2. The attached copy reflects the updated Special Service List and General Service List, together referred to as the Monthly Service List, and is current as of March 25, 2010.

Respectfully submitted,

Alex Cedeño

DATED: March 25, 2010
El Segundo, California

**State of California**        )
                               )
**County of Los Angeles**      )

On March 25, 2010 before me, James H. Myers, a Notary Public, personally appeared Alex Cedeño who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



JAMES H. MYERS
Commission # 1855175
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2013

# Oldco M Corporation
# (f/k/a Metaldyne Corporation) [09-13412]
# Monthly Service List

March 2010

Total number of parties: 99

## Special Service List

BMC GROUP, INC.
ATTN: METALDYNE NOTICING
P.O. BOX 959
EL SEGUNDO, CA 90245-0952
Metaldynenotice@bmcgroup.com

BRYAN CAVE LLP
(RE: BANK OF NY TRUST CO., N.A.)
LAWRENCE P GOTTESMAN
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-3300
lawrence.gottesman@bryancave.com

DICKINSON WRIGHT PLLC
(RE: CHRYSLER LLC)
JAMES A PLEMMONS
500 WOODWARD AVE. SUITE 4000
DETROIT, MI 48226
jplemmons@dickinsonwright.com

DICKINSON WRIGHT PLLC
(RE: CHRYSLER LLC)
KRISTI A KATSMA
500 WOODWARD AVE. SUITE 4000
DETROIT, MI 48226
kkatsma@dickinsonwright.com

FOLEY & LARDNER LLP
(RE: COUNSEL TO THE DEBTORS)
JUDY A O'NEILL
ONE DETROIT CENTER
500 WOODWARD AVE, STE 2700
DETROIT, MI 48226
joneill@foley.com

FRIED FRANK HARRIS SHRIVER ET AL
(RE: THE BANK OF NEW YORK MELLON)
GARY L KAPLAN
ONE NEW YORK PLAZA
NEW YORK, NY 10004
gary.kaplan@friedfrank.com

HONIGMAN MILLER SCHWARTZ & COHN LLP
(RE: GENERAL MOTORS CORPORATION)
AARON M SILVER ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVE
DETROIT, MI 48226
asilver@honigman.com

HONIGMAN MILLER SCHWARTZ & COHN LLP
(RE: GENERAL MOTORS CORPORATION)
DONALD F BATY JR ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVE
DETROIT, MI 48226
dbaty@honigman.com

JONES DAY
(RE: COUNSEL TO THE DEBTORS)
HEATHER LENNOX
NORTH POINT
901 LAKESIDE AVENUE
CLEVELAND, OH 44114
hlennox@jonesday.com
grhoward@jonesday.com
dmsyphard@jonesday.com

JONES DAY
(RE: COUNSEL TO THE DEBTORS)
RICAHARD H ENGMAN
222 EAST 41ST STREET
NEW YORK, NY 10017
rengman@jonesday.com

JONES DAY
(RE: COUNSEL TO THE DEBTORS)
RYAN T. ROUTH
NORTH POINT
901 LAKESIDE AVENUE
CLEVELAND, OH 44114
rrouth@jonesday.com

MILLER CANFIELD PADDOCK & STONE PLC
(RE: FORD MOTOR COMPANY)
TIMOTHY A FUSCO
150 WEST JEFFERSON AVE, SUITE 2500
DETROIT, MI 48226
fusco@millercanfield.com

MILLER CANFIELD PADDOCK & STONE PLC
(RE: FORD MOTOR COMPANY)
JONATHAN S GREEN
150 WEST JEFFERSON AVE, SUITE 2500
DETROIT, MI 48226
greenj@millercanfield.com

O'MELVENY & MYERS LLP
(RE: ASAHI TEC)
EVAN JONES
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071
ejones@omm.com

OFFICE OF THE UNITED STATES TRUSTEE
(RE: US TRUSTEE)
PAUL SCHWARTZBERG
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

OFFICE OF THE UNITED STATES TRUSTEE
(RE: US TRUSTEE)
RICHARD MORRISSEY
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

