JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Heather Lennox
Ryan T. Routh
Daniel M. Syphard

- and -

REED SMITH LLP
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Kurt F. Gwynne
Mark W. Eckard

Attorneys for Oldco M
    Distribution Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
Oldco M Corporation                       :   Case No. 09-13412 (MG)
(f/k/a Metaldyne Corporation), *et al.,*  :
                                          :   (Jointly Administered)
                          Debtors.        :
                                          :
-------------------------------------------------------------x

## NOTICE OF HEARING ON OMNIBUS
## OBJECTION OF OLDCO M DISTRIBUTION TRUST SEEKING
## TO DISALLOW CERTAIN DUPLICATE CLAIMS (OMNIBUS OBJECTION NO. 23)

**TO THE CLAIMANTS IDENTIFIED ON THE ATTACHED EXHIBIT AND SUBJECT TO THE ATTACHED OBJECTION:**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  The Oldco M Distribution Trust (the "Trust"), as successor to Oldco M Corporation (f/k/a Metaldyne Corporation) has filed an objection (the "Objection") to the proof(s) of claim you filed against the bankruptcy estate of Oldco M Corporation or one or more of its 30 domestic direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"). That Objection is appended to this Notice and is titled "Omnibus Objection of Oldco M Distribution Trust Seeking to Disallow Certain Duplicate Claims (Omnibus Objection No. 23)."

2.  Your proof(s) of claim may be disallowed and/or otherwise affected as a result of the Objection. Therefore, you should read this Notice and the attached Objection carefully. Moreover, you should locate your name and claim on Exhibit 1 attached to the Objection.

3.  As set forth in the Objection, the Trust has determined that you filed multiple proofs of claim against multiple Debtors' estates in these cases for the same alleged liabilities. On February 23, 2010, the bankruptcy court entered an order confirming the Debtors' Second Amended Joint Plan of Liquidation of Debtors and Debtors in Possession (the "Plan") and substantively consolidating the Debtors' bankruptcy cases. As a result, the Trust has determined that you are entitled to only one claim against the substantively consolidated Debtors' chapter 11 estates.

4.  **On May 13, 2010 at 2:00 p.m., prevailing Eastern Time,** a hearing (the "Hearing") on the Objection will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408.

5.  If you disagree with the Objection, you or your attorney **must**: (a) file a written response (a "Response") to the Objection with the Clerk of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408 **no later than April 30, 2010 at 4:00 p.m., prevailing Eastern Time**; and (b) serve copies of your response so as to be **actually received** no later than **April 30, 2010 at 4:00 p.m., prevailing Eastern Time**, by the following parties: (i) Oldco M Distribution Trust, c/o Executive Sounding Board Associates, Inc., 2 Penn Center, 1500 JFK Blvd., Suite 1730, Philadelphia, Pennsylvania 19102 (Attn: Robert D. Katz); (ii) Reed Smith LLP, 599 Lexington Ave., New York, New York 10022 (Attn: Mark D. Silverschotz, Esq.); (iii) Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (Attn: Kurt Gwynne, Esq. and Mark Eckard, Esq.); (iv) Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190 (Attn: Daniel Syphard, Esq.); and (v) the parties on the Special Service List in these cases, established under the Administrative Order, Pursuant to Bankruptcy Rule 1015(c), Establishing Case Management and Scheduling Procedures in these cases (Docket No. 133) (as it may be amended, the "Case Management Order").

6.  Any Response should contain the following:

   ♦ The approved case caption (including the hearing date in the upper right-hand corner) and the title of the Objection to which the Response is directed;

   ♦ The name of the claimant and description of the bases for the amount of the underlying claim;

   ♦ A concise statement setting forth the reasons why the Court should not sustain the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection;

   ♦ A copy of any documentation or other evidence of the claim upon which the claimant will rely in opposing the Objection at the Hearing, potentially including a declaration of a person with personal knowledge, to the extent that such documentation or evidence is not included with the claimant's proof of claim; and

   ♦ The name(s), address(es), telephone number(s), facsimile number(s) and e-mail address(es) of the person(s) (who may be the claimant and/or the claimant's legal representative) to whom the Debtors' attorneys should serve any reply to the Response.

7.  To facilitate a resolution of the Objection, you are encouraged to provide in your Response the name(s), address(es), telephone number(s), facsimile number(s) and e-mail address(es) of the person(s) who possess the authority to reconcile, settle or otherwise resolve the Objection on your behalf.

8.  If you or your designated attorney or representative do not timely file and serve the Response in accordance with the above-referenced procedures, the Court may enter an order granting the relief requested in the Objection. If you or your designated representative or attorney do file a Response and the matter is not otherwise resolved or adjourned, it will be presented to the Court at the Hearing. Only those Responses made in accordance with the above-referenced requirements and timely filed and received by the Court and the Debtors' attorneys will be considered by the Court at the Hearing. **If you fail to respond in accordance with this Notice, the Court may grant the relief requested in the Objection without further notice or hearing.**

9.  Additional copies of the Objection and copies of the Case Management Order and the Special Service List may be obtained from the Court's website at http://ecf.nysb.uscourts.gov or, free of charge, at www.bmcgroup.com/metaldyne.

Dated: April 8, 2010
New York, New York

Respectfully submitted,

 /s/ Ryan Routh
Heather Lennox
Ryan T. Routh
Daniel M. Syphard
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

 - and -

Kurt F. Gwynne
Mark W. Eckard
REED SMITH LLP
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

ATTORNEYS FOR OLDCO M
DISTRIBUTION TRUST

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Heather Lennox
Ryan T. Routh
Daniel M. Syphard

- and -

REED SMITH LLP
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Kurt F. Gwynne
Mark W. Eckard

Attorneys for Oldco M
    Distribution Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
|   |   |   |
|---|---|---|
| In re | : | Chapter 11 |
|   | : |   |
| Oldco M Corporation | : | Case No. 09-13412 (MG) |
| (f/k/a Metaldyne Corporation), *et al.,* | : |   |
|   | : | (Jointly Administered) |
| Debtors. | : |   |
|   | : |   |

-----------------------------------------------------------x

## OMNIBUS OBJECTION OF OLDCO M DISTRIBUTION TRUST SEEKING TO DISALLOW CERTAIN DUPLICATE CLAIMS (OMNIBUS OBJECTION NO. 23)

## CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAME AND CLAIM(S) ON THE ATTACHED EXHIBIT 1.

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

The Oldco M Distribution Trust (the "Trust") respectfully represents as follows:

## Background

1.      On May 27, 2009 (the "Petition Date"), Oldco M Corporation (f/k/a Metaldyne Corporation) and 30 of its domestic direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). By an order entered on May 29, 2009, the Debtors' chapter 11 cases were consolidated for procedural purposes and thereafter were jointly administered (Docket No. 65).

2.      Oldco M Corporation was a wholly-owned subsidiary of Metaldyne Holdings LLC ("Metaldyne Holdings"), which, in turn, was a wholly-owned subsidiary of Asahi Tec Corporation ("Asahi Tec"), a Japanese corporation. Oldco M Corporation was the direct or indirect parent of each of the other Debtors and each of the Debtors' nondebtor subsidiaries (collectively, the "Oldco M Companies"). As of the Petition Date, the Oldco M Companies were leading global manufacturers of highly engineered metal components for the global light vehicle market and among the 50 largest auto parts suppliers in North America.

3.      Shortly after the Petition Date, the Debtors filed motions (Docket Nos. 214 and 323) to sell a majority of their assets and to establish an auction process or processes and bid procedures to consummate these sales, and also began the process of marketing their other business units for sale. On August 5, 2009 and August 6, 2009, the Debtors held an auction, pursuant to which MD Investors Corporation ("MD Investors") presented a bid for the assets, which included a cash component, a credit bid component and other consideration. On August 12, 2009, the Court entered an order (Docket No. 674) (the

"Sale Order") authorizing the sale to MD Investors of substantially all of the Debtors' assets free and clear of all liens, claims, interests and encumbrances (the "MD Investors Transaction"). The MD Investors Transaction closed on October 16, 2009.