OLDCO M CORPORATION
LARRY CARROLL
CHIEF LIQUIDATING OFFICER
47603 HALYARD DRIVE
PLYMOUTH, MI 48170
LarryCarroll@metaldyne.com

PRYOR CASHMAN LLP
(RE: LAW DEBENTURE TRUST CO OF NY)
PATRICK SIBLEY ESQ
7 TIMES SQUARE
NEW YORK, NY 10036-6569
psibley@pryorcashman.com

PRYOR CASHMAN LLP
(RE: LAW DEBENTURE TRUST CO OF NY)
TINA N MOSS ESQ
7 TIMES SQUARE
NEW YORK, NY 10036-6569
tmoss@pryorcashman.com

REED SMITH LLP
(RE: COUNSEL UNSC'D CRDS COMM)
KURT F GWYNNE
1201 MARKET ST, STE 1500
WILMINGTON, DE 19801
kgwynne@reedsmith.com

REED SMITH LLP
(RE: COUNSEL UNSC'D CRDS COMM)
MARK W ECKARD
1201 MARKET ST, STE 1500
WILMINGTON, DE 19801
meckard@reedsmith.com

# Special Service List

REED SMITH LLP
(RE: COUNSEL UNSC`D CRDS COMM)
MARK D SILVERSCHOTZ
599 LEXINGTON AVE
NEW YORK, NY 10022

msilverschotz@reedsmith.com

SIMPSON, THACHER & BARTLETT LLP
(RE: JPMORGAN CHASE BK, NA)
STEFANIE BIRKMANN
425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

sbirkmann@stblaw.com

WHITE & CASE LLP
(RE: DEUTSCHE BANK AG)
ERIC F LEICHT ESQ
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

eleicht@whitecase.com

WHITE & CASE LLP
(RE: DEUTSCHE BANK AG)
SCOTT GREISSMAN ESQ
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

sgreissman@whitecase.com

# General Service List

ASSISTANT ATTORNEY GENERAL
(RE: MICHIGAN DEPT OF ENV QUALITY)
CELESTE R GILL
PO BOX 30755
LANSING, MI 48909
gillc1@michigan.gov

BAKER & HOSTETLER LLP
(RE: NORTH AMERICAN HOGANAS INC)
DONALD A WORKMAN ESQ
1050 CONNECTICUT AVE NW
STE 1100
WASHINGTON, DC 20036
dworkman@bakerlaw.com

BALLARD SPAHR LLP
(RE: WESTCHESTER FIRE INSURANCE CO)
ROBERT MCL. BOOTE ESQ
1735 MARKET ST
51ST FL
PHILADELPHIA, PA 19103-7599
boote@ballardspahr.com

BALLARD SPAHR LLP
(RE: WESTCHESTER FIRE INSURANCE CO)
TOBEY M DALUZ, DAVID T MAY
919 N MARKET ST
12TH FL
WILMINGTON, DE 19801
daluzt@ballardspahr.com
maydt@ballardspahr.com

BANKRUPTCY UNIT
(RE: MISSOURI DEPARTMENT OF REVENUE)
STEVEN A GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475
sdnyecf@dor.mo.gov

BARTLETT HACKETT FEINBERG PC
(RE: IRON MOUNTAIN)
FRANK F MCGINN
155 FEDERAL ST
9TH FL
BOSTON, MA 02110
ffm@bostonbusinesslaw.com

BINGHAM MCCUTCHEN LLP
(RE: BDC FINANCE LLC)
SABIN WILLETT
ONE FEDERAL STREET
BOSTON, MA 02110-1726
sabin.willett@bingham.com

BODMAN LLP
(RE: FREUDENBERG-NOK ET AL)
COLIN T DARKE
6TH FLOOR AT FORD FIELD
1901 ST ANTOINE ST
DETROIT, MI 48226
cdarke@bodmanllp.com

BODMAN LLP
(RE: FREUDENBERG-NOK ET AL)
RALPH E MCDOWELL
6TH FLOOR AT FORD FIELD
1901 ST ANTOINE ST
DETROIT, MI 48226
rmcdowell@bodmanllp.com