4. On January 11, 2010, the Debtors filed their Second Amended Joint Plan of Liquidation of Debtors and Debtors in Possession (Docket No. 1180) (the "Plan") and the related Disclosure Statement. On February 23, 2010, the Court entered an order confirming the Plan and substantively consolidating these bankruptcy cases (Docket No. 1384) (the "Confirmation Order"), and on March 30, 2010, the Plan became effective (the "Effective Date"). As of the Effective Date, the Debtors were dissolved and the Oldco M Distribution Trust was created in order to liquidate the Debtors' remaining assets (including any claims and causes of action possessed by the Debtors), litigate and resolve claims filed against the Debtors' estates, make distributions to creditors and take other actions permitted by Section III.C of the Plan.

### Background Regarding the Claims Process

5. On July 7, 2009, the Debtors filed their respective schedules of assets and liabilities and statements of financial affairs (Docket Nos. 361-391) (collectively, the "Schedules"). By an order entered on July 7, 2009 (Docket No. 394) (the "Bar Date Order"), the Court established August 14, 2009 as the general bar date applicable to most creditors for the filing of proofs of claim asserting prepetition liabilities against the Debtors (the "General Bar Date").

6. After the entry of the Bar Date Order, the Debtors provided notice of the Bar Dates to all known creditors and potential creditors in accordance with the requirements of the Bar Date Order. Over 3,600 proofs of claim have been filed in these cases to date.

Approximately 1,000 additional claims were deemed filed pursuant to section 1111(a) of the Bankruptcy Code due to their identification in the Schedules.

## Jurisdiction

7.      This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Requested Relief

8.      Pursuant to sections 105 and 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Trust hereby seeks the entry of an order disallowing and expunging each proof of claim identified as a "Claim To Be Expunged" on the attached Exhibit 1[1] (collectively, the "Duplicate Claims") because each of the Duplicate Claims either (a) is a duplicate of another claim filed in these cases or (b) asserts claims for the same liabilities against multiple Debtors, as indicated on Exhibit 1.  For each of the Duplicate Claims, the Trust has identified a surviving claim asserting the same liability (a "Surviving Claim") that will be unaffected by the relief requested in this Objection (subject to the Trust's right to object to the Surviving Claims at a later date).  Each Surviving Claim is identified as a "Surviving Claim" on the attached Exhibit 1.  In support of this Objection, the Trust submits the Declaration of Kevin Martin, which is incorporated herein and attached hereto as Exhibit 2.

## Request to Disallow the Duplicate Claims

9.      The Trust has determined that each of the Duplicate Claims either (a) is a duplicate of at least one other claim filed against the same Debtor or (b) asserts the same liability

---

[1]      Nothing in the Exhibit should be construed as an admission of the validity or priority of any claim included thereon.

as at least one other claim filed against a different Debtor. In particular, each of the claimants identified on the attached Exhibit 1 (collectively with any transferees, the "Claimants") either: (a) filed identical claims against the same Debtor or group of Debtors, (b) filed claims against multiple Debtors on account of a single alleged liability or (c) filed a claim that is a subset of another claim in that the liabilities asserted in one claim are also asserted — along with other liabilities — in another claim. As a result, the Claimants currently assert multiple claims in these cases for the same alleged liabilities. In many cases, such assertion of claims is based upon a guaranty or theories of joint and several liability.

10.     The Plan provides support for the relief requested herein for Claimants that filed proofs of claim against multiple Debtors on account of the same alleged liability. Pursuant to section VII.B of the Plan, the Plan served as a motion seeking the Court's approval of the substantive consolidation of the Debtors' chapter 11 estates, which was granted as part of the Confirmation Order. Pursuant to section VII.A of the Plan, and because substantive consolidation was granted:

> each and every Claim Filed or to be Filed in the Chapter 11 Case of any Debtors will be deemed Filed against the consolidated Debtors and will be deemed one Claim against and a single obligation of the consolidated Debtors, and the Debtors may file and the Bankruptcy Court will sustain objections to Claims for the same liability that are Filed against multiple Debtors . . . .

(Plan § VII.A.). As noted above, certain of the Duplicate Claims listed on Exhibit 1 are duplicates of a Surviving Claim that was filed against a different Debtor's estate. Because substantive consolidation was granted, the Duplicate Claims should be disallowed as provided in section VII.A of the Plan. If such claims are not disallowed, the holders of such claims will receive multiple recoveries on the same liability, in contravention of the policies of the Bankruptcy Code and inconsistent with the substantive consolidation ordered by the Court.

11.     Furthermore, for those Duplicate Claims where the Claimant filed identical claims against the same Debtor or group of Debtors or where one claim is a subset of another claim, the Duplicate Claims overstate the Trust's potential obligations to the Claimants because the Trust has determined that the Claimants are entitled to only a single claim and recovery with respect to the liabilities asserted in their Duplicate Claims (assuming such claims are valid). Nevertheless, the Duplicate Claims remain on the claims register and on this Court's docket as outstanding liabilities until withdrawn by the Claimants or disallowed by the Court. See, e.g., 11 U.S.C. § 502(a).[2]

12.     Accordingly, by this Objection, the Trust seeks to disallow and expunge these Duplicate Claims and thereby limit each Claimant to a single remaining claim against, and a single potential recovery from, the substantively consolidated estates of the Debtors arising from the same alleged obligation. The Claimants' rights to assert the liabilities alleged in the Surviving Claims against the Debtors' estates will be preserved. For all of the foregoing reasons, the Duplicate Claims should be disallowed and expunged.

### Reservation of Rights

13.     The Trust reserves the right to object further to each of the Surviving Claims and, to the extent not disallowed and expunged, the Duplicate Claims, on any and all additional factual or legal grounds. Without limiting the generality of the foregoing, the Trust specifically reserves the right to amend this Objection, file additional papers in support of this Objection or take other appropriate actions, including to: (a) respond to any allegation or

---

[2]     Section 502(a) of the Bankruptcy Code states, in pertinent part:

> A claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects.

11 U.S.C. § 502(a).

defense that may be raised in a Response — filed in accordance with the Bankruptcy Code, the

Bankruptcy Rules and orders of this Court — by or on behalf of any of the Claimants or other

interested parties; (b) object further to any Duplicate Claim for which a Claimant provides (or

attempts to provide) additional documentation or substantiation; and (c) object further to any

Duplicate Claim based on additional information that may be discovered upon further review by

the Trust or through discovery pursuant to the applicable provisions of Part VII of the

Bankruptcy Rules.

14.     In addition, the Trust is not by this Objection suggesting that the Surviving

Claims will be allowed as filed.  The Trust reserves and retains its rights to object to the

Surviving Claims on any and all available grounds.

## Notice

15.     Pursuant to the Administrative Order, Pursuant to Rule 1015(c) of the

Federal Rules of Bankruptcy Procedure, Establishing Case Management and Scheduling

Procedures (Docket No. 133) (the "Case Management Order"), entered on June 5, 2009, notice of

this Objection has been given to the parties identified on the Special Service List, the General

Service List (as such terms are defined in the Case Management Order) and the Claimants on the

attached Exhibit 1.  The Trust submits that no other or further notice need be provided under the

circumstances.

## No Prior Request

16.     No prior request for the relief sought in this Objection has been made

to this or any other court in connection with these chapter 11 cases.

WHEREFORE, the Trust respectfully request that the Court (a) enter an order, substantially in the form attached hereto as Exhibit 3, disallowing and expunging the Duplicate Claims; and (b) grant such other and further relief as the Court may deem proper.