BORGES & ASSOCIATES LLC
(RE: VALENITE LLC)
WANDA BORGES ESQ
575 UNDERHILL BLVD, STE 118
SYOSSET, NY 11791
borgeslawfirm@aol.com

BUCHALTER NEMER PC
(RE: ORACLE)
SHAWN M CHRISTIANSON ESQ
333 MARKET ST, 25TH FL
SAN FRANCISCO, CA 94105-2126
schristianson@buchalter.com

BURR & FORMAN LLP
(RE: HYUNDAI MOTOR MFG ALABAMA LLC)
D CHRISTOPHER CARSON/DEREK MEEK
420 N 20TH STREET
SUITE 3400
BIRMINGHAM, AL 35203
ccarson@burr.com
dmeek@burr.com

CARSON FISCHER PLC
(RE: STEEL PARTS MANUFACTURING INC)
PATRICK J KUKLA
4111 ANDOVER RD, WEST-2ND FL
BLOOMFIELD HILLS, MI 48302
brcy@carsonfischer.com

CLARK HILL PLC
(RE: DOWA THT AMERICA INC)
CHRISTOPHER M CAHILL
151 S OLD WOODWARD AVE
STE 200
BIRMINGHAM, MI 48009
ccahill@clarkhill.com

CLARK HILL PLC
(RE: DOWA THT AMERICA INC)
ROBERT D GORDON
151 S OLD WOODWARD AVE
STE 200
BIRMINGHAM, MI 48009
rgordon@clarkhill.com

COHEN WEISS & SIMON LLP
(RE: UAW & USW)
BABETTE A CECCOTTI
330 W 42ND ST
NEW YORK, NY 10036
bceccotti@cwsny.com

DANA HOLDING CORPORATION
(RE: DANA AUTOMOTIVE SYSTEMS GROUP LLC)
JEFFREY CLARKE
4500 DORR ST
TOLEDO, OH 43615
jeffrey.clarke@dana.com

DAY PITNEY LLP
(RE: ORACLE USA INC)
AMISH R DOSHI
7 TIMES SQUARE
NEW YORK, NY 10036
adoshi@daypitney.com

DONALD FIELDS
731 E SNOWFLAKE ROAD
SURGOINSVILLE, TN 37873

ERMAN TEICHER ET AL
(RE: WHITSETT MANUFACTURING LLC)
JULIE BETH TEICHER, DIANNE RUHLANDT
400 GALLERIA OFFICENTRE
STE 444
SOUTHFIELD, MI 48034
jteicher@ermanteicher.com
druhlandt@ermanteicher.com

HONIGMAN MILLER SCHWARTZ & COHN LLP
(RE: AM GENERAL LLC)
ROBERT B WEISS
2290 FIRST NATIONAL BLDG
DETROIT, MI 48226
rweiss@honigman.com

# General Service List

HONIGMAN MILLER SCHWARTZ & COHN LLP
(RE: DIVERSIFIED MACHINE INC)
E TODD SABLE
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVE
DETROIT, MI 48226-3506

tsable@honigman.com

HONIGMAN MILLER SCHWARTZ & COHN
(RE: CHASSIS PRODUCTS LLC)
E TODD SABLE
2290 FIRST NATIONAL BLDG
660 WOODWARD AVE
DETROIT, MI 48226

tsable@honigman.com

HUNTER & SCHANK CO LPA
(RE: ZF GROUP NORTH AMERICAN OPERATIONS)
JOHN J HUNTER JR
ONE CANTON SQ
1700 CANTON AVE
TOLEDO, OH 43604

jrhunter@hunterschank.com

INTERNATIONAL UNION, UAW
(RE: UAW & USW)
DANIEL R SHERRICK, NIRAJ R GANATRA
LEGAL DEPARTMENT
8000 E JEFFERSON AVE
DETROIT, MI 48214