Dated:  April 8, 2010
           New York, New York

                                    Respectfully submitted,


                                    /s/ Ryan Routh                            
                                    Heather Lennox
                                    Ryan T. Routh
                                    Daniel M. Syphard
                                    JONES DAY
                                    North Point
                                    901 Lakeside Avenue
                                    Cleveland, Ohio  44114
                                    Telephone:  (216) 586-3939
                                    Facsimile:  (216) 579-0212

                                    - and -

                                    Kurt F. Gwynne
                                    Mark W. Eckard
                                    REED SMITH LLP
                                    1201 Market Street
                                    Suite 1500
                                    Wilmington, Delaware 19801
                                    Telephone:  (302) 778-7500
                                    Facsimile:  (302) 778-7575

                                    ATTORNEYS FOR OLDCO M
                                       DISTRIBUTION TRUST

# EXHIBIT 1

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13415 | 2996 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 2 | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13434 | 2997 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 3 | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13421 | 2998 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 4 | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13420 | 2999 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 5 | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FLOOR<br>NEW YORK, NY 10038 | 09-13429 | 3001 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

4/6/2010 10:59:09 AM

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 6 | CHARTIS INC ET AL CHARTIS US MICHELLE A LEVITT 175 WATER ST 18TH FLOOR NEW YORK, NY 10038 | 09-13431 | 3002 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) | CHARTIS INC ET AL CHARTIS US MICHELLE A LEVITT 175 WATER ST 18TH FL NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) |
| 7 | COLUMBUS INDUSTRIAL ELECTRIC, INC. ATTN CORPORATE OFFICER 1625 INDIANAPOLIS ROAD COLUMBUS, IN 47201 | 09-13430 | 398 | $5,877.36 | (U) | COLUMBUS INDUSTRIAL ELECTRIC, INC. ATTN CORPORATE OFFICER 1625 INDIANAPOLIS ROAD COLUMBUS, IN 47201 | 09-13430 | 506 | $5,877.36 | (U) |
| 8 | DE LAGE LANDEN FINANCIAL SERVICES INC 1111 OLD EAGLE SCHOOL RD WAYNE, PA. 19087 | 09-13416 | 2168 | $20,777.44 | (U) | DE LAGE LANDEN FINANCIAL SERVICES INC 1111 OLD EAGLE SCHOOL RD WAYNE, PA. 19087 | 09-13412 | 1766 | $199,622.03 | (U) |
| 9 | DEARBORN REFINING SITE CUSTOMERS PRP GROUP C/O GRANT P GILEZAN DYKEMA GOSSETT PLLC 400 RENAISSANCE CENTER DETROIT, MI 48243 | 09-13419 | 3248 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) | DEARBORN REFINING SITE CUSTOMERS PRP GROUP C/O GRANT P GILEZAN DYKEMA GOSSETT PLLC 400 RENAISSANCE CENTER DETROIT, MI 48243 | 09-13412 | 3247 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) |
| 10 | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC THREE RIVERS GRAY IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 3542 | $27,130.63 | (U) | METAL TECHNOLOGIES INC JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31 $50,583.37 | (P) (U) |
| 11 | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC THREE RIVERS IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13416 | 3548 | $0.00 | (A) | METAL TECHNOLOGIES AUBURN LLC METAL TECHNOLOGIES INC JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 3547 | $0.00 $0.00 | (A) (U) |

*Plus, in certain instances, additional contingences, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:15 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 12 | FORD MOTOR COMPANY C/O JONATHAN S GREEN MILLER CANFIELD PADDOCK & STONE PLC 150 W JEFFERSON STE 2500 DETROIT, MI 48226 | 09-13419 | 3244 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) | FORD MOTOR COMPANY C/O JONATHAN S GREEN MILLER CANFIELD PADDOCK & STONE PLC 150 W JEFFERSON STE 2500 DETROIT, MI 48226 | 09-13412 | 3242 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) |
| 13 | GENERAL ELECTRIC CAPITAL CORPORATION SPECIAL SITUATIONS ATTN: JOSEPH CATARINA 201 MERRITT SEVEN 4TH FL NORWALK, CT 06851 | 09-13419 | 3637 | $3,049,583.99 $36,175,884.19 | (A) (U) | GENERAL ELECTRIC CAPITAL CORPORATION SPECIAL SITUATIONS ATTN: JOSEPH CATARINA 201 MERRITT SEVEN 4TH FL NORWALK, CT 06851 | 09-13416 | 3636 | $3,049,583.99 $36,175,884.19 | (A) (U) |
| 14 | GENERAL ELECTRIC CAPITAL CORPORATION SPECIAL SITUATIONS ATTN: JOSEPH CATARINA 201 MERRITT SEVEN 4TH FL NORWALK, CT 06851 | 09-13422 | 3638 | $3,049,583.99 $36,175,884.19 | (A) (U) | GENERAL ELECTRIC CAPITAL CORPORATION SPECIAL SITUATIONS ATTN: JOSEPH CATARINA 201 MERRITT SEVEN 4TH FL NORWALK, CT 06851 | 09-13416 | 3636 | $3,049,583.99 $36,175,884.19 | (A) (U) |
| 15 | GENERAL ELECTRIC CAPITAL CORPORATION SPECIAL SITUATIONS ATTN: JOSEPH CATARINA 201 MERRITT SEVEN 4TH FL NORWALK, CT 06851 | 09-13412 | 3639 | $3,049,583.99 $36,175,884.19 | (A) (U) | GENERAL ELECTRIC CAPITAL CORPORATION SPECIAL SITUATIONS ATTN: JOSEPH CATARINA 201 MERRITT SEVEN 4TH FL NORWALK, CT 06851 | 09-13416 | 3636 | $3,049,583.99 $36,175,884.19 | (A) (U) |
| 16 | GENERAL ELECTRIC CAPITAL CORPORATION SPECIAL SITUATIONS ATTN: JOSEPH CATARINA 201 MERRITT SEVEN 4TH FL NORWALK, CT 06851 | 09-13414 | 3640 | $3,049,583.99 $36,175,884.19 | (A) (U) | GENERAL ELECTRIC CAPITAL CORPORATION SPECIAL SITUATIONS ATTN: JOSEPH CATARINA 201 MERRITT SEVEN 4TH FL NORWALK, CT 06851 | 09-13416 | 3636 | $3,049,583.99 $36,175,884.19 | (A) (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

4/6/2010 10:59:16 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 17 | GENERAL PRODUCTS CORPORATION MCCARTER & ENGLISH LLP ATTN: ROBERT J HOELSCHER 1735 MARKET ST STE 700 PHILADELPHIA, PA 19103 | 09-13419 | 3264 | UNKNOWN UNKNOWN UNKNOWN UNLIQUIDATED | (S) (P) (U) | GENERAL PRODUCTS CORPORATION MCCARTER & ENGLISH LLP ATTN: ROBERT J HOELSCHER 1735 MARKET ST STE 700 PHILADELPHIA, PA 19103 | 09-13412 | 3263 | UNKNOWN UNKNOWN UNKNOWN UNLIQUIDATED | (S) (P) (U) |
| 18 | HONDA MANUFACTURING OF ALABAMA LLC C/O ROBERT A BELL JR VORYS SATER SEYMOUR & PEASE LLP 52 E GAY ST COLUMBUS, OH 43215 | 09-13421 | 2572 | UNKNOWN UNLIQUIDATED | (U) | HONDA MANUFACTURING OF ALABAMA LLC C/O ROBERT A BELL JR VORYS SATER SEYMOUR & PEASE LLP 52 E GAY ST COLUMBUS, OH 43215 | 09-13416 | 2574 | UNKNOWN UNLIQUIDATED | (U) |
| 19 | HONDA MANUFACTURING OF ALABAMA LLC C/O ROBERT A BELL JR VORYS SATER SEYMOUR & PEASE LLP 52 E GAY ST COLUMBUS, OH 43215 | 09-13419 | 2573 | UNKNOWN UNLIQUIDATED | (U) | HONDA MANUFACTURING OF ALABAMA LLC C/O ROBERT A BELL JR VORYS SATER SEYMOUR & PEASE LLP 52 E GAY ST COLUMBUS, OH 43215 | 09-13416 | 2574 | UNKNOWN UNLIQUIDATED | (U) |
| 20 | HONDA OF AMERICA MFG INC C/O ROBERT A BELL JR VORYS SATER SEYMOUR & PEASE LLP 52 E GAY ST COLUMBUS, OH 43215 | 09-13421 | 2575 | UNKNOWN UNLIQUIDATED | (U) | HONDA OF AMERICA MFG INC C/O ROBERT A BELL JR VORYS SATER SEYMOUR & PEASE LLP 52 E GAY ST COLUMBUS, OH 43215 | 09-13416 | 2577 | UNKNOWN UNLIQUIDATED | (U) |
| 21 | HONDA OF AMERICA MFG INC C/O ROBERT A BELL JR VORYS SATER SEYMOUR & PEASE LLP 52 E GAY ST COLUMBUS, OH 43215 | 09-13419 | 2576 | UNKNOWN UNLIQUIDATED | (U) | HONDA OF AMERICA MFG INC C/O ROBERT A BELL JR VORYS SATER SEYMOUR & PEASE LLP 52 E GAY ST COLUMBUS, OH 43215 | 09-13416 | 2577 | UNKNOWN UNLIQUIDATED | (U) |
| 22 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13411 | 2858 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