dsherrick@uaw.net
nganatra@uaw.net

IVEY BARNUM & O'MARA LLC
(RE: CHIRON AMERICA INC)
MELISSA ZELEN NEIER ESQ
170 MASON ST
GREENWICH, CT 06830

mneier@ibolaw.com

JASPAN SCHLESINGER LLP
(RE: NAVISTAR LEASING CO)
FRANK C DELL'AMORE ESQ
300 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

fdellamore@jaspanllp.com

KEATING MUETHING & KLEKAMP PLL
(RE: CINCINNATI STEEL)
JASON V STITT ESQ
ONE EAST FOURTH ST
STE 1400
CINCINNATI, OH 45202

jstitt@kmklaw.com

KILPATRICK & ASSOCIATES PC
(RE: OAKLAND COUNTY TREASURER)
RICHARDO I KILPATRICK
903 N OPDYKE RD
STE C
AUBURN HILLS, MI 48326

ecf@kaalaw.com

KIRKLAND & ELLIS LLP
(RE: MD INVESTORS CORPORATION)
DAVID A AGAY
300 N LASALLE
CHICAGO, IL 60654

david.agay@kirkland.com

KIRKLAND & ELLIS LLP
(RE: MD INVESTORS CORPORATION)
BENJAMIN J STEELE
601 LEXINGTON AVE
NEW YORK, NY 10022

benjamin.steele@kirkland.com

KLESTADT & WINTERS LLP
(RE: UNITED ELECTRICAL RADIO MACHINE WRK)
PATRICK J ORR ESQ
292 MADISON AVE
17TH FL
NEW YORK, NY 10017-6314

porr@klestadt.com

KOTZ SANGSTER WYSOCKI & BERG PC
(RE: GLOBAL AUTOMOTIVE SYSTEMS LLC)
FREDERICK A BERG, JAYSON M MACYDA
400 RENAISSANCE CENTER
STE 3400
DETROIT, MI 48243

fberg@kotzsangster.com
jmacyda@kotzsangster.com

LAMBERT LESER ISACKSON COOK&GIUNTA
(RE: LINAMAR CORPORATION)
WINNIFRED P BOYLAN
916 WASHINGTON AVE
SUITE 309
BAY CITY, MI 48708

wboylan@lambertleser.com

LAMBERT LESER ISACKSON COOK&GIUNTA
(RE: LINAMAR CORPORATION)
SUSAN M COOK
916 WASHINGTON AVE
SUITE 309
BAY CITY, MI 48708

scook@lambertleser.com

LAMM RUBENSTONE LLC
(RE: NATIONAL CITY)
SHERRY LOWE JOHNSON ESQ
3600 HORIZON BLVD
SUITE 200
TREVOSE, PA 19053

sdlowejohnson@lammrubenstone.com

LAW DEBENTURE TRUST CO OF NEW YORK
MICHAEL A SMITH
400 MADISON AVE, 4TH FL
NEW YORK, NY 10017

michael.smith@lawdeb.com

LAZARD FRERES & CO LLC
JASON WOOTEN
30 ROCKEFELLER PLAZA
NEW YORK, NY 10020

jason.wooten@lazard.com

MCCARTHY LEBIT ET AL
(RE: FREMAR INDUSTRIES INC)
ROBERT R KRACHT ESQ
101 W PROSPECT AVE, STE 1800
CLEVELAND, OH 44115

rrk@mccarthylebit.com

MCCARTHY LEBIT ET AL
(RE: FREMAR INDUSTRIES INC)
KIMBERLY A BRENNAN ESQ
101 W PROSPECT AVE, STE 1800
CLEVELAND, OH 44115

kab@mccarthylebit.com

MEYER SUOZZI ENGLISH & KLEIN PC
(RE: USW)
HANAN KOLKO, JONI KLETTER
1350 BROADWAY
STE 500
NEW YORK, NY 10018

hkolko@msek.com
jkletter@msek.com

MILLER JOHNSON
(RE: BIG RAPIDS PRODUCTS)
THOMAS P SARB
250 MONROE AVENUE NW, SUITE 800
PO BOX 306
GRAND RAPIDS, MI 49501-0306