4/6/2010 10:59:16 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

### Claim To Be Expunged

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|
| 23 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13413 | 2860 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 24 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13414 | 2861 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 25 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13415 | 2862 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 26 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13416 | 2863 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 27 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13417 | 2864 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |

### Surviving Claim

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:16 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

### Claim To Be Expunged

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|
| 28 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13418 | 2865 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 29 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13419 | 2866 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 30 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13420 | 2867 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 31 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13421 | 2868 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 32 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13422 | 2869 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

### Surviving Claim

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured

4/6/2010 10:59:17 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 33 INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13423 | 2870 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 34 INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13424 | 2871 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 35 INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13425 | 2872 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 36 INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13426 | 2873 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 37 INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13427 | 2874 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

4/6/2010 10:59:17 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars | Claim Class** |
| 38 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13428 | 2875 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 39 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13429 | 2876 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 40 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13430 | 2877 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 41 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13431 | 2878 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 42 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13432 | 2879 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:18 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 43 INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13433 | 2880 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 44 INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13434 | 2881 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 45 INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13435 | 2882 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 46 INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13436 | 2883 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 47 INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13437 | 2884 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:18 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 48 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13438 | 2885 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 49 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13439 | 2886 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 50 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13440 | 2887 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 51 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13441 | 2888 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 52 | MICHIGAN AUTOMOTIVE COMPRESSOR INC C/O HOLLY SWANSON ESQ DENSO INTERNATIONAL AMERICA INC 24777 DENSO DR SOUTHFIELD, MI 48086 | 09-13419 | 3234 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) | MICHIGAN AUTOMOTIVE COMPRESSOR INC C/O HOLLY SWANSON ESQ DENSO INTERNATIONAL AMERICA INC 24777 DENSO DR SOUTHFIELD, MI 48086 | 09-13412 | 3233 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) |
| 53 | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13416 | 3546 | $23,452.74 | (U) | METAL TECHNOLOGIES INC C/O JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31 $50,583.37 | (P) (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

In re: Oldco M Corporation f/k/a Metaldyne Corporation
OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 54 | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 3549 | $0.00 $0.00 | (A) (U) | METAL TECHNOLOGIES AUBURN LLC METAL TECHNOLOGIES INC JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 3547 | $0.00 $0.00 | (A) (U) |
| 55 | NACHI MACHINING TECHNOLOGY CO C/O RONALD E BAYLOR ESQ MILLER CANFIELD 277 S ROSE ST STE 5000 KALAMAZOO, MI 49007 | 09-13419 | 3250 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) | NACHI MACHINING TECHNOLOGY CO C/O RONALD E BAYLOR ESQ MILLER CANFIELD 277 S ROSE ST STE 5000 KALAMAZOO, MI 49007 | 09-13412 | 3153 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) |
| 56 | NISSAN NORTH AMERICA INC ERIC B SCHULTENOVER ESQ & MICHAEL R PASLAY ESQ WALLER LANSDEN DORTCH & DAVIS LLP 511 UNION ST STE 2700 NASHVILLE, TN 37219 | 09-13414 | 3632 | UNKNOWN UNKNOWN $926,472.60 UNLIQUIDATED | (S) (A) (U) | NISSAN NORTH AMERICA INC ERIC B SCHULTENOVER ESQ & MICHAEL R PASLAY ESQ WALLER LANSDEN DORTCH & DAVIS LLP 511 UNION ST STE 2700 NASHVILLE, TN 37219 | 09-13412 | 3633 | UNKNOWN UNKNOWN $926,472.60 UNLIQUIDATED | (S) (A) (U) |
| 57 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13411 | 2796 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 58 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13413 | 2798 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

4/6/2010 10:59:19 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 59 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13414 | 2799 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 60 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13415 | 2800 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 61 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13416 | 2801 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 62 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13417 | 2802 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 63 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13418 | 2803 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 64 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13419 | 2804 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:19 AM

| # | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 65 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13420 | 2805 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 66 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13421 | 2806 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 67 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13422 | 2807 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 68 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13423 | 2808 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 69 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13424 | 2809 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 70 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13425 | 2810 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:20 AM

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars | Claim Class** |
| 71 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13426 | 2811 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 72 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13427 | 2812 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 73 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13428 | 2813 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 74 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13429 | 2814 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 75 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13430 | 2815 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 76 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13431 | 2816 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:20 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 77 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13432 | 2817 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 78 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13433 | 2818 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 79 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13434 | 2819 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 80 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13435 | 2820 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 81 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13436 | 2821 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 82 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13437 | 2822 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:21 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

### Claim To Be Expunged

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| 83 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13438 | 2823 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 84 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13439 | 2824 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 85 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13440 | 2825 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 86 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13441 | 2826 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 87 | PALMER MOVING & STORAGE<br>24660 DEQUINDRE<br>WARREN, MI 48091 | 09-13412 | 3414 | $616.00 | (U) |
| 88 | PREFERRED INC - FORT WAYNE<br>JAMES A BUTZ<br>6021 HIGHVIEW DR<br>FORT WAYNE, IN 46818 | 09-13419 | 3130 | $24,130.93<br>UNLIQUIDATED | (S) |

### Surviving Claim

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| PALMER MOVING & STORAGE<br>ATTN CORPORATE OFFICER<br>24660 DEQUINDRE RD<br>WARREN, MI 48091-3332 | 09-13414 | 1697 | $616.00 | (U) |
| PREFERRED INC - FORT WAYNE<br>JAMES A BUTZ<br>6021 HIGHVIEW DR<br>FORT WAYNE, IN 46818 | 09-13412 | 3129 | $24,130.93<br>UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority                  (U) - Unsecured