ecfsarbt@millerjohnson.com

# General Service List

MORITT HOCK HAMROFF & HOROWITZ LLP
(RE: KEY EQUIPMENT FINANCE)
LESLIE A BERKOFF, MARC L HAMROFF
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

lberkoff@moritthock.com

mhamroff@moritthock.com

PARKER POE ADAMS & BERNSTEIN LLP
(RE: CHIRON AMERICAN INC)
MATTHEW P WEINER ESQ
THREE WACHOVIA CENTER
401 S TRYON ST, STE 3000
CHARLOTTE, NC 28202

mattweiner@parkerpoe.com

PARK-OHIO HOLDINGS
(RE: GENERAL ALUMINUM)
BOB VILSACK
6065 PARKLAND BLVD
CLEVELAND, OH 44124

bob.vilsack@pkoh.com

PAUL WEISS RIFKIND WHARTON GARRISON
(RE: DANA AUTOMOTIVE SYSTEMS GROUP LLC)
ALAN W KORNBERG, IAN J POHL
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

akornberg@paulweiss.com

ipohl@paulweiss.com

PEPPER HAMILTON LLP
(RE: SEMCO ENERGY INC)
KAY STANDRIDGE KRESS
100 RENAISSANCE CENTER
STE 3600
DETROIT, MI 48243-1157

kressk@pepperlaw.com

PEPPER HAMILTON LLP
(RE: SKF USA INC)
DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER
STE 3600
DETROIT, MI 48243-1157

kovskyd@pepperlaw.com

PEPPER HAMILTON LLP
(RE: SKF USA INC)
HENRY J JAFFE, JAMES C CARIGNAN
HERCULES PLAZA, STE 5100
1313 MARKET ST, PO BOX 1709
WILMINGTON, DE 19899-1709

jaffeh@pepperlaw.com

carignanj@pepperlaw.com

PLUNKETT COOKNEY
(RE: PLEX SYSTEMS INC)
DOUGLAS BERNSTEIN
38505 WOODWARD AVE
SUITE 2000
BLOOMFIELD HILLS, MI 48304

dbernstein@plunkettcooney.com

PLUNKETT COONEY
(RE: PLEX SYSTEMS INC)
MICHAEL A FLEMING
38505 WOODWARD AVE
SUITE 2000
BLOOMFIELD HILLS, MI 48304

mfleming@plunkettcooney.com

POST & SCHELL PC
(RE: AON CONSULTING)
BRIAN W BISIGNANI ESQ
17 NORTH 2ND ST, 12TH FL
HARRISBURG, PA 17101-1601

bbisignani@postschell.com

PROSKAUER ROSE LLP
(RE: HHI FORMTECH LLC)
MARK K THOMAS, JEREMY T STILLINGS
THREE FIRST NATIONAL PLAZA
70 W MADISON, STE 3800
CHICAGO, IL 60602

mthomas@proskauer.com

jstillings@proskauer.com

PROSKAUER ROSE LLP
(RE: HHI FORMTECH LLC)
RICHARD J CORBI ESQ
1585 BROADWAY
NEW YORK, NY 10036-8299

rcorbi@proskauer.com

PROSKAUER ROSE LLP
(RE: HHI HOLDINGS LLC)
MARK THOMAS / JEREMY STILLINGS
THREE FIRST NATIONAL PLAZA
70 W MADISON, STE 3800
CHICAGO, IL 60602

mthomas@proskauer.com

jstillings@proskauer.com

PROSKAUER ROSE LLP
(RE: HHI HOLDINGS LLC)
RICHARD J CORBI ESQ
1585 BROADWAY
NEW YORK, NY 10036-8299

rcorbi@proskauer.com

SANFORD P ROSEN & ASSOCIATES PC
(RE: WHITSETT MANUFACTURING LLC)
SANFORD P ROSEN
747 THIRD AVE
NEW YORK, NY 10017-2803

srosen@rosenpc.com

SAUL EWING LLP
(RE: GATX FINANCIAL CORP)
MELISSA W RAND ESQ
CENTRE SQUARE WEST
1500 MARKET ST, 38TH FL
PHILADELPHIA, PA 19102