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| # | Claim To Be Expunged — Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Surviving Claim — Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 89 | QUINTANA, KETTY 19376 SILVER SPRINGS DR #103 NORTHVILLE, MI 48167 | 09-13412 | 198 | $140,264.00 CONTINGENT UNLIQUIDATED DISPUTED | (U) | RICHARD A MEIER ESQ ATTORNEY FOR PLAINTIFF QUINTANA 30300 NORTHWESTERN HWY STE 320 FARMINGTON HILLS, MI 48334 | 09-13412 | 983 | $140,264.00 | (P) |
| 90 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC RAVENNA DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13422 | 3544 | $11,092.60 | (A) | METAL TECHNOLOGIES INC JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31 $50,583.37 | (P) (U) |
| 91 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC RAVENNA DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 3545 | $3,350.31 | (A) | METAL TECHNOLOGIES INC JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31 $50,583.37 | (P) (U) |
| 92 | RUFFNER ENTERPRISES, INC. ATTN CORPORATE OFFICER 1219 MILLION DOLLAR HIGHWAY KERSEY, PA 15846 | 09-13412 | 3448 | $756.85 $756.85 | (P) (U) | RUFFNER ENTERPRISES, INC. ATTN CORPORATE OFFICER 1219 MILLION DOLLAR HIGHWAY KERSEY, PA 15846 | 09-13412 | 1143 | $756.85 $756.85 | (P) (U) |
| 93 | SAMUEL SON & CO MIDWEST INC MCCARTER & ENGLISH LLP ATTN: ROBERT J HOELSCHER PARTNER 1735 MARKET ST STE 700 PHILADELPHIA, PA 19103 | 09-13419 | 3570 | UNKNOWN UNKNOWN UNKNOWN UNLIQUIDATED | (S) (P) (U) | SAMUEL SON & CO MIDWEST INC MCCARTER & ENGLISH LLP ATTN: ROBERT J HOELSCHER PARTNER 1735 MARKET ST STE 700 PHILADELPHIA, PA 19103 | 09-13412 | 3569 | UNKNOWN UNKNOWN UNKNOWN UNLIQUIDATED | (S) (P) (U) |
| 94 | VALASSIS COMMUNICATIONS INC C/O DAVID S MENDELSON LAW OFFICES OF DAVID MENDELSON PC 322 N OLD WOODWARD AVE BIRMINGHAM, MI 48009 | 09-13419 | 3202 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) | VALASSIS COMMUNICATIONS INC C/O DAVID S MENDELSON LAW OFFICES OF DAVID MENDELSON PC 322 N OLD WOODWARD AVE BIRMINGHAM, MI 48009 | 09-13412 | 3203 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars | Claim Class** |
| 95 | WORTHINGTON INDUSTRIES INC ET AL C/O TIFFANY STRELOW COBB VORYS SATER SEYMOUR & PEASE LLP 52 E GAY ST COLUMBUS, OH 43215 | 09-13419 | 3220 | UNKNOWN UNKNOWN UNKNOWN UNLIQUIDATED | (S) (P) (U) | WORTHINGTON INDUSTRIES INC ET AL C/O TIFFANY STRELOW COBB VORYS SATER SEYMOUR & PEASE LLP 52 EAST GAY ST COLUMBUS, OH 43215 | 09-13412 | 2925 | UNKNOWN UNKNOWN UNKNOWN UNLIQUIDATED | (S) (P) (U) |

Total Claims Expunged:  95      Total Dollars Expunged:  $282,120,651.03

## Case Legend:

09-13411   MD PRODUCTS CORPORATION
09-13412   OLDCO M CORPORATION F/K/A METALDYNE CORPORATION
09-13413   METALDYNE ENGINE CO, LLC
09-13414   METALDYNE CO., LLC
09-13415   METALDYNE LESTER PRECISION DIE CASTING, INC.
09-13416   METALDYNE SINTERED COMPONENTS LLC
09-13417   METALDYNE TUBULAR PRODUCTS, INC.
09-13418   METALDYNE DUPAGE DIE CASTING CORPORATION
09-13419   METALDYNE MACHINING AND ASSEMBLY COMPANY
09-13420   METALDYNE LIGHT METALS COMPANY, INC.

09-13421   METALDYNE SINTERED COMPONENTS ST. MARYS
09-13422   NC-M CHASSIS SYSTEMS LLC
09-13423   PUNCHCRAFT COMPANY
09-13424   WINDFALL SPECIALTY POWDERS, INC.
09-13425   METALDYNE ASIA, INC.
09-13426   METALDYNE DRIVELINE CO.
09-13427   METALDYNE EUROPE, INC.
09-13428   METALDYNE PRECISION FORMING – FORT WAYNE
09-13429   METALDYNE SERVICES, INC.
09-13430   METALDYNE SINTERED COMPONENTS OF INDIANA

09-13431   METALDYNE US HOLDING CO.
09-13432   ER ACQUISITION CORPORATION
09-13433   GMTI HOLDING COMPANY
09-13434   HALYARD AVIATION SERVICES, INC.
09-13435   MASCO TECH SATURN HOLDINGS, INC.
09-13436   MASG DISPOSITION, INC.
09-13437   MASX ENERGY SERVICE GROUP, INC.
09-13438   PRECISION HEADED PRODUCTS, INC.
09-13439   STAHL INTERNATIONAL, INC.
09-13440   WC M CURDY CO.
09-13441   METALDYNE INTERMEDIATE HOLDCO, INC.

4/6/2010 10:59:21 AM

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

**EXHIBIT 2**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| Oldco M Corporation | : | Case No. 09-13412 (MG) |
| (f/k/a Metaldyne Corporation), *et al.,* | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

------------------------------------------------------------x

## DECLARATION OF KEVIN MARTIN IN SUPPORT OF THE OMNIBUS OBJECTION OF OLDCO M DISTRIBUTION TRUST SEEKING TO DISALLOW CERTAIN DUPLICATE CLAIMS (OMNIBUS OBJECTION NO. 23)

I, Kevin Martin, make this Declaration under 28 U.S.C. § 1746 and state as follows:

1.      I am older than 21 years of age and suffer no legal disability.  I am competent to make this Declaration.

2.      I submit this Declaration for all permissible purposes under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and the Federal Rules of Evidence in support of the Omnibus Objection of Oldco M Distribution Trust Seeking to Disallow Certain Duplicate Claims (Omnibus Objection No. 23) (the "Objection").[1]  I have read the Objection, and I am generally familiar with the information contained therein.

3.      I am employed as a Director of The BMC Group, Inc. ("BMC"), the claims and noticing agent employed in these cases.  I have been an employee of BMC for seven years.  My business address is 444 N Nash Street, El Segundo, CA 90245.

---

[1]      Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

4.       Among my responsibilities in this position, I am the individual at BMC responsible for assisting the Trust in its review and analysis of certain of the claims filed in these chapter 11 cases. The other individuals employed by BMC involved in the review of the Duplicate Claims and Surviving Claims act at my direction and/or under my supervision. Accordingly, I am familiar with the Duplicate Claims and the other matters addressed herein and in the Objection and with various other activities that have taken place to date concerning the review and analysis of claims asserted in these cases, including all of the claims, facts and circumstances described in the Objection.

5.       Except as otherwise indicated, my statements in this Declaration are based on my personal experience and knowledge as described above, my discussions with responsible management of the Debtors and my review of relevant documents. If called to testify, I could and would testify as stated herein.

6.       In connection with the Trust's ongoing claims reconciliation process, I or my designee at my direction have reviewed the proof of claim forms filed by the Claimants in connection with the Duplicate Claims and Surviving Claims on Exhibit 1 attached to the Objection. As a result of this review, I have determined that each Duplicate Claim is a duplicate of a Surviving Claim, which Surviving Claim will be unaffected by the relief requested in this Objection. The Claimants' rights to assert the liabilities alleged in the Surviving Claims against the Debtors' estates will be preserved, subject to the Trust's ongoing rights to object to the Surviving Claims on any grounds.

I declare under penalty of perjury that the foregoing statements are true and correct.


Dated: April 7, 2010                          /s/ Kevin Martin
                                              Kevin Martin
                                              Director, The BMC Group, Inc.

# EXHIBIT 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                :

In re                            :    Chapter 11

                :

Oldco M Corporation         :    Case No. 09-13412 (MG)
(f/k/a Metaldyne Corporation), *et al.,*

                :    (Jointly Administered)

          Debtors.      :

                :

-----------------------------------------------------------------x

## ORDER DISALLOWING CERTAIN
## DUPLICATE CLAIMS (OMNIBUS OBJECTION NO. 23)

      This matter coming before the Court on the Omnibus Objection of Oldco M

Distribution Trust Seeking to Disallow Certain Duplicate Claims (Omnibus Objection No. 23)

(the "Objection"),[1] filed by the Oldco M Distribution Trust (the "Trust"); the Court having

reviewed the Objection and the Declaration of Kevin Martin attached thereto as Exhibit 2

(the "Declaration") and having heard the statements of counsel regarding the relief requested in

the Objection at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objection and the Hearing

was sufficient under the circumstances and in full compliance with the requirements of the

Bankruptcy Code, the Bankruptcy Rules and orders of this Court; and the Court having

determined that the legal and factual bases set forth in the Objection, the Declaration and at the

Hearing establish just cause for the relief granted herein;

---

[1]      Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

IT IS HEREBY ORDERED THAT:

1.  The Objection is SUSTAINED in its entirety.

2.  Each of the claims identified as "Claims To Be Expunged" on <u>Exhibit 1</u> attached hereto and incorporated herein by reference is disallowed and expunged, pursuant to section 502 of the Bankruptcy Code.

3.  Each claim identified as a "Surviving Claim" on Schedule 1 attached hereto (collectively, the "<u>Surviving Claims</u>") is unaffected by the relief granted herein.  The Trust retains its rights to object to the Surviving Claims on any and all available grounds.

4.  The Trust and the claims and noticing agent in these chapter 11 cases, The BMC Group, Inc., and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

Dated: _____, 2010      _____
       New York, New York          UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT 1

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13415 | 2996 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 2 | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13434 | 2997 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 3 | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13421 | 2998 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 4 | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13420 | 2999 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 5 | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FLOOR<br>NEW YORK, NY 10038 | 09-13429 | 3001 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured<br>(P) - Priority    (U) - Unsecured

4/6/2010 10:59:09 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 6 | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FLOOR<br>NEW YORK, NY 10038 | 09-13431 | 3002 | UNKNOWN<br>UNKNOWN<br>UNLIQUIDATED | (S)<br>(U) | CHARTIS INC ET AL<br>CHARTIS US<br>MICHELLE A LEVITT<br>175 WATER ST<br>18TH FL<br>NEW YORK, NY 10038 | 09-13412 | 3000 | UNKNOWN<br>UNKNOWN<br>UNLIQUIDATED | (S)<br>(U) |
| 7 | COLUMBUS INDUSTRIAL ELECTRIC, INC.<br>ATTN CORPORATE OFFICER<br>1625 INDIANAPOLIS ROAD<br>COLUMBUS, IN 47201 | 09-13430 | 398 | $5,877.36 | (U) | COLUMBUS INDUSTRIAL ELECTRIC, INC.<br>ATTN CORPORATE OFFICER<br>1625 INDIANAPOLIS ROAD<br>COLUMBUS, IN 47201 | 09-13430 | 506 | $5,877.36 | (U) |
| 8 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | 09-13416 | 2168 | $20,777.44 | (U) | DE LAGE LANDEN FINANCIAL SERVICES INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | 09-13412 | 1766 | $199,622.03 | (U) |
| 9 | DEARBORN REFINING SITE CUSTOMERS<br>PRP GROUP<br>C/O GRANT P GILEZAN<br>DYKEMA GOSSETT PLLC<br>400 RENAISSANCE CENTER<br>DETROIT, MI 48243 | 09-13419 | 3248 | UNKNOWN<br>UNKNOWN<br>UNLIQUIDATED | (S)<br>(U) | DEARBORN REFINING SITE CUSTOMERS<br>PRP GROUP<br>C/O GRANT P GILEZAN<br>DYKEMA GOSSETT PLLC<br>400 RENAISSANCE CENTER<br>DETROIT, MI 48243 | 09-13412 | 3247 | UNKNOWN<br>UNKNOWN<br>UNLIQUIDATED | (S)<br>(U) |
| 10 | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC<br>THREE RIVERS GRAY IRON PLANT<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13419 | 3542 | $27,130.63 | (U) | METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31<br>$50,583.37 | (P)<br>(U) |
| 11 | DOCK FOUNDRY CO DBA METAL TECHNOLOGIES INC<br>THREE RIVERS IRON PLANT<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13416 | 3548 | $0.00 | (A) | METAL TECHNOLOGIES AUBURN LLC<br>METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13419 | 3547 | $0.00<br>$0.00 | (A)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured<br>(P) - Priority    (U) - Unsecured

4/6/2010 10:59:15 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 12 | FORD MOTOR COMPANY<br>C/O JONATHAN S GREEN<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON<br>STE 2500<br>DETROIT, MI 48226 | 09-13419 | 3244 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) | FORD MOTOR COMPANY<br>C/O JONATHAN S GREEN<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON<br>STE 2500<br>DETROIT, MI 48226 | 09-13412 | 3242 | UNKNOWN<br>UNKNOWN<br><br>UNLIQUIDATED | (S)<br>(U) |
| 13 | GENERAL ELECTRIC CAPITAL CORPORATION<br>SPECIAL SITUATIONS<br>ATTN: JOSEPH CATARINA<br>201 MERRITT SEVEN<br>4TH FL<br>NORWALK, CT 06851 | 09-13419 | 3637 | $3,049,583.99<br>$36,175,884.19 | (A)<br>(U) | GENERAL ELECTRIC CAPITAL CORPORATION<br>SPECIAL SITUATIONS<br>ATTN: JOSEPH CATARINA<br>201 MERRITT SEVEN<br>4TH FL<br>NORWALK, CT 06851 | 09-13416 | 3636 | $3,049,583.99<br>$36,175,884.19 | (A)<br>(U) |
| 14 | GENERAL ELECTRIC CAPITAL CORPORATION<br>SPECIAL SITUATIONS<br>ATTN: JOSEPH CATARINA<br>201 MERRITT SEVEN<br>4TH FL<br>NORWALK, CT 06851 | 09-13422 | 3638 | $3,049,583.99<br>$36,175,884.19 | (A)<br>(U) | GENERAL ELECTRIC CAPITAL CORPORATION<br>SPECIAL SITUATIONS<br>ATTN: JOSEPH CATARINA<br>201 MERRITT SEVEN<br>4TH FL<br>NORWALK, CT 06851 | 09-13416 | 3636 | $3,049,583.99<br>$36,175,884.19 | (A)<br>(U) |
| 15 | GENERAL ELECTRIC CAPITAL CORPORATION<br>SPECIAL SITUATIONS<br>ATTN: JOSEPH CATARINA<br>201 MERRITT SEVEN<br>4TH FL<br>NORWALK, CT 06851 | 09-13412 | 3639 | $3,049,583.99<br>$36,175,884.19 | (A)<br>(U) | GENERAL ELECTRIC CAPITAL CORPORATION<br>SPECIAL SITUATIONS<br>ATTN: JOSEPH CATARINA<br>201 MERRITT SEVEN<br>4TH FL<br>NORWALK, CT 06851 | 09-13416 | 3636 | $3,049,583.99<br>$36,175,884.19 | (A)<br>(U) |
| 16 | GENERAL ELECTRIC CAPITAL CORPORATION<br>SPECIAL SITUATIONS<br>ATTN: JOSEPH CATARINA<br>201 MERRITT SEVEN<br>4TH FL<br>NORWALK, CT 06851 | 09-13414 | 3640 | $3,049,583.99<br>$36,175,884.19 | (A)<br>(U) | GENERAL ELECTRIC CAPITAL CORPORATION<br>SPECIAL SITUATIONS<br>ATTN: JOSEPH CATARINA<br>201 MERRITT SEVEN<br>4TH FL<br>NORWALK, CT 06851 | 09-13416 | 3636 | $3,049,583.99<br>$36,175,884.19 | (A)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

4/6/2010 10:59:16 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars | Claim Class** |
| 17 | GENERAL PRODUCTS CORPORATION<br>MCCARTER & ENGLISH LLP<br>ATTN: ROBERT J HOELSCHER<br>1735 MARKET ST<br>STE 700<br>PHILADELPHIA, PA 19103 | 09-13419 | 3264 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>UNLIQUIDATED | (S)<br>(P)<br>(U) | GENERAL PRODUCTS CORPORATION<br>MCCARTER & ENGLISH LLP<br>ATTN: ROBERT J HOELSCHER<br>1735 MARKET ST<br>STE 700<br>PHILADELPHIA, PA 19103 | 09-13412 | 3263 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>UNLIQUIDATED | (S)<br>(P)<br>(U) |
| 18 | HONDA MANUFACTURING OF ALABAMA LLC<br>C/O ROBERT A BELL JR<br>VORYS SATER SEYMOUR & PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 09-13421 | 2572 | UNKNOWN<br>UNLIQUIDATED | (U) | HONDA MANUFACTURING OF ALABAMA LLC<br>C/O ROBERT A BELL JR<br>VORYS SATER SEYMOUR & PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 09-13416 | 2574 | UNKNOWN<br>UNLIQUIDATED | (U) |
| 19 | HONDA MANUFACTURING OF ALABAMA LLC<br>C/O ROBERT A BELL JR<br>VORYS SATER SEYMOUR & PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 09-13419 | 2573 | UNKNOWN<br>UNLIQUIDATED | (U) | HONDA MANUFACTURING OF ALABAMA LLC<br>C/O ROBERT A BELL JR<br>VORYS SATER SEYMOUR & PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 09-13416 | 2574 | UNKNOWN<br>UNLIQUIDATED | (U) |
| 20 | HONDA OF AMERICA MFG INC<br>C/O ROBERT A BELL JR<br>VORYS SATER SEYMOUR & PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 09-13421 | 2575 | UNKNOWN<br>UNLIQUIDATED | (U) | HONDA OF AMERICA MFG INC<br>C/O ROBERT A BELL JR<br>VORYS SATER SEYMOUR & PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 09-13416 | 2577 | UNKNOWN<br>UNLIQUIDATED | (U) |
| 21 | HONDA OF AMERICA MFG INC<br>C/O ROBERT A BELL JR<br>VORYS SATER SEYMOUR & PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 09-13419 | 2576 | UNKNOWN<br>UNLIQUIDATED | (U) | HONDA OF AMERICA MFG INC<br>C/O ROBERT A BELL JR<br>VORYS SATER SEYMOUR & PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 09-13416 | 2577 | UNKNOWN<br>UNLIQUIDATED | (U) |
| 22 | INDEMNITY INSURANCE COMPANY OF<br>NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13411 | 2858 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF<br>NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:16 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

**Claim To Be Expunged**

| # | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|
| 23 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13413 | 2860 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 24 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13414 | 2861 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 25 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13415 | 2862 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 26 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13416 | 2863 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 27 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13417 | 2864 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

**Surviving Claim**

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (P) - Priority

(S) - Secured   (U) - Unsecured

4/6/2010 10:59:16 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | **Claim To Be Expunged** | | | | | | **Surviving Claim** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 28 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13418 | 2865 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 29 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13419 | 2866 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 30 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13420 | 2867 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 31 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13421 | 2868 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 32 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13422 | 2869 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:17 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars | Claim Class** |
| 33 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13423 | 2870 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 34 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13424 | 2871 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 35 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13425 | 2872 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 36 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13426 | 2873 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 37 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13427 | 2874 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

4/6/2010 10:59:17 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 38 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13428 | 2875 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 39 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13429 | 2876 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 40 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13430 | 2877 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 41 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13431 | 2878 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 42 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13432 | 2879 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:18 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

### Claim To Be Expunged

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|
| 43 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13433 | 2880 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 44 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13434 | 2881 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 45 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13435 | 2882 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 46 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13436 | 2883 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 47 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13437 | 2884 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

### Surviving Claim

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| # | Claim To Be Expunged — Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Surviving Claim — Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13438 | 2885 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 49 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13439 | 2886 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 50 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13440 | 2887 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 51 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13441 | 2888 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2859 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 52 | MICHIGAN AUTOMOTIVE COMPRESSOR INC C/O HOLLY SWANSON ESQ DENSO INTERNATIONAL AMERICA INC 24777 DENSO DR SOUTHFIELD, MI 48086 | 09-13419 | 3234 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) | MICHIGAN AUTOMOTIVE COMPRESSOR INC C/O HOLLY SWANSON ESQ DENSO INTERNATIONAL AMERICA INC 24777 DENSO DR SOUTHFIELD, MI 48086 | 09-13412 | 3233 | UNKNOWN UNKNOWN UNLIQUIDATED | (S) (U) |
| 53 | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13416 | 3546 | $23,452.74 | (U) | METAL TECHNOLOGIES INC JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31 $50,583.37 UNLIQUIDATED | (P) (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:19 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 54 | MILWAUKEE DUCTILE IRON INC DBA METAL TECHNOLOGIES INC WEST ALLIS DUCTILE IRON PLANT JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 3549 | $0.00 / $0.00 | (A) (U) | METAL TECHNOLOGIES AUBURN LLC METAL TECHNOLOGIES INC JEFFREY L TURNER SR VP GEN COUNSEL 1401 S GRANDSTAFF DR AUBURN, IN 46706 | 09-13419 | 3547 | $0.00 / $0.00 | (A) (U) |
| 55 | NACHI MACHINING TECHNOLOGY CO C/O RONALD E BAYLOR ESQ MILLER CANFIELD 277 S ROSE ST STE 5000 KALAMAZOO, MI 49007 | 09-13419 | 3250 | UNKNOWN / UNKNOWN / UNLIQUIDATED | (S) (U) | NACHI MACHINING TECHNOLOGY CO C/O RONALD E BAYLOR ESQ MILLER CANFIELD 277 S ROSE ST STE 5000 KALAMAZOO, MI 49007 | 09-13412 | 3153 | UNKNOWN / UNKNOWN / UNLIQUIDATED | (S) (U) |
| 56 | NISSAN NORTH AMERICA INC ERIC B SCHULTENOVER ESQ & MICHAEL R PASLAY ESQ WALLER LANSDEN DORTCH & DAVIS LLP 511 UNION ST STE 2700 NASHVILLE, TN 37219 | 09-13414 | 3632 | UNKNOWN / UNKNOWN / $926,472.60 / UNLIQUIDATED | (S) (A) (U) | NISSAN NORTH AMERICA INC ERIC B SCHULTENOVER ESQ & MICHAEL R PASLAY ESQ WALLER LANSDEN DORTCH & DAVIS LLP 511 UNION ST STE 2700 NASHVILLE, TN 37219 | 09-13412 | 3633 | UNKNOWN / UNKNOWN / $926,472.60 / UNLIQUIDATED | (S) (A) (U) |
| 57 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13411 | 2796 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 58 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13413 | 2798 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority    (S) - Secured (U) - Unsecured

4/6/2010 10:59:19 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| **59** PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13414 | 2799 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| **60** PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13415 | 2800 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| **61** PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13416 | 2801 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| **62** PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13417 | 2802 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| **63** PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13418 | 2803 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| **64** PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13419 | 2804 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

4/6/2010 10:59:19 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 65 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13420 | 2805 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 66 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13421 | 2806 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 67 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13422 | 2807 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 68 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13423 | 2808 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 69 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13424 | 2809 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 70 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13425 | 2810 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

4/6/2010 10:59:20 AM

| Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 71 PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13426 | 2811 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 72 PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13427 | 2812 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 73 PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13428 | 2813 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 74 PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13429 | 2814 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 75 PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13430 | 2815 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 76 PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13431 | 2816 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingences, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:20 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| # | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars | Claim Class** |
| 77 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13432 | 2817 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 78 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13433 | 2818 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 79 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13434 | 2819 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 80 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13435 | 2820 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 81 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13436 | 2821 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |
| 82 | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13437 | 2822 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00 CONTINGENT UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

4/6/2010 10:59:21 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| # | **Claim To Be Expunged** | | | | | **Surviving Claim** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 83 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13438 | 2823 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 84 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13439 | 2824 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 85 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13440 | 2825 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 86 | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13441 | 2826 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) | PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 09-13412 | 2797 | $2,067,235.00<br>CONTINGENT<br>UNLIQUIDATED | (S) |
| 87 | PALMER MOVING & STORAGE<br>24660 DEQUINDRE<br>WARREN, MI 48091 | 09-13412 | 3414 | $616.00 | (U) | PALMER MOVING & STORAGE<br>ATTN CORPORATE OFFICER<br>24660 DEQUINDRE RD<br>WARREN, MI 48091-3332 | 09-13414 | 1697 | $616.00 | (U) |
| 88 | PREFERRED INC - FORT WAYNE<br>JAMES A BUTZ<br>6021 HIGHVIEW DR<br>FORT WAYNE, IN 46818 | 09-13419 | 3130 | $24,130.93<br>UNLIQUIDATED | (S) | PREFERRED INC - FORT WAYNE<br>JAMES A BUTZ<br>6021 HIGHVIEW DR<br>FORT WAYNE, IN 46818 | 09-13412 | 3129 | $24,130.93<br>UNLIQUIDATED | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (P) - Priority

(S) - Secured  (U) - Unsecured

4/6/2010 10:59:21 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation
## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

| # | Claim To Be Expunged — Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Surviving Claim — Creditor Name and Address | Case No | Claim Number | Total Claim Dollars | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 89 | QUINTANA, KETTY<br>19376 SILVER SPRINGS DR #103<br>NORTHVILLE, MI 48167 | 09-13412 | 198 | $140,264.00<br>CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | (U) | RICHARD A MEIER ESQ<br>ATTORNEY FOR PLAINTIFF QUINTANA<br>30300 NORTHWESTERN HWY<br>STE 320<br>FARMINGTON HILLS, MI 48334 | 09-13412 | 983 | $140,264.00 | (P) |
| 90 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC<br>RAVENNA DUCTILE IRON PLANT<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13422 | 3544 | $11,092.60 | (A) | METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31<br>$50,583.37 | (P)<br>(U) |
| 91 | RAVENNA CASTING CTR INC DBA METAL TECHNOLOGIES INC<br>RAVENNA DUCTILE IRON PLANT<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13419 | 3545 | $3,350.31 | (A) | METAL TECHNOLOGIES INC<br>JEFFREY L TURNER SR VP GEN COUNSEL<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | 09-13414 | 3551 | $138,658.31<br>$50,583.37 | (P)<br>(U) |
| 92 | RUFFNER ENTERPRISES, INC.<br>ATTN CORPORATE OFFICER<br>1219 MILLION DOLLAR HIGHWAY<br>KERSEY, PA 15846 | 09-13412 | 3448 | $756.85<br>$756.85 | (P)<br>(U) | RUFFNER ENTERPRISES, INC.<br>ATTN CORPORATE OFFICER<br>1219 MILLION DOLLAR HIGHWAY<br>KERSEY, PA 15846 | 09-13412 | 1143 | $756.85<br>$756.85 | (P)<br>(U) |
| 93 | SAMUEL SON & CO MIDWEST INC<br>MCCARTER & ENGLISH LLP<br>ATTN ROBERT J HOELSCHER PARTNER<br>1735 MARKET ST<br>STE 700<br>PHILADELPHIA, PA 19103 | 09-13419 | 3570 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>UNLIQUIDATED | (S)<br>(P)<br>(U) | SAMUEL SON & CO MIDWEST INC<br>MCCARTER & ENGLISH LLP<br>ATTN ROBERT J HOELSCHER PARTNER<br>1735 MARKET ST<br>STE 700<br>PHILADELPHIA, PA 19103 | 09-13412 | 3569 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>UNLIQUIDATED | (S)<br>(P)<br>(U) |
| 94 | VALASSIS COMMUNICATIONS INC<br>C/O DAVID S MENDELSON<br>LAW OFFICES OF DAVID MENDELSON PC<br>322 N OLD WOODWARD AVE<br>BIRMINGHAM, MI 48009 | 09-13419 | 3202 | UNKNOWN<br>UNKNOWN<br>UNLIQUIDATED | (S)<br>(U) | VALASSIS COMMUNICATIONS INC<br>C/O DAVID S MENDELSON<br>LAW OFFICES OF DAVID MENDELSON PC<br>322 N OLD WOODWARD AVE<br>BIRMINGHAM, MI 48009 | 09-13412 | 3203 | UNKNOWN<br>UNKNOWN<br>UNLIQUIDATED | (S)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

4/6/2010 10:59:21 AM

# In re: Oldco M Corporation f/k/a Metaldyne Corporation

## OMNIBUS : EXHIBIT 1 - DUPLICATE CLAIMS

### Claim To Be Expunged

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|
| 95 | WORTHINGTON INDUSTRIES INC ET AL | 09-13419 | 3220 | UNKNOWN | (S) |
| | C/O TIFFANY STRELOW COBB | | | UNKNOWN | (P) |
| | VORYS SATER SEYMOUR & PEASE LLP | | | UNKNOWN | (U) |
| | 52 E GAY ST | | | | |
| | COLUMBUS, OH 43215 | | | UNLIQUIDATED | |

### Surviving Claim

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| WORTHINGTON INDUSTRIES INC ET AL | 09-13412 | 2925 | UNKNOWN | (S) |
| C/O TIFFANY STRELOW COBB | | | UNKNOWN | (P) |
| VORYS SATER SEYMOUR & PEASE LLP | | | UNKNOWN | (U) |
| 52 EAST GAY ST | | | | |
| COLUMBUS, OH 43215 | | | UNLIQUIDATED | |

Total Claims Expunged: 95    Total Dollars Expunged: $282,120,651.03

### Case Legend:

| | |
|---|---|
| 09-13411 | MD PRODUCTS CORPORATION |
| 09-13412 | OLDCO M CORPORATION F/K/A METALDYNE CORPORATION |
| 09-13413 | METALDYNE ENGINE CO, LLC |
| 09-13414 | METALDYNE CO, LLC |
| 09-13415 | METALDYNE LESTER PRECISION DIE CASTING, INC. |
| 09-13416 | METALDYNE SINTERED COMPONENTS LLC |
| 09-13417 | METALDYNE TUBULAR PRODUCTS, INC. |
| 09-13418 | METALDYNE DUPAGE DIE CASTING CORPORATION |
| 09-13419 | METALDYNE MACHINING AND ASSEMBLY COMPANY |
| 09-13420 | METALDYNE LIGHT METALS COMPANY, INC. |
| 09-13421 | METALDYNE SINTERED COMPONENTS ST. MARYS |
| 09-13422 | NC-M CHASSIS SYSTEMS LLC |
| 09-13423 | PUNCHCRAFT COMPANY |
| 09-13424 | WINDFALL SPECIALTY POWDERS, INC. |
| 09-13425 | METALDYNE ASIA, INC. |
| 09-13426 | METALDYNE DRIVELINE CO. |
| 09-13427 | METALDYNE EUROPE, INC. |
| 09-13428 | METALDYNE PRECISION FORMING-FORT WAYNE |
| 09-13429 | METALDYNE SERVICES, INC. |
| 09-13430 | METALDYNE SINTERED COMPONENTS OF INDIANA |
| 09-13431 | METALDYNE US HOLDING CO. |
| 09-13432 | ER ACQUISITION CORPORATION |
| 09-13433 | GMTI HOLDING COMPANY |
| 09-13434 | HALYARD AVIATION SERVICES, INC. |
| 09-13435 | MASCOTECH SATURN HOLDINGS, INC. |
| 09-13436 | MASG DISPOSITION, INC. |
| 09-13437 | MASX ENERGY SERVICE GROUP, INC. |
| 09-13438 | PRECISION HEADED PRODUCTS, INC. |
| 09-13439 | STAHL INTERNATIONAL, INC. |
| 09-13440 | WC MCCURDY CO. |
| 09-13441 | METALDYNE INTERMEDIATE HOLDCO, INC. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

4/6/2010 10:59:21 AM