mrand@saul.com

SAUL EWING LLP
(RE: GATX FINANCIAL CORP)
ROBYN F POLLACK
CENTRE SQUARE WEST
1500 MARKET ST, 38TH FL
PHILADELPHIA, PA 19102

rpollack@saul.com

STROBL & SHARP PC
(RE: CINDY HESS)
LYNN M BRIMER, MEREDITH M TAUNT
300 E LONG LAKE RD
STE 200
BLOOMFIELD HILLS, MI 48304

lbrimer@stroblpc.com

STROBL & SHARP PC
(RE: FORMTECH INDUSTRIES LLC)
LYNN M BRIMER, MEREDITH M. MCKINZIE
300 E LONG LAKE RD
STE 200
BLOOMFIELD HILLS, MI 48304

lbrimer@stroblpc.com

STROBL & SHARP PC
(RE: HITACHI METALS AMERICA LTD)
LYNN M BRIMER, MEREDITH M MCKENZIE
300 E LONG LAKE RD
STE 200
BLOOMFIELD HILLS, MI 48304

lbrimer@stroblpc.com

USW
(RE: UAW & USW)
DAVID JURY
FIVE GATEWAY CENTER
PITTSBURGH, PA 15222

djury@usw.org

# General Service List

VEDDER PRICE PC
(RE: AIG)
MITCHELL D COHEN ESQ
1633 BROADWAY, 47TH FL
NEW YORK, NY  10019

mcohen@vedderprice.com

VEDDER PRICE PC
(RE: AIG)
RYAN O LAWLOR ESQ
222 N LASALLE
STE 2600
CHICAGO, IL  60601

rlawlor@vedderprice.com

VICE PRESIDENT & LEGAL SECRETARY
(RE: ELLWOOD TEXAS FORGE NAVASOTA LLC)
SUSAN A APEL
PO BOX 790
600 COMMERCIAL AVE
ELLWOOD CITY, PA  16117

sapel@elwd.com

WALLER LANSDEN DORTCH & DAVIS LLP
(RE: NISSAN NORTH AMERICA INC)
ERIC B SCHULTENOVER  ESQ
511 UNION STREET
SUITE 2700
NASHVILLE, TN  37219

Eric.Schultenover@wallerlaw.com

WALLER LANSDEN DORTCH & DAVIS LLP
(RE: NISSAN NORTH AMERICA INC)
MICHAEL R PASLAY ESQ
511 UNION STREET
SUITE 2700
NASHVILLE, TN  37219

Michael.Paslay@wallerlaw.com

WARNER NORCROSS & JUDD LLP
(RE: MAHLE INDUSTRIES INC)
GORDON J TOERING
900 FIFTH THIRD CENTER
111 LYON ST NW
GRAND RAPIDS, MI  49503

gtoering@wnj.com

WHITEFORD TAYLOR & PRESTON LLP
(RE: CITGO PETROLEUM CORPORATION)
BRENT C STRICKLAND
7 ST PAUL ST
BALTIMORE, MD  21202-1636

bstrickland@wtplaw.com

WHITEFORD TAYLOR & PRESTON LLP
(RE: CITGO PETROLEUM CORPORATION)
STEPHEN B GERALD
7 ST PAUL ST
BALTIMORE, MD  21202-1636

sgerald@wtplaw.com

WILLKIE FARR & GALLAGHER LLP
(RE: DYNE (DE) LP)
ALAN J LIPKIN, JEREMY E CRYSTAL
787 7TH AVE
NEW YORK, NY  10019

alipkin@willkie.com

jcrystal@willkie.com

WINSTON & STRAWN LLP
(RE: GENERAL ELECTRIC CAPITAL CORP)
BRIAN I SWETT
35 W WACKER DR
CHICAGO, IL  60601

bswett@winston.com

WINSTON & STRAWN LLP
(RE: GENERAL ELECTRIC CAPITAL CORP)
JUSTIN E RAWLINS
333 S GRAND AVE
LOS ANGELES, CA  90071

jrawlins@winston.